IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*, | § § § | |
| and | § § | |
| JANE DRAYCOTT and PAULA KEYES,<br>*Plaintiffs-Intervenors*, | § § § § | Civil Action No.: 4:18-cv-00644<br><br>The Honorable Judge Sim Lake |
| v. | § § | |
| CITY OF HOUSTON, TEXAS<br>*Defendant*. | § § § | |

**DEFENDANT CITY OF HOUSTON'S
ADDITIONAL EXHIBITS IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE SIM LAKE:

Defendant CITY OF HOUSTON ("City" or "Houston") files the additional exhibits identified as Exhibits Q through HH (excluding Ex. R), attached hereto in support of its motion for summary judgment.

                                                        Respectfully submitted,

                                                        RONALD C. LEWIS
                                                        City Attorney

                                                        DONALD J. FLEMING
                                                        Section Chief, Labor, Employment & Civil Rights Section
                                                        FBN: 19835
                                                        SBN: 07122500
                                                        E-mail: Don.Fleming@houstontx.gov
                                                        Tel. (832) 393-6303

Dated: November 18, 2019                     */s/ Deidra Norris Sullivan*
                                                        DEIDRA NORRIS SULLIVAN
                                                        Senior Assistant City Attorney

P a g e | 2

ATTORNEY-IN-CHARGE
FBN: 1338580
Phone: (832) 393-6299
Email: Deidra.Sullivan@houstontx.gov

MARJORIE L. COHEN
Senior Assistant City Attorney
FBN: 34303
SBN: 24031960
Phone: (832) 393-6457
Email: Marjorie.Cohen@houstontx.gov

City of Houston Legal Department
P.O. Box 368
Houston, Texas 77002
Fax (832) 393-6259

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on November 18, 2019, in accordance with the Federal Rules of Civil Procedure, a copy of the foregoing document was served on all attorneys of record through the Court's CM/ECF system, which notifies all counsel through email.

Keith Edward Wyatt
Elizabeth Karpati
Assistant United States Attorney
Southern District of Texas
1000 Louisiana St., Suite 2300
Houston, Texas 77002
Keith.Wyatt@usdoj.gov
Elizabeth.Karpati@usdoj.gov
**ATTORNEYS FOR PLAINTIFF USA**

Jeremy P. Monteiro
Hector Ruiz
Hillary K. Valderrama
UNITED STATES DEPARTMENT OF JUSTICE
Civil Rights Division
Employment Litigation Section
601 D Street, NW, PHB 4030
Washington, DC  20579
Jeremy.Monteiro@usdoj.gov
Hector.Ruiz@usdoj.gov
Hillary.Valderrama@usdoj.gov
**ATTORNEYS FOR PLAINTIFF USA**

Joseph Y Ahmad
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.
1221 McKinney St
Suite 2500
Houston, TX 77010-2009
713-600-4900
7136550062 (fax)
joeahmad@azalaw.com
**ATTORNEY FOR PLAINTIFFS INTERVENORS**

S Nasim Ahmad
Dwain Capodice
AHMAD CAPODICE PLLC
24900 Pitkin Rd
Suite 300
The Woodlands, TX 77386
832-767-3207
nahmad@ahmad-capodice.com
dcapodice@ahmad-capodice.com

**ATTORNEY FOR PLAINTIFFS INTERVENORS**

   */s  Deidra Norris Sullivan*