# EXHIBIT T2

# Deposition of Alfredo Martinez (Part II)

# EXHIBIT T2

# Deposition of Alfredo Martinez (Part II)

Page 142

```
 1            UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
 2                   HOUSTON DIVISION
 3   UNITED STATES OF      :
     AMERICA               :
 4                         :
     VS.                   : CIVIL ACTION NO. 4:18-CV-00644
 5                         :
     CITY OF HOUSTON       :
 6   _____
 7   JANE DRAYCOTT AND     :
     PAULA KEYES           :
 8                         :
     VS.                   :
 9                         :
     CITY OF HOUSTON       :
10
11
12
13
14              ORAL DEPOSITION OF
15              ALFREDO MARTINEZ, II
16                   VOLUME 2
17
18
19
20
21
22
23   September 16, 2019              Houston, Texas
24
25      REPORTED BY:  Craig Michael Bechtel
```

Page 143

```
 1                  I N D E X
 2                                              PAGE
 3   Appearances.................................. 144
 4   Stipulations................................. 145
 5   Testimony of ALFREDO MARTINEZ, II
 6   EXAMINATION
 7      By Mr. Monteiro ........................... 146
 8   Correction and Signature Page................. 163
 9   Reporter's Certificate Page................... 165
10
11              EXHIBIT INDEX
12
13                                              PAGE
14   Exhibit No. 21.............................. 153
```

Page 144

```
 1   A P P E A R A N C E S
     COUNSEL FOR PLAINTIFF UNITED STATES OF AMERICA:
 2      Mr. Jeremy P. Monteiro
        Mr. Jeremy P. Monteiro
 3      U.S. Department of Justice
        Civil Rights Division
 4      601 D Street, NW, Room 4500
        Washington, DC 20004
 5      hector.ruiz@usdoj.gov
        jeremy.monteiro@usdoj.gov
 6
                  and
 7
        Ms. Elizabeth F. Karpati
 8      U.S. Department of Justice
        Southern District of Texas
 9      1000 Louisiana, Suite 2300
        Houston, Texas 77002
10      713-567-9767
        elizabeth.karpati@usdoj.gov
11
     COUNSEL FOR PLAINTIFFS JANE DRAYCOTT AND PAULA KEYES:
12      Mr. Dwain Capodice
        Ahmad & Capodice
13      24900 Pitkin, Suite 300
        The Woodlands, Texas 77386
14      832-767-3207
        dcapodice@ahmad-capodice.com
15
     COUNSEL FOR DEFENDANT:
16      Ms. Marjorie L. Cohen
        City of Houston Legal Department
17      900 Bagby, 3rd Floor
        Houston, Texas 77002
18      832-393-6457
        marjorie.cohen@houstontx.gov
```

Page 145

```
 1       THE ORAL DEPOSITION OF ALFREDO MARTINEZ, II, was
 2   taken by PLAINTIFF UNITED STATES OF AMERICA before Craig
 3   Michael Bechtel, a Certified Shorthand Reporter in and
 4   for the State of Texas, in the offices of the City of
 5   Houston Legal Department, 900 Bagby, 3rd Floor, Houston,
 6   Texas, between the hours of 9:13 a.m. and 9:38 a.m., on
 7   September 16, 2019, pursuant to Notice and the Federal
 8   Rules of Civil Procedure and the following stipulations
 9   and waiver of counsel:
10
11       IT IS STIPULATED AND AGREED by and between
12   counsel for the respective parties hereto that all
13   objections are reserved until the time of trial, except
14   those as to the form of the question and/or
15   responsiveness of the answer; that the Federal read-in
16   is waived.
```

Page 146

1    ALFREDO MARTINEZ, II,
2  having been first duly sworn, testified as follows:
3                    EXAMINATION
4  BY MONTEIRO:
5      Q.  Good morning, chief Martinez.
6      A.  Good morning.
7      Q.  So this is -- that you understand, this is a
8  continuation from your deposition last month where you
9  were designated as the City's representative for a
10 certain number of topics?
11     A.  Yes.
12     Q.  So I am going to show you what we previously
13 marked as deposition exhibit 1 to you, and that is the
14 plaintiff's amended notice of federal rule of civil
15 procedure 30(b)6 deposition to defendant City of
16 Houston.  If I can direct your attention to page 8,
17 subtopic 5B.
18         And if you could read that and let me
19 know when you have had a chance to review that.
20     A.  I am ready.
21     Q.  Now, you were previously -- last month you
22 were previously deposed on the City's dissemination and
23 implementation of the 2018 complaint policy.  Does that
24 sound accurate?
25     A.  Yes, sir.

Page 147

1      Q.  So today we are going to be talking about
2  the City's training regarding that complaint policy.
3      A.  Yes, sir.
4      Q.  You understand that?
5      A.  Yes.
6      Q.  Are you prepared to testify as to -- as the
7  City's representative regarding the training on that
8  complaint policy today?
9      A.  Yes.
10     Q.  Do you have any personal knowledge of any
11 training provided under the 2018 complaint policy?
12     A.  I am sorry.  What do you mean by personal
13 knowledge?
14     Q.  Were you personally involved, in your
15 capacity as a chief, with regard to the training
16 provided under that policy?
17     A.  Yes.  And some of the topics -- there may be
18 a topic -- for example, probationary training -- where
19 I wasn't doing it in person, but I know it was
20 completed by our staff.
21     Q.  Okay.  Did you provide any of the training
22 under that -- with respect to that complaint policy?
23     A.  Yes, I have.  I have done personal training.
24     Q.  I am sorry.  Let me make sure I understand.
25         You have received training with respect

Page 148

1  to that policy?
2      A.  No.  So for example, the NPO courses that we
3  teach, I go out to the academy and personally provide
4  the training for those NPO courses.
5      Q.  I think we talked about that last time.
6          That's newly promoted officer training?
7      A.  Yes, sir.
8      Q.  Okay.  Besides the NPO training, have you
9  provided any training with respect to the complaint
10 policy?
11     A.  As far as dissemination, I believe I turned
12 in the updated guideline that was posted on the desktop
13 on January.  There wasn't -- there was a general order
14 sent out later in the year to advise members to read
15 the updated guidelines.
16         As far as dissemination in that sense,
17 yes, I participated in submitting that.
18     Q.  Any other training that you provided, other
19 than the newly promoted officer training, with respect
20 to that policy?
21     A.  No, not the training in specific.
22     Q.  Have you received training with respect to
23 that policy?
24     A.  No.
25     Q.  I am going to give you a copy of the

Page 149

1  complaint policy.  This is -- I am showing you what we
2  previously marked as exhibit 12 to your deposition last
3  month.  Can you identify that document?
4      A.  Yes.  It's the complaint guideline.
5      Q.  And the complaint guideline has the date on
6  the bottom of August 1st of 2018.  Is that correct?
7      A.  Yes.
8      Q.  Does that mean that the policy was issued on
9  or about August 1st, 2018?
10     A.  Usually sometimes the date can be different
11 on the desktop when it was actually posted.
12     Q.  Presumably that would be later?
13     A.  Yes.
14     Q.  When does the policy become effective, when
15 it's posted on the desktop or when it's issued by the
16 fire department?
17     A.  I believe it would use the date that is
18 listed on the desktop so everybody is informed or has
19 access to it.
20     Q.  So when -- can you estimate when this
21 complaint policy was posted on the desktop?
22     A.  I can't on this one.  I did check our
23 desktop, and the most current guideline that we have
24 for complaints is actually dated October of 2018.  And
25 that version was placed on the desktop January of this

Page 150
1  year.
2     Q.  When exhibit 12 went into effect, was any
3  training provided by the City with respect to that
4  policy?
5     A.  In terms of training for that one would have
6  been exposure to promotional exams.  Probationary
7  firefighters that were in their phase 2 training would
8  have been trained on this policy, as well, and tested
9  on it.
10         We were scheduled to do biannual
11 training on this policy, but we were -- we were pushed
12 to the following semester because there is some HR
13 concerns that had to be presented to the membership.
14         So we are currently rescheduled for the
15 next session, which starts in January, but this one was
16 not presented in that course because of those changes.
17    Q.  Anything else?
18    A.  I am trying to think here.
19        That's all that comes to mind right
20 now.
21    Q.  Okay.  Now, you mentioned -- strike that.
22        So with respect to exposure to
23 promotional exams, can you explain what you meant by
24 that?
25    A.  So when promotional exams are prepared,

Page 151
1  there is a committee that is put together to choose the
2  reading material for that particular exam.  After
3  choosing books, they go through policies, guidelines,
4  and procedures that may affect that position.  Most
5  exams, especially supervisory levels, will have the
6  complaint guideline as one of the required readings for
7  the promotional exam.
8     Q.  So it's on the -- exhibit 12 was on the
9  reading list for some promotional exams?
10    A.  Yes, sir.
11    Q.  Do you know which positions?
12    A.  Not off memory.  But like I said, typically
13 they are supervisory positions, and even the first
14 position is engineer operator.  They have the ability
15 to ride in higher class, supervisory court positions.
16 The complaint guidelines will probably be on theirs, as
17 well.
18    Q.  Do you know that for a fact?
19    A.  No, sir, not with 100 percent certainty.
20    Q.  And do you know how the -- the firefighters'
21 knowledge of complaint on exhibit 12 will be assessed
22 on the promotional exam?
23    A.  Other than it being a question on the exam,
24 but most of the exams are pretty competitive.  The
25 members will read the material four or five, maybe ten

Page 152
1  times, depending on the member.  The exposure is there.
2         As far as testing for it, it would have
3  to be one of the questions on the test.
4     Q.  Do you know how the test typically would
5  test for that knowledge of the policy?
6     A.  So the test writers -- I'm not sure how they
7  do their job or how they choose the questions, but they
8  go through all the materials and choose questions from
9  different sources and create the exam.
10    Q.  And would it be -- would the -- would it be
11 something that would test the firefighters' knowledge
12 of the policy or the application of the policy?  Would
13 it be information about that?
14    A.  It would be knowledge.  The tests are word
15 for word for the most part.
16    Q.  And any other ways in which the promotional
17 exams provide any training with respect to exhibit 12?
18    A.  No.
19    Q.  Then you mentioned that -- I think you said
20 probationary firefighters' phase 2 training.  Is that
21 right?
22    A.  Yes, sir.
23    Q.  Can you tell me about that?
24    A.  Sure.  So when a firefighter graduates the
25 academy and is assigned to a fire station, they are

Page 153
1  still on probationary status for an additional six
2  months.  Those six months are split into phases, into
3  three phases, and each phase they are charged with or
4  they are taught certain tasks of fire ground
5  operations.  There are also certain guidelines that are
6  placed in each phase.  In order to move to the next
7  phase, a member has to show understanding of those
8  guidelines.
9         The complaint guidelines happen to be
10 in phase 2 of this testing.  So what happens there, the
11 member is -- reviews the policy.  They even date with
12 the supervisor when it was reviewed.  Then they are
13 tested on their knowledge of that particular policy,
14 and a grade is placed on the test to phase 2 paperwork.
15    Q.  And you brought some documents with you
16 today.
17        MR. MONTEIRO:  Go off the record.
18        (Recess from 9:24 to 9:25 a.m.)
19        (Exhibit 21 marked.)
20 BY MR. MONTEIRO:
21    Q.  I am showing you what's been marked as
22 exhibit 21.  You just testified about the phase 2
23 testing, which encompasses understanding of the
24 complaint guideline.
25        Can you explain what the documents are



Page 154

1  in exhibit 21?
2      A.  So the first document here is the
3  probationary firefighter paperwork for phase 2 testing,
4  which lists all the tasks and guidelines that are going
5  to be reviewed by the firefighter during this phase.
6  And down in the guideline section, it lists
7  10 guidelines there that are being reviewed.
8          The first is the complaint guideline
9  among others.  Then it has a -- a place where a date
10 can be added when that guideline was reviewed by the
11 member and the supervisor.  The --
12     Q.  Sorry.  Let me just ask you one question
13 before you continue.
14         Are you talking about guideline 1 where
15 it says citizens' complaints?
16     A.  Yes.
17     Q.  Okay.  You can continue.
18     A.  And the second page is just a document, the
19 evaluation.  It has a place for a quiz grade to be
20 plugged in and a -- a date; if necessary, a retest and
21 a date for that.
22     Q.  Now, the reference to citizen complaints in
23 exhibit 21, is that -- is that the focus of that
24 training, the training of the probationary firefighter
25 on how to respond to citizen complaints?

Page 155

1      A.  I believe that the name may be -- may have
2  to be updated in the phase 2 paperwork.  Now it is --
3  it is policy 1-04, which is complaints, but they have
4  named it citizen complaint for some reason.
5          But the focus is just understanding of
6  the guideline in itself and knowing what to do when
7  presented with certain issues and knowing where
8  complaints may be filed.
9      Q.  Okay.  And there is a part of exhibit 12
10 that deals with citizen complaints, correct?
11     A.  Yes.
12     Q.  Okay.  And what is the testing that
13 supervisor conducts with the probationary firefighter
14 regarding their knowledge of exhibit 12?
15     A.  I am not familiar on how the test format is.
16     Q.  And then the final thing you told me was
17 there were some planned training with respect to the
18 complaint guideline.  Can you explain that a little
19 more?
20     A.  Yes.  So the fire chief or -- the new fire
21 chief Samuel Pena began what he called biannual
22 training where every member of the fire department was
23 going to be brought down to the fire academy and
24 receive eight hours' worth of training in different
25 topics.

Page 156

1          The initial setup of the course, I was
2  to be teaching an hour's worth of complaint guidelines
3  and also grievances, motor vehicle accidents, things
4  like that.
5          And before the final schedule was
6  placed, there was some HR concerns that had to be
7  taught, as well, dealing with harassment and things
8  like that, discrimination.  So they took precedence
9  over the complaint.
10         I was -- I was told then that I would
11 be in the next semester of the biannual training, which
12 is set to begin in January.
13     Q.  January of 2020?
14     A.  Yes.
15     Q.  And prior to -- strike that.
16         When did this -- when was the biannual
17 training that you were scheduled to conduct supposed to
18 happen?
19     A.  I know it was this year in 2019.  I just
20 don't know if it started in January or later in the
21 year.
22     Q.  Okay.  And prior to 2019 do you know if the
23 complaint policy was included in any biannual training?
24     A.  I don't know that it existed before.  Like I
25 said, this new fire chief is the one that implemented

Page 157

1  this.  Biannual wasn't in place -- it could have been
2  2018.  I am just getting my....
3      Q.  Okay.  Other than when the complaint
4  initially became effective, was there any other
5  training provided with respect to the complaint
6  policy --
7      A.  Not --
8      Q.  -- other than what you have told me?
9      A.  No, sir, not that I remember.
10     Q.  You mentioned something about -- at the
11 beginning of the deposition, you mentioned that you had
12 a role in training newly promoted officers?
13     A.  Yes.
14     Q.  Is that with respect to the complaint
15 policy, which has been marked as exhibit 12?
16     A.  I believe so, but I -- I believe that I was
17 using the new guideline that I told you about that was
18 updated in October.
19     Q.  Okay.
20     A.  So it's a little newer than this one.  That
21 was used in an NPO class for captains that occurred in
22 March.  There was --
23     Q.  March of 2019?
24     A.  2019?  Yes.
25     Q.  Okay.  Do you know if exhibit 12 had been



Page 158
1  presented to -- presented in newly promoted officer
2  training prior to March of 2019?
3       A.  I believe it has been in NPOs, but not by
4  myself, by the previous person that was in charge of
5  what was called staff services before it was
6  professional standards.  They went out with HR to
7  present both topics at the same time, HR topics and
8  staff services, complaints.
9       Q.  Who was that person?
10      A.  I believe that was chief McLeod.
11      Q.  Okay.  Any training on exhibit 12 was
12 presented by chief McLeod prior to March of 2019?
13      A.  Well, not on this particular exhibit,
14 because I was speaking in terms of when she was in
15 charge of the office.  That was before 2018.
16      Q.  Okay.
17      A.  So I have been in charge of the office since
18 then.  So prior versions of the complaint guideline
19 were presented by the person in charge of the staff
20 services.
21          Sorry for the confusion.
22      Q.  No.  That's fine.  Did you only train
23 captains on the policy?
24      A.  There was also a senior captains' course,
25 NPO course scheduled in May.

Page 159
1       Q.  Of 2019?
2       A.  Yes.
3       Q.  Did that go forward?
4       A.  I am sorry?
5       Q.  Did that go forward?
6       A.  No, sir.
7           HR and myself were on the way to the
8  academy to teach the courses and that particular day
9  those senior captains were -- received notifications
10 that they were being demoted by the City.
11          And so they were getting phone calls
12 from their spouses at home saying that they received a
13 letter in the mail they are being demoted.  This
14 particular training was specific for senior captain
15 training.
16          So we opted not to teach the course
17 that particular day.  We are attempting to try to
18 reschedule that training.  Once these members leave the
19 academy, they go to different stations and different
20 shifts.  There is a difficulty there to bring the
21 particular group back together.  And there is one more
22 captains, NPO scheduled for October 9th where I am
23 supposed to go to the academy.
24      Q.  If we look at the complaint policy, on
25 page 3 of the complaint policy under section 601B, it

Page 160
1  says employees confronted with serious complaints that
2  cannot be resolved immediately, that allege
3  discrimination, retaliation, or harassment shall
4  instruct the complaining party to forward their
5  complaint to the office of inspector general.
6           Is that right?
7       A.  Yes.
8       Q.  The paragraph uses the term serious
9  complaints.  Do you see that?
10      A.  Yes.
11      Q.  Has the City provided any specialized
12 training as to what constitutes a serious complaint
13 under this policy?
14      A.  I don't know that they provided training
15 that specifically ties the word serious to training,
16 but when HR has gone out to speak on issues such as
17 discrimination and retaliation, I believe the message
18 is pushed across that those are serious allegations and
19 anything that involves those, but to specifically say
20 serious and then have a list of what is serious, I am
21 not familiar with that.
22      Q.  Okay.  The policy also uses the term
23 discrimination and retaliation.  Do you see that?
24      A.  Yes.
25      Q.  Do you know if there has been any

Page 161
1  specialized training as to what constitutes a complaint
2  that alleges discrimination under this policy?
3       A.  Specific training, no, but we have a
4  checkoff form if someone does happen to file a
5  complaint with us, where they have options to choose
6  checkboxes if they feel there was discrimination
7  involved, retaliation, or any type of harassment.
8           Once those boxes are checked, we
9  forward those cases to OIG, because the members there
10 have the specialized training to deal with those types
11 of cases.
12      Q.  When you say us, you are referring to the
13 office of professional standards?
14      A.  Yes, sir.
15      Q.  Formerly staff services?
16      A.  Yes, sir.
17      Q.  Okay.  Would your answer be the same if I
18 asked you about training with respect to what
19 constitutes a complaint that alleges retaliation?
20      A.  Yes.
21      Q.  And would your answer be the same if I asked
22 you about training with respect to what constitutes a
23 complaint that alleges harassment?
24      A.  Yes.
25          MR. MONTEIRO:  All right, chief.  Those



Page 162
1  are all the questions I have for you.
2          I will turn it over to Mr. Capodice,
3  see if he has anything to follow up.
4          MR. CAPODICE: I don't have any
5  questions.
6          MS. COHEN: We will reserve for trial.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 164
1  true and correct, except as noted herein.
2
          _____
3          ALFREDO MARTINEZ, II
4
5  THE STATE OF _____ )
6  COUNTY OF _____ )
7       Before me, _____, on this
   day personally appeared ALFREDO MARTINEZ, II, known to
8  me (or proved to me under oath through _____)
   (description of identity card or other document) to be
9  the person whose name is subscribed to the foregoing
   instrument and acknowledged to me that they executed the
10 same for the purposes and consideration therein
   expressed.
11
       Given under my hand and seal of office this
12 _____ day of _____, _____.
13
14          _____
            NOTARY PUBLIC IN AND FOR
15          THE STATE OF _____
16
17
18
19
20
21
22
23
24
25

Page 163
1          CORRECTIONS AND SIGNATURE
2  PAGE  LINE  CHANGE        REASON
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24      I, ALFREDO MARTINEZ, II, have read the foregoing
25 deposition and hereby affix my signature that same is

Page 165
1          UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
2                  HOUSTON DIVISION
3  UNITED STATES OF     :
   AMERICA              :
4                       :
   VS.                  : CIVIL ACTION NO. 4:18-CV-00644
5                       :
   CITY OF HOUSTON      :
6  _____
7  JANE DRAYCOTT AND    :
   PAULA KEYES          :
8                       :
   VS.                  :
9                       :
   CITY OF HOUSTON      :
10
11          REPORTER'S CERTIFICATION
12        DEPOSITION OF ALFREDO MARTINEZ, II
13                VOLUME 2
14             September 16, 2019
15
16      I, Craig Michael Bechtel, Certified Shorthand
17 Reporter in and for the State of Texas, hereby certify
18 to the following:
19      That the witness, ALFREDO MARTINEZ, II, was duly
20 sworn by the officer and that the transcript of the oral
21 deposition is a true record of the testimony given by
22 the witness;
23
24
25



```
                                                   Page 166
 1        That the deposition transcript was submitted on
 2   _____ to the witness or to the attorney
 3   for the witness for examination, signature and return to
 4   me by _____;
 5        That the amount of time used by each party at the
 6   deposition is as follows:
 7        Mr. Jeremy Monteiro - 00:25
 8        That pursuant to information given to the
 9   deposition officer at the time said testimony was taken,
10   the following includes counsel for all parties of
11   record:
12     COUNSEL FOR PLAINTIFF UNITED STATES OF AMERICA:
          Mr. Jeremy P. Monteiro
13        Mr. Hector F. Ruiz, Jr.
          U.S. Department of Justice
14        Civil Rights Division
          601 D Street, NW, Room 4500
15        Washington, DC 20004
          hector.ruiz@usdoj.gov
16        jeremy.monteiro@usdoj.gov
17              and
18        Ms. Elizabeth F. Karpati
          U.S. Department of Justice
19        Southern District of Texas
          1000 Louisiana, Suite 2300
20        Houston, Texas 77002
          713-567-9767
21        elizabeth.karpati@usdoj.gov
22     COUNSEL FOR PLAINTIFFS JANE DRAYCOTT AND PAULA KEYES:
          Mr. Dwain Capodice
23        Ahmad & Capodice
          24900 Pitkin, Suite 300
24        The Woodlands, Texas 77386
          832-767-3207
25        dcapodice@ahmad-capodice.com
```

```
                                                   Page 167
 1     COUNSEL FOR DEFENDANT:
          Ms. Marjorie L. Cohen
 2        City of Houston Legal Department
          900 Bagby, 3rd Floor
 3        Houston, Texas 77002
          832-393-6457
 4        marjorie.cohen@houstontx.gov
 5        I further certify that I am neither counsel for,
 6   related to, nor employed by any of the parties or
 7   attorneys in the action in which this proceeding was
 8   taken, and further that I am not financially or
 9   otherwise interested in the outcome of the action.
10        Further certification requirements will be
11   certified to after they have occurred.
12        Certified to by me this 1st day of
13   October, 2019.
14
15
16
17   _____
     Craig Michael Bechtel, Texas CSR 6462
18   Lexitas
     Firm Registration No. 95
19   13101 Northwest Freeway, Suite 210
     Houston, Texas 77040
20   888-893-3767
     Expiration:  10-31-21
21
22
23
24
25
```

## Exhibits

**Martinez Exh 021**  143:14 153:19, 22 154:1,23

### 1

**1**  146:13 154:14
**1-04**  155:3
**10**  154:7
**100**  151:19
**12**  149:2 150:2 151:8,21 152:17 155:9,14 157:15,25 158:11
**1st**  149:6,9

### 2

**2**  150:7 152:20 153:10,14,22 154:3 155:2
**2018**  146:23 147:11 149:6,9,24 157:2 158:15
**2019**  156:19,22 157:23,24 158:2,12 159:1
**2020**  156:13
**21**  153:19,22 154:1,23

### 3

**3**  159:25
**30(b)6**  146:15

### 5

**5B**  146:17

### 6

**601B**  159:25

### 8

**8**  146:16

### 9

**9:24**  153:18
**9:25**  153:18
**9th**  159:22

### A

**a.m.**  153:18
**ability**  151:14
**academy**  148:3 152:25 155:23 159:8,19,23
**access**  149:19
**accidents**  156:3
**accurate**  146:24
**added**  154:10
**additional**  153:1
**advise**  148:14
**affect**  151:4
**affix**  163:25
**ALFREDO**  146:1 163:24
**allegations**  160:18
**allege**  160:2
**alleges**  161:2,19,23
**amended**  146:14
**application**  152:12
**assessed**  151:21
**assigned**  152:25
**attempting**  159:17
**attention**  146:16
**August**  149:6,9

### B

**back**  159:21
**began**  155:21
**begin**  156:12
**beginning**  157:11
**biannual**  150:10 155:21 156:11,16,23 157:1
**books**  151:3
**bottom**  149:6
**boxes**  161:8
**bring**  159:20
**brought**  153:15 155:23

### C

**called**  155:21 158:5
**calls**  159:11
**capacity**  147:15
**Capodice**  162:2,4
**captain**  159:14
**captains**  157:21 158:23 159:9,22
**captains'**  158:24
**cases**  161:9,11
**certainty**  151:19
**chance**  146:19
**CHANGE**  163:2
**charge**  158:4,15,17,19
**charged**  153:3
**check**  149:22
**checkboxes**  161:6
**checked**  161:8
**checkoff**  161:4
**chief**  146:5 147:15 155:20,21 156:25 158:10,12 161:25
**choose**  151:1 152:7,8 161:5
**choosing**  151:3
**citizen**  154:22,25 155:4,10
**citizens'**  154:15
**City**  146:15 150:3 159:10 160:11
**City's**  146:9,22 147:2,7
**civil**  146:14
**class**  151:15 157:21
**COHEN**  162:6
**committee**  151:1
**competitive**  151:24
**complaining**  160:4
**complaint**  146:23 147:2,8,11,22 148:9 149:1,4,5,21 151:6,16,21 153:9,24 154:8 155:4,18 156:2,9,23 157:3,5,14 158:18 159:24,25 160:5, 12 161:1,5,19,23
**complaints**  149:24 154:15,22,25 155:3,8,10 158:8 160:1,9

**completed** 147:20
**concerns** 150:13 156:6
**conduct** 156:17
**conducts** 155:13
**confronted** 160:1
**confusion** 158:21
**constitutes** 160:12 161:1,19,22
**continuation** 146:8
**continue** 154:13,17
**copy** 148:25
**correct** 149:6 155:10
**CORRECTIONS** 163:1
**courses** 148:2,4 159:8
**court** 151:15
**create** 152:9
**current** 149:23

### D

**date** 149:5,10,17 153:11 154:9,20,21
**dated** 149:24
**day** 159:8,17
**deal** 161:10
**dealing** 156:7
**deals** 155:10
**defendant** 146:15
**demoted** 159:10,13
**department** 149:16 155:22
**depending** 152:1
**deposed** 146:22
**deposition** 146:8,13,15 149:2 157:11 163:25
**designated** 146:9
**desktop** 148:12 149:11,15,18,21, 23,25
**difficulty** 159:20
**direct** 146:16
**discrimination** 156:8 160:3,17,23 161:2,6
**dissemination** 146:22 148:11,16
**document** 149:3 154:2,18

**documents** 153:15,25
**duly** 146:2

### E

**effect** 150:2
**effective** 149:14 157:4
**employees** 160:1
**encompasses** 153:23
**engineer** 151:14
**estimate** 149:20
**evaluation** 154:19
**exam** 151:2,7,22,23 152:9
**EXAMINATION** 146:3
**exams** 150:6,23,25 151:5,9,24 152:17
**exhibit** 146:13 149:2 150:2 151:8,21 152:17 153:19,22 154:1,23 155:9,14 157:15,25 158:11,13
**existed** 156:24
**explain** 150:23 153:25 155:18
**exposure** 150:6,22 152:1

### F

**fact** 151:18
**familiar** 155:15 160:21
**federal** 146:14
**feel** 161:6
**file** 161:4
**filed** 155:8
**final** 155:16 156:5
**fine** 158:22
**fire** 149:16 152:25 153:4 155:20,22, 23 156:25
**firefighter** 152:24 154:3,5,24 155:13
**firefighters** 150:7
**firefighters'** 151:20 152:11,20
**focus** 154:23 155:5
**follow** 162:3
**foregoing** 163:24

**form** 161:4
**format** 155:15
**forward** 159:3,5 160:4 161:9

### G

**general** 148:13 160:5
**give** 148:25
**Good** 146:5,6
**grade** 153:14 154:19
**graduates** 152:24
**grievances** 156:3
**ground** 153:4
**group** 159:21
**guideline** 148:12 149:4,5,23 151:6 153:24 154:6,8,10,14 155:6,18 157:17 158:18
**guidelines** 148:15 151:3,16 153:5, 8,9 154:4,7 156:2

### H

**happen** 153:9 156:18 161:4
**harassment** 156:7 160:3 161:7,23
**higher** 151:15
**home** 159:12
**hour's** 156:2
**hours'** 155:24
**Houston** 146:16
**HR** 150:12 156:6 158:6,7 159:7 160:16

### I

**identify** 149:3
**II** 146:1 163:24
**immediately** 160:2
**implementation** 146:23
**implemented** 156:25
**included** 156:23
**information** 152:13
**informed** 149:18
**initial** 156:1



**initially** 157:4
**inspector** 160:5
**instruct** 160:4
**involved** 147:14 161:7
**involves** 160:19
**issued** 149:8,15
**issues** 155:7 160:16

### J

**January** 148:13 149:25 150:15 156:12,13,20
**job** 152:7

### K

**knowing** 155:6,7
**knowledge** 147:10,13 151:21 152:5,11,14 153:13 155:14

### L

**leave** 159:18
**letter** 159:13
**levels** 151:5
**list** 151:9 160:20
**listed** 149:18
**lists** 154:4,6

### M

**mail** 159:13
**make** 147:24
**March** 157:22,23 158:2,12
**marked** 146:13 149:2 153:19,21 157:15
**Martinez** 146:1,5 163:24
**material** 151:2,25
**materials** 152:8
**Mcleod** 158:10,12
**meant** 150:23
**member** 152:1 153:7,11 154:11 155:22
**members** 148:14 151:25 159:18

161:9
**membership** 150:13
**memory** 151:12
**mentioned** 150:21 152:19 157:10, 11
**message** 160:17
**mind** 150:19
**MONTEIRO** 146:4 153:17,20 161:25
**month** 146:8,21 149:3
**months** 153:2
**morning** 146:5,6
**motor** 156:3
**move** 153:6

### N

**named** 155:4
**newer** 157:20
**newly** 148:6,19 157:12 158:1
**notice** 146:14
**notifications** 159:9
**NPO** 148:2,4,8 157:21 158:25 159:22
**NPOS** 158:3
**number** 146:10

### O

**occurred** 157:21
**October** 149:24 157:18 159:22
**office** 158:15,17 160:5 161:13
**officer** 148:6,19 158:1
**officers** 157:12
**OIG** 161:9
**operations** 153:5
**operator** 151:14
**opted** 159:16
**options** 161:5
**order** 148:13 153:6

### P

**paperwork** 153:14 154:3 155:2
**paragraph** 160:8
**part** 152:15 155:9
**participated** 148:17
**party** 160:4
**Pena** 155:21
**percent** 151:19
**person** 147:19 158:4,9,19
**personal** 147:10,12,23
**personally** 147:14 148:3
**phase** 150:7 152:20 153:3,6,7,10, 14,22 154:3,5 155:2
**phases** 153:2,3
**phone** 159:11
**place** 154:9,19 157:1
**plaintiff's** 146:14
**planned** 155:17
**plugged** 154:20
**policies** 151:3
**policy** 146:23 147:2,8,11,16,22 148:1,10,20,23 149:1,8,14,21 150:4, 8,11 152:5,12 153:11,13 155:3 156:23 157:6,15 158:23 159:24,25 160:13,22 161:2
**position** 151:4,14
**positions** 151:11,13,15
**posted** 148:12 149:11,15,21
**precedence** 156:8
**prepared** 147:6 150:25
**present** 158:7
**presented** 150:13,16 155:7 158:1, 12,19
**pretty** 151:24
**previous** 158:4
**previously** 146:12,21,22 149:2
**prior** 156:15,22 158:2,12,18
**probationary** 147:18 150:6 152:20 153:1 154:3,24 155:13
**procedure** 146:15



Case 4:18-cv-00644   Document 64-4   Filed on 11/18/19 in TXSD   Page 13 of 14
Alfredo Martinez, II
s Index: procedures..train

**procedures** 151:4
**professional** 158:6 161:13
**promoted** 148:6,19 157:12 158:1
**promotional** 150:6,23,25 151:7,9, 22 152:16
**provide** 147:21 148:3 152:17
**provided** 147:11,16 148:9,18 150:3 157:5 160:11,14
**pushed** 150:11 160:18
**put** 151:1

### Q

**question** 151:23 154:12
**questions** 152:3,7,8 162:1,5
**quiz** 154:19

### R

**read** 146:18 148:14 151:25 163:24
**reading** 151:2,9
**readings** 151:6
**ready** 146:20
**reason** 155:4 163:2
**receive** 155:24
**received** 147:25 148:22 159:9,12
**recess** 153:18
**record** 153:17
**reference** 154:22
**referring** 161:12
**regard** 147:15
**remember** 157:9
**representative** 146:9 147:7
**required** 151:6
**reschedule** 159:18
**rescheduled** 150:14
**reserve** 162:6
**resolved** 160:2
**respect** 147:22,25 148:9,19,22 150:3,22 152:17 155:17 157:5,14 161:18,22
**respond** 154:25

**retaliation** 160:3,17,23 161:7,19
**retest** 154:20
**review** 146:19
**reviewed** 153:12 154:5,7,10
**reviews** 153:11
**ride** 151:15
**role** 157:12
**rule** 146:14

### S

**Samuel** 155:21
**schedule** 156:5
**scheduled** 150:10 156:17 158:25 159:22
**section** 154:6 159:25
**semester** 150:12 156:11
**senior** 158:24 159:9,14
**sense** 148:16
**services** 158:5,8,20 161:15
**session** 150:15
**set** 156:12
**setup** 156:1
**shifts** 159:20
**show** 146:12 153:7
**showing** 149:1 153:21
**signature** 163:1,25
**sir** 146:25 147:3 148:7 151:10,19 152:22 157:9 159:6 161:14,16
**sound** 146:24
**sources** 152:9
**speak** 160:16
**speaking** 158:14
**specialized** 160:11 161:1,10
**specific** 148:21 159:14 161:3
**specifically** 160:15,19
**split** 153:2
**spouses** 159:12
**staff** 147:20 158:5,8,19 161:15
**standards** 158:6 161:13
**started** 156:20

**starts** 150:15
**station** 152:25
**stations** 159:19
**status** 153:1
**strike** 150:21 156:15
**submitting** 148:17
**subtopic** 146:17
**supervisor** 153:12 154:11 155:13
**supervisory** 151:5,13,15
**supposed** 156:17 159:23
**sworn** 146:2

### T

**talked** 148:5
**talking** 147:1 154:14
**tasks** 153:4 154:4
**taught** 153:4 156:7
**teach** 148:3 159:8,16
**teaching** 156:2
**ten** 151:25
**term** 160:8,22
**terms** 150:5 158:14
**test** 152:3,4,5,6,11 153:14 155:15
**tested** 150:8 153:13
**testified** 146:2 153:22
**testify** 147:6
**testing** 152:2 153:10,23 154:3 155:12
**tests** 152:14
**thing** 155:16
**things** 156:3,7
**ties** 160:15
**time** 148:5 158:7
**times** 152:1
**today** 147:1,8 153:16
**told** 155:16 156:10 157:8,17
**topic** 147:18
**topics** 146:10 147:17 155:25 158:7
**train** 158:22



Case 4:18-cv-00644   Document 64-4   Filed on 11/18/19 in TXSD   Page 14 of 14
Alfredo Martinez, II
s Index: trained..year

**trained** 150:8

**training** 147:2,7,11,15,18,21,23,25 148:4,6,8,9,18,19,21,22 150:3,5,7,11 152:17,20 154:24 155:17,22,24 156:11,17,23 157:5,12 158:2,11 159:14,15,18 160:12,14,15 161:1,3,10,18,22

**trial** 162:6

**turn** 162:2

**turned** 148:11

**type** 161:7

**types** 161:10

**typically** 151:12 152:4

### U

**understand** 146:7 147:4,24

**understanding** 153:7,23 155:5

**updated** 148:12,15 155:2 157:18

### V

**vehicle** 156:3

**version** 149:25

**versions** 158:18

### W

**ways** 152:16

**word** 152:14,15 160:15

**worth** 155:24 156:2

**writers** 152:6

### Y

**year** 148:14 150:1 156:19,21

888-893-3767
www.lexitaslegal.com

LEXITAS