# EXHIBIT V

# Executive Order No. 1-20 Revised: Racial, Ethnic, Gender and Other Slurs, March 25, 2010, HOU00007329-7330



# CITY OF HOUSTON

Executive Order

| Subject: Racial, Ethnic, Gender and Other Slurs | E.O. No. **1-20 Revised** |
|---|---|
| | Effective Date: **Upon Approval** |

1. **AUTHORITY**
   1.1 Article VI, Section 7a, of the City Charter of the City of Houston.

2. **PURPOSE**
   2.1 To provide a fair and equitable work environment for all employees.

3. **OBJECTIVES**
   3.1 To identify inappropriate or offensive slurs, connotations, words, objects or symbols and prohibit the use thereof.

4. **DEFINITIONS**

Inappropriate or offensive slur, connotation, word, object or symbol is defined as:

   4.1 A remark, language, illustration, poster, cartoon, bulletin, drawing, photograph, magazine, written article or story, screen saver, or electronic communication and/or other media that degrades an individual's race, ethnicity, national origin, sexual orientation, gender and/or gender identification.

   4.2 Menacing behavior, words, and/or symbols directed at persons of a particular race, ethnicity, national origin, sexual orientation and/or gender.

   4.3 Making critical or mocking comments about characteristics of race, ethnicity, national origin, sexual orientation, gender and/or gender identification, such as voice, accent, physical features, hair texture, and/or manner of dress.

   4.4 Perpetuating or promoting stereotypes based on race, ethnicity, national origin, sexual orientation, gender and/or gender identification, such as assumptions about likes and dislikes based on race, ethnicity, national origin, sexual orientation, gender and/or gender identification.

   4.5 Symbols that, by their very utterance or display, are commonly understood to convey direct hatred, disrespect and/or contempt for others on the basis of their race, ethnicity, national origin, sexual orientation, gender and/or gender identification.

| Approved: *[signature]* | Date Approved: 3/25/10 | Page 1 of 2 |
|---|---|---|

5. POLICY

   5.1  It is the policy of the City of Houston that employees shall not verbally, non-verbally, or illustratively utilize, display, or distribute inappropriate or offensive slurs, connotations, words, objects or symbols related to race, ethnicity, national origin, sexual orientation, gender and/or gender identification.

      5.1.1  Shall not create an intimidating, disruptive, hostile and/or offensive working environment by such conduct.

   5.2  Any employee who believes he or she has been subject to a violation of this policy should report the alleged violation immediately to his/her supervisor or manager or to the Office of Inspector General.

6. SCOPE

   6.1  This directive applies to all City of Houston Departments and Divisions.

7. COMPLIANCE

   7.1  Adherence to the above is mandatory. Any employee who fails to comply with this policy is subject to disciplinary action up to and including indefinite suspension.

   7.2  Supervisors or managers who fail to act on allegations or evidence of violations of this policy shall be considered for disciplinary action.

8. VIOLATIONS

   8.1  Policy violations shall be brought to the attention of the Office of Inspector General for investigation.

9. DEPARTMENT AMPLIFICATION

   9.1  A department may make department-specific amplifications.