# EXHIBIT Z

# HFD Special Bulletin No. 127 Revised, HOU00146990-991

# SPECIAL BULLETIN

HOUSTON FIRE DEPARTMENT

OFFICE OF THE FIRE CHIEF

STATION OFFICER:
A._____   B._____   C._____   D._____

AUGUST 30, 2010

SPECIAL BULLETIN NO.   127 (REVISED)

TO:            ALL OFFICERS AND MEMBERS

SUBJECT:   EEO: UNDERSTANDING YOUR RIGHTS AND RESPONSIBILITIES / SEPTEMBER 2010 SCHEDULE

The Human Resources Department will be conducting a class titled EEO: Understanding Your Rights and Responsibilities. Classes will begin in September and continue until all Emergency Operations, Special Operations, and Support Areas are complete.

The class is three hours in length and will be given as a morning and afternoon class. The morning class will be from 0900 hours to 1200 hours. Afternoon classes will be from 1330 hours to 1630 hours. Districts will be split, so that half of the district will receive the class in the morning and half of the district will receive the class in the afternoon.

Rescue Operations Stations shall attend class with their respective Suppression Station.

Station Captains will be responsible for entering this class for credit.
- Course code: HR0009
- Credit hours:  3 hours

ALL UNITS will be out of service for this class.

Please direct any questions pertaining to this class to Wanda Andrews, Human Resources Manager, at (713) 495-7965.

Rick Flanagan
Acting Fire Chief


Attachment: EEO: Understanding Your Rights and Responsibilities – September 2010 Schedule

HOU00146990

2

# EEO: UNDERSTANDING YOUR RIGHTS AND RESPONSIBILITIES
# SEPTEMBER 2010 SCHEDULE

| Date | Shift | Time | Stations | Class Location | Time | Stations | Class Location |
|---|---|---|---|---|---|---|---|
| 9/9/10 | D | 0900-1200 | 4, 50, 67 | 4 | 1330-1630 | NO | CLASS |
| 9/14/10 | C | 0900-1200 | NO | CLASS | 1330-1630 | 38, 49 | 38 |
| 9/15/10 | D | 0900-1200 | 66, 96 | 96 | 1330-1630 | NO | CLASS |
| 9/21/10 | B | 0900-1200 | 4, 50, 67 | 4 | 1330-1630 | 66, 96 | 96 |
| 9/22/10 | C | 0900-1200 | 7, 8, 508 | 8 | 1330-1630 | 17, 25 | 17 |
| 9/23/10 | D | 0900-1200 | 6, 11, 15 | 6 | 1330-1630 | NO | CLASS |
| 9/27/10 | B | 0900-1200 | 5, 77 | 5 | 1330-1630 | NO | CLASS |
| 9/28/10 | A | 0900-1200 | 4, 50, 67 | 4 | 1330-1630 | 66, 96 | 96 |
| 9/29/10 | B | 0900-1200 | 6, 11, 15 | 6 | 1330-1630 | 16, 62 | 16 |