# EXHIBIT AA

# Newly Promoted Officer Training Special Bulletin, HOU00146960-63

# SPECIAL BULLETIN

HOUSTON FIRE DEPARTMENT

OFFICE OF THE FIRE CHIEF

**STATION OFFICER:**
A._____  B. _____  C. _____  D. _____

JANUARY 6, 2010

**SPECIAL BULLETIN NO. 1**

TO:  ALL OFFICERS AND MEMBERS

**SUBJECT:   80-HOUR TRAINING FOR NEWLY PROMOTED OFFICERS (NPO'S) / JANUARY 19TH - 29TH, 2010 CLASS**

An 80-hour Officer Development Training Class will be presented to the members being promoted to the rank of Captain from the most recent promotional list, dated October 13, 2008.

Topics to be covered:
- Diversity and Staff Services
- Smoke Reading, Arson, and Documentation
- Incident Command
- Large Area Search and Extrication
- Officer Development
- Hose Advances
- Multi-Company Drill
- Truck Operations

The class will be conducted from Tuesday, January 19th to Friday, January 29th, 2010. Classes will be Tuesday through Friday both weeks and will be conducted from 0700 hours to 1700 hours each day. All members are required to report to Classroom #115, in the new Officer Development Center, at the Val Jahnke Training Facility.

All members must bring full PPE gear for participation in this class.

See the following schedule for personnel assigned to attend this course. Note the time calculations for each member attending this class.

**This course is mandatory.**

Personnel attending class will park in Parking Lot 1. Do not park in Parking Lot 2; it is designated for personnel working in the Administration Building or visitors conducting business in the Administration Building.

Please direct any questions or concerns about this schedule to Assistant Chief Carl Matejka, Emergency Operations, at 713.247.5082.

HOU00146960

Please direct any questions or concerns about this course to Captain Tony Reed, Professional Development, at office: 713.640.0327, or cell: 713.859.4284.

*Daniel B. Snell*

Daniel Snell
Acting fire chief


Attachment: NPO 80 - Hour Course - Personnel Schedule / January 2010

2

HOU00146961

## Newly Promoted Officer Training (Captain)
## Time Calculations

| Name | PR# | Sta. | Shift | Released from Duty | Additional Time | Return to Duty | Additional Time Owed to City or Member |
|---|---|---|---|---|---|---|---|
| Sillman, Christopher | 117479 | 46 | A | 1330 hrs on 1/13/10 | off 24 hrs 1/15/10 | 1/31/2010 | Owes 20 hrs on 2-2-10 |
| Reid, Michael | 111916 | 37 | A | 1330 hrs on 1/15/10 | | 1/31/2010 | Owes 20 hrs on 2-2-10 |
| Clark, Aaron | 112816 | 54 | D | 0330 hrs on 1/13/10 | | 1/30/2010 | Owes 5 hrs on 2-1-10 |
| Rodriguez, Iris | 63064 | 21 | D | 0330 hrs on 1/13/10 | | 1/30/2010 | Owes 5 hrs on 2-1-10 |
| Pate, David | 100953 | 61 | B | 0630 hrs on 1/15/10 | | 1/30/2010 | Owes 3 hrs on 2-3-10 |
| Burleson, Ricky | 116939 | 82 | C | 0630 hrs on 1/12/10 | Owes 4 hrs 1/13/10 | 2/2/2010 | Owes 23 hrs on 2/6/10 |
| Thomas, Dennis | 108939 | 49 | D | 0330 hrs on 1/13/10 | | 2/3/2010 | Owes 24 hrs on 2/7/10 & 5 hrs on 2/9/10 |
| Wells, Matthew | 117484 | 56 | A | 1330 hrs on 1/15/10 | | 1/31/2010 | Owes 20 hrs on 2-2-10 |
| Holmann, Lonnie | 108548 | OEC | Days | 40 hr Work Week | | | |
| Higgins, Ricky | 88881 | 68 | A | 1330 hrs on 1/13/10 | off 24 hrs on 1-15-10 | 1/31/2010 | Owes 20 hrs on 2-2-10 |
| Small, Calvin | 120937 | 31 | D | 0430 hrs on 1/10/10 | off 24 hrs on 1/12/10 | 2/3/2010 | Owes 24 hrs on 2/7/10 & 5 hrs on 2/9/10 |
| Holbert, John | 119522 | 64 | B | 1/13/2010 | off 24 hrs on 1-15-10 | 1/30/2010 | Owes 3 hrs on 2/3/10 |
| Watkins, Bradly | 116992 | 33 | D | 0330 hrs on 1/13/10 | off 24 hrs on 1-14-10 | 2/3/2010 | Owes 24 hrs on 2/7/10 & 5 hrs on 2/9/10 |
| Harris, Michael | 115716 | 12 | A | 1330 hrs on 1/14/10 | off 24 hrs on 1-15-10 | 1/31/2010 | Owes 20 hrs on 2-2-10 |
| Lawson, Jakob | 118041 | 8 | D | 0430 hrs on 1/12/10 | | 2/3/2010 | Owes 24 hrs on 2/7/10 & 5 hrs on 2/9/10 |
| Newell, William | 115733 | 46 | B | 1/15/2010 | | 1/30/2010 | Off at 0930 on 1/30/10 |
| Garza, Alex | 105553 | 76 | D | 0430 hrs on 1/12/10 | | 2/3/2010 | Owes 24 hrs on 2/7/10 & 5 hrs on 2/9/10 |
| Johnson, Dexter | 105001 | 22 | D | 0430 hrs on 1/12/10 | | 2/3/2010 | Owes 24 hrs on 2/7/10 & 5 hrs on 2/9/10 |

3

HOU00146962

## Newly Promoted Officer Training (Captain)
## Time Calculations

| Name | PR# | Sta. | Shift | Released from Duty | Additional Time | Return to Duty | Additional Time Owed to City or Member |
|---|---|---|---|---|---|---|---|
| Doolittle, Robert | 96056 | 40 | A | 1330 hrs on 1/14/10 | off 24 hrs on 1-15-10 | 1/31/2010 | Owes 20 hrs on 2-2-10 |
| Ponte, Ennio G | 87974 | 24 | C | 1003 hrs on 1/13/10 | | 2/2/2010 @ 0730 | |

*Those members owing the City additional time shall be allowed to utilize accrued vacation/holiday time or elect to work. In either case, those members owing the City additional time shall contact the affected District Chief (e.g. an A shift member paying back on C Shift, shall contact the on duty C Shift Chief) of their decision. For those members electing to work, the affected District Chief shall schedule their work hours in accordance with their district's staffing requirements

4