# EXHIBIT BB

# Newly Promoted Officer Training Special Bulletin, HOU00146968-70

# SPECIAL BULLETIN

HOUSTON FIRE DEPARTMENT

OFFICE OF THE FIRE CHIEF

**STATION OFFICER:**
A. _____   B. _____   C. _____   D. _____

JANUARY 29, 2010

**SPECIAL BULLETIN NO. 16**

TO:          ALL OFFICERS AND MEMBERS

**SUBJECT:**   **80-HOUR TRAINING FOR NEWLY PROMOTED SENIOR CAPTAINS / FEBRUARY 15TH – 26TH, 2010 CLASS**

An 80-hour Officer Development Training Class will be presented to the members being promoted to the rank of Senior Captain from the most recent promotional list, dated May 28, 2009.

Topics to be covered:
- Diversity, Staff Services and Arson
- Smoke Reading, District Staffing and Extrication
- Nims 300
- Chief Officer Development I
- Chief Officer Development III
- Chief Officer Development IV, V
- Truck Operations

The class will be conducted Monday, February 15th through Friday, February 26th, 2010. Class hours will be 0800 hours to 1600 hours each day. All members are required to report to Classroom #115, in the Officer Development Center, at the Val Jahnke Training Facility.

**This course is mandatory.** All members must bring full PPE gear for participation in this class.

See the following schedule for personnel assigned to attend this course. Note the time calculations for each member attending this class. Those members owing the City additional time shall be allowed to utilize accrued vacation/holiday time or elect to work. In either case, those members owing the City additional time shall contact the affected District Chief (e.g. an A shift member paying back on C Shift, shall contact the on duty C Shift Chief) of their decision. For those members electing to work, the affected District Chief shall schedule their work hours in accordance with their district's staffing requirements.

Personnel attending class will park in Parking Lot 1. Do not park in Parking Lot 2; it is designated for personnel working in the Administration Building or visitors conducting business in the Administration Building.

Direct any questions or concerns about this schedule to Acting Executive Assistant Chief Carl Matejka, Emergency Operations, at 713.247.5082.

Direct any questions or concerns about this course to Captain Tony Reed, Professional Development, at office: 713.640.0327, or cell: 713.859.4284.

Rick Flanagan
Acting Fire Chief

Attachment: SR. NPO 80 - Hour Course - Personnel Schedule / February 2010

| Name | Released from Duty | Additional Time | Return to Duty | Additional Time |
|---|---|---|---|---|
| Alderete, Lorenzo | 2/9/2010 | 2/10/10 owes 1 hr | 2/28/2010 (Debit Day) | Owes 1 hour on 3/6/2010 |
| Allen, Gerald | 2/11/2010 @ 2230 | | 2/27/2010 @ 1730 hrs | |
| Baudat, Kelly | 2/9/2010 | 2/10/10 owes 1hr | 3/2/2010 | Owes 24 hours on 3/6/10 & 1 on 3/8/10 |
| Brown, Anthony | 2/11/2010 @ 2230 | | 2/27/2010 | Owes 11 hours on 3/3/2010 |
| Colburn, Terry | 2/9/2010 | 2/10/10 owes 1 hr | 3/2/2010 | Owes 1 hour on 3/6/2010 |
| Corona, Daniel | 2/10/2010 @ 0130 | | 3/3/2010 | Owes 24 on 3/7/10 & 8 on 3/9/2010 |
| Dauzat, David | 2/11/2010 @ 2230 | | 2/27/2010 | Owes 11 hours on 3/3/2010 |
| Elliott, Deena | 2/11/2010 @ 2230 | | 2/27/2010 | Owes 11 hours on 3/3/2010 |
| Guerrero, Julian II | 2/10/2010 @ 0130 | | 3/3/2010 | Owes 8 hours on 3/9/2010 |
| Hernandez, Simon | 2/8/2010 @ 0730 | | 3/2/2010 | Owes 24 hours on 3/6/10 & 1 on 3/8/10 |
| Higgins, Paul L | 2/11/2010 @ 2230 | | 2/27/2010 | Owes 11 hours on 3/3/2010 |
| Hill, Curtis | 2/11/2010 @ 2230 | | 2/27/2010 @ 1730 hrs | |
| Hurst, Wesley | 2/9/2010 | 2/10/10 owes 1hr | 3/2/2010 | Owes 24 hours on 3/6/10 & 1 on 3/8/10 |
| Jackson, Robert | 2/8/2010 @ 0130 | 2/9/2010 off 24 hrs | 3/3/2010 | Owes 24 on 3/7/10 & 8 on 3/9/2010 |
| Jordan, Timothy | 2/8/2010 @ 0730 | | 3/2/2010 | Owes 24 hours on 3/6/10 & 1 on 3/8/10 |
| Kamman, Nancy | 2/9/2010 @ 0530 | 2/10/10 off 24 hrs & off 24 hrs on 2/12/10 | 2/28/2010 | Owes 24 hours on 3/2/10 & 4 on 3/4/10 |

| | | | | |
|---|---|---|---|---|
| Martin, Billy | 2/9/10 @ 0530 | 2/10/10 off 24 hrs & off 24 hrs on 2/12/10 | 2/28/2010 | Owes 24 hours on 3/2/10 & 4 on 3/4/10 |
| Martin, Charles | 2/11/2010 @ 2230 | | 2/27/2010 @ 1730 hrs | |
| Noack, Steven | 2/9/2010 | 2/10/10 owes 1 hr | 3/2/2010 | Owes 24 hours on 3/6/10 & 1 on 3/8/10 |
| Salazar, Charles Jr. | 2/11/2010 @ 2230 | | 2/27/2010 | Owes 11 hours on 3/3/2010 |
| Salazar, Daniel | 2/11/10 @ 0530 | 2/12/10 off 24 hrs | 2/28/2010 | Owes 4 hours on 3/4/2010 |
| Sky Eagle, Isabel | 2/9/2010 | 2/10/10 owes 1 hr | 3/2/2010 | Owes 1 hour on 3/6/2010 |
| Stallings, Cary | 2/11/10 @ 0530 | 2/12/10 off 24 hrs | 2/28/2010 | Owes 24 hours on 3/2/10 & 4 on 3/4/10 |
| Taylor, Jimmy | 2/11/2010 @ 2230 | | 2/27/2010 @ 1730 hrs | |
| Vatuna, Timothy | 2/11/2010 @ 2230 | | 2/27/2010 @ 1730 hrs | |

3