# EXHIBIT CC

# HFD Special Bulletin No. 43, HOU00146971-83

# SPECIAL BULLETIN

HOUSTON FIRE DEPARTMENT

OFFICE OF THE FIRE CHIEF

**STATION OFFICER:**
A._____   B._____   C._____   D._____

MARCH 9, 2010

**SPECIAL BULLETIN NO.   43**

TO:            ALL OFFICERS AND MEMBERS

**SUBJECT:    DIVERSITY AND GENDER SENSITIVITY LEADERSHIP TRAINING**

The Houston Fire Department will be conducting leadership training on the topic of Cultural Diversity and Gender Sensitivity during the months of April and May at the Val Jahnke Training Facility.  Refer to the attached class schedule for the specific dates and class rosters.  **THIS IS A MANDATORY TRAINING CLASS FOR THOSE IDENTIFIED ON THE CLASS ROSTERS.**  Members who are off-duty will attend on their scheduled date and will be compensated by overtime.  Members who are regularly scheduled to work on the scheduled class dates will attend on-duty.  Members shall not accept an overtime assignment on the date of their scheduled class nor shall they be held over at relief time, except in the case of an extreme emergency.

The class on April 1, 2010 will be held in the Command Center at 1205 Dart beginning at 0830 hours.

All other classes will begin at 0830 hours in Classrooms 3 & 4 of the VJTF, 8030 Braniff and will conclude prior to 1600 hours the same day.  Class attire for Classified members will be Class B Uniform.  Non-Classified members will dress in normal work attire.

**THIS IS A MANDATORY CLASS FOR THOSE IDENTIFIED ON THE CLASS ROSTER.**  Any member who cannot attend as scheduled shall contact Executive Assistant Fire Chief Daniel Snell at 713-859-0590 to secure an authorized absence.  All others will be considered Absent Without Leave (AWOL).

Rick Flanagan
Acting Fire Chief

**NOTE:  THIS CLASS WILL BE HELD IN THE COMMAND CENTER AT 1205 DART**

| PAYROLL | NAME | RANK/TITLE | Date |
|---:|---|---|---|
| 102342 | ALEXANDER, KEVIN | ASSISTANT FIRE CHIEF | April 1, 2010 |
| 70991 | BARRY, WILLIAM | ASSISTANT FIRE CHIEF | April 1, 2010 |
| 125283 | BROWN, JOHN | ASSISTANT DIRECTOR | April 1, 2010 |
| 61721 | CASEY, MICHAEL | DEPUTY CHIEF | April 1, 2010 |
| 44681 | CORTEZ, GABINO | ARSON INVESTIGATOR | April 1, 2010 |
| 127265 | DEPASCAL, NEIL | DEPUTY DIRECTOR | April 1, 2010 |
| 93325 | DUPONT, KAREN | ASSISTANT FIRE CHIEF | April 1, 2010 |
| 66697 | FLANAGAN, JOHN | EXECUTIVE ASSISTANT FIRE CHIEF | April 1, 2010 |
| 88867 | GALVAN, RICHARD | ASSISTANT FIRE MARSHAL | April 1, 2010 |
| 83214 | GONZALES, HERMAN | DEPUTY CHIEF | April 1, 2010 |
| 44697 | HAMM, ROY | DEPUTY CHIEF | April 1, 2010 |
| 71774 | HERRERA, FERNANDO | DEPUTY CHIEF | April 1, 2010 |
| 80969 | LONGORIA, OMERO | ASSISTANT FIRE CHIEF | April 1, 2010 |
| 49372 | MATEJKA, CARL | ASSISTANT FIRE CHIEF | April 1, 2010 |
| 102445 | PERSSE, DAVID | EMS PHYSICIAN DIRECTOR,MD | April 1, 2010 |
| 130733 | PLUMMER, PATRICK | ASSISTANT DIRECTOR | April 1, 2010 |
| 50839 | SNELL, DANIEL | EXECUTIVE ASSISTANT FIRE CHIEF | April 1, 2010 |
| 61766 | STONE, TERRY | DEPUTY CHIEF | April 1, 2010 |
| 123640 | TRAHAN, PATRICK | SENIOR STAFF ANALYST | April 1, 2010 |
| 94519 | WEST, RODNEY | DEPUTY CHIEF COMMUNICATIONS OFFICER | April 1, 2010 |
| 71801 | WHITE, BLAKE | DEPUTY CHIEF | April 1, 2010 |
| 19248 | WHITEHORN, K | DEPUTY CHIEF | April 1, 2010 |
| 48319 | WILLIAMS, JACK | ASSISTANT FIRE CHIEF | April 1, 2010 |

NOTE:   THIS CLASS WILL BE HELD IN THE COMMAND CENTER AT 1205 DART

| PAYROLL | NAME | RANK/TITLE | Date |
|---|---|---|---|
| 71263 | ANDERSON, BENNY | SENIOR INVESTIGATOR | April 9, 2010 |
| 62405 | BENDER, EDWIN | DISTRICT CHIEF | April 9, 2010 |
| 88847 | BERCKENHOFF, KEVIN | SENIOR CAPTAIN | April 9, 2010 |
| 88848 | BIRKELBACH, STEVEN | SENIOR CAPTAIN | April 9, 2010 |
| 76458 | BLEVINS, MICHAEL | DISTRICT CHIEF | April 9, 2010 |
| 71003 | CICHON, STEPHEN | DISTRICT CHIEF | April 9, 2010 |
| 87938 | COLE, RICHARD | DISTRICT CHIEF | April 9, 2010 |
| 96052 | COOGLER, CLINT | SENIOR CAPTAIN | April 9, 2010 |
| 51275 | DAVIS, MICHAEL | SENIOR CAPTAIN | April 9, 2010 |
| 76463 | DUCHEMIN, DANIEL | SENIOR CAPTAIN | April 9, 2010 |
| 38607 | GONZALES, LARRY | DISTRICT CHIEF | April 9, 2010 |
| 48283 | GREEN, WILLIAM | SENIOR CAPTAIN | April 9, 2010 |
| 39367 | HAKEMACK, TERRY | DISTRICT CHIEF | April 9, 2010 |
| 115719 | HENRY, LANCE | SENIOR INSPECTOR | April 9, 2010 |
| 77603 | HERRIN, LARRY | SENIOR CAPTAIN | April 9, 2010 |
| 103939 | HIGGINS, PAUL | SENIOR CAPTAIN | April 9, 2010 |
| 88882 | HOLMES, ROBERT | SENIOR CAPTAIN | April 9, 2010 |
| 102372 | HUNTER, DERRICK | DISTRICT CHIEF | April 9, 2010 |
| 65694 | KINGHAM, RICHARD | SENIOR CAPTAIN | April 9, 2010 |
| 96076 | LLEWELLYN, EDWARD | SENIOR CAPTAIN | April 9, 2010 |
| 71364 | MCMAHON, TIMOTHY | SENIOR CAPTAIN | April 9, 2010 |
| 71306 | MIKESKA, LEONARD | DISTRICT CHIEF | April 9, 2010 |
| 68952 | REILAND, ROBIN | SENIOR CAPTAIN | April 9, 2010 |
| 108931 | SCHINDEWOLF, RYAN | SENIOR CAPTAIN | April 9, 2010 |
| 59802 | SHERBER, DOUGLAS | DISTRICT CHIEF | April 9, 2010 |
| 42508 | STUCKEY, CHARLES | DISTRICT CHIEF | April 9, 2010 |
| 99893 | SWANSON, DAVID | SENIOR CAPTAIN | April 9, 2010 |
| 83263 | THORP, MICHAEL | DISTRICT CHIEF | April 9, 2010 |
| 81659 | WAGGONER, RODRICK | SENIOR CAPTAIN | April 9, 2010 |
| 99895 | WALTERBACH, JAMES | SENIOR CAPTAIN | April 9, 2010 |
| 71040 | WATSON, CHARLES | SENIOR CAPTAIN | April 9, 2010 |

| PAYROLL | NAME | RANK/TITLE | Date |
|---|---|---|---|
| 100638 | ALEXANDER, DON | SENIOR CAPTAIN | April 12, 2010 |
| 64359 | BEUTELL, GEORGE | DISTRICT CHIEF | April 12, 2010 |
| 95832 | CAUSEY, EDWARD | SENIOR CAPTAIN | April 12, 2010 |
| 63522 | CONN, MICHAEL | SENIOR CAPTAIN | April 12, 2010 |
| 92699 | COOK, JEFFREY | SENIOR CAPTAIN | April 12, 2010 |
| 87941 | CURRIE, KENNETH | DISTRICT CHIEF | April 12, 2010 |
| 78417 | DYER, WALTER | DISTRICT CHIEF | April 12, 2010 |
| 50805 | ELLIOTT, DAVID | SENIOR CAPTAIN | April 12, 2010 |
| 81620 | FISHER, KELLY | DISTRICT CHIEF | April 12, 2010 |
| 80957 | GARDINER, TERENCE | DISTRICT CHIEF | April 12, 2010 |
| 105556 | HAVLICE, EDWARD | SENIOR CAPTAIN | April 12, 2010 |
| 71013 | HOOKS, RICKY | SENIOR CAPTAIN | April 12, 2010 |
| 52939 | HOPPAS, RICKY | DISTRICT CHIEF | April 12, 2010 |
| 60677 | JACKSON, PAUL | SENIOR CAPTAIN | April 12, 2010 |
| 62427 | JENKINS, DALE | SENIOR CAPTAIN | April 12, 2010 |
| 65186 | JOHNSON, ROOSEVELT | SENIOR CAPTAIN | April 12, 2010 |
| 45003 | KELLEY, RONALD | DISTRICT CHIEF | April 12, 2010 |
| 48033 | KEY, DAVID | SENIOR CAPTAIN | April 12, 2010 |
| 59267 | KEY, PAUL | SENIOR CAPTAIN | April 12, 2010 |
| 71684 | LOCKWOOD, TIMOTHY | DISTRICT CHIEF | April 12, 2010 |
| 60686 | OGRODOWICZ, LARRY | SENIOR CAPTAIN | April 12, 2010 |
| 54952 | PATTISON, RICHARD | DISTRICT CHIEF | April 12, 2010 |
| 105579 | PENNINGTON, JAMES | SENIOR CAPTAIN | April 12, 2010 |
| 100663 | POOR, DOUGLAS | SENIOR CAPTAIN | April 12, 2010 |
| 92042 | RITCHIE, WALTER | SENIOR CAPTAIN | April 12, 2010 |
| 78446 | SCHLIETER, ROBERT | DISTRICT CHIEF | April 12, 2010 |
| 100955 | SEXTON, DONALD | SENIOR CAPTAIN | April 12, 2010 |
| 71976 | SMITH, ROBERT | SENIOR CAPTAIN | April 12, 2010 |
| 108568 | SQUIRES, SHELLEY | SENIOR CAPTAIN | April 12, 2010 |
| 96112 | TAYLOR, STEVEN | SENIOR CAPTAIN | April 12, 2010 |
| 99894 | VILLASANA, RAUL | SENIOR CAPTAIN | April 12, 2010 |

| PAYROLL | NAME | RANK/TITLE | Date |
|---|---|---|---|
| 96042 | BECKNAL, MARK | SENIOR CAPTAIN | April 14, 2010 |
| 61152 | BELL, JAMES | SENIOR CAPTAIN | April 14, 2010 |
| 82081 | BERRY, DOUGLAS | SENIOR CAPTAIN | April 14, 2010 |
| 78405 | BORISKIE, PHIL | DISTRICT CHIEF | April 14, 2010 |
| 88852 | BRIDGES, EDWARD | SENIOR CAPTAIN | April 14, 2010 |
| 49090 | BRYER, JAMES | DISTRICT CHIEF | April 14, 2010 |
| 63514 | BURGESS, BRIAN | DISTRICT CHIEF | April 14, 2010 |
| 108883 | CAMPBELL, JAMES | SENIOR CAPTAIN | April 14, 2010 |
| 40430 | CEMINO, PHILLIP | DISTRICT CHIEF | April 14, 2010 |
| 83209 | CORNELIUS, BENJAMIN | SENIOR CAPTAIN | April 14, 2010 |
| 96055 | DILLON, JAMES | SENIOR CAPTAIN | April 14, 2010 |
| 54066 | FERGUSON, MIKE | DISTRICT CHIEF | April 14, 2010 |
| 64377 | GRIMES, ROBERT | SENIOR CAPTAIN | April 14, 2010 |
| 61174 | HARRIS, HOWARD | SENIOR CAPTAIN | April 14, 2010 |
| 71679 | HAYS, JOSEPH | SENIOR CAPTAIN | April 14, 2010 |
| 81624 | HERNANDEZ, CLETO | SENIOR CAPTAIN | April 14, 2010 |
| 49663 | HOOKER, FRED | DISTRICT CHIEF | April 14, 2010 |
| 64387 | KROTOFIL, RONALD | SENIOR CAPTAIN | April 14, 2010 |
| 94505 | MILLER, JOHN | DISTRICT CHIEF | April 14, 2010 |
| 87966 | MOORE, CARL | SENIOR CAPTAIN | April 14, 2010 |
| 66718 | PARKER, TERRY | SENIOR CAPTAIN | April 14, 2010 |
| 96095 | PETOCZ, ERIK | SENIOR CAPTAIN | April 14, 2010 |
| 60688 | PETROSKY, CALVIN | DISTRICT CHIEF | April 14, 2010 |
| 61190 | REEVES, KELVIN | SENIOR CAPTAIN | April 14, 2010 |
| 61194 | SAVAGE, KYLE | DISTRICT CHIEF | April 14, 2010 |
| 71593 | SMITH, KEITH | SENIOR CAPTAIN | April 14, 2010 |
| 79575 | TAYLOR, GERARD | SENIOR CAPTAIN | April 14, 2010 |
| 77627 | WEDGEWORTH, JERRY | DISTRICT CHIEF | April 14, 2010 |
| 62464 | WEDGEWORTH, RILEY | SENIOR CAPTAIN | April 14, 2010 |
| 88909 | WHITEHORN, STEVEN | DISTRICT CHIEF | April 14, 2010 |
| 41778 | YAW, LEIGHTON | DISTRICT CHIEF | April 14, 2010 |

| PAYROLL | NAME | RANK/TITLE | Date |
|---|---|---|---|
| 94462 | CAMPBELL, TROY | SENIOR CAPTAIN | April 16, 2010 |
| 94463 | CARLEY, KEVIN | DISTRICT CHIEF | April 16, 2010 |
| 62414 | DOWNING, TED | DISTRICT CHIEF | April 16, 2010 |
| 77598 | EAVES, SAMUEL | SENIOR CAPTAIN | April 16, 2010 |
| 100940 | GARCIA, ROBERT | SENIOR CAPTAIN | April 16, 2010 |
| 96065 | HARRISON, DOUGLAS | DISTRICT CHIEF | April 16, 2010 |
| 94483 | HAWTHORNE, BRAD | SENIOR CAPTAIN | April 16, 2010 |
| 95835 | HEADBERG, GREG | SENIOR CAPTAIN | April 16, 2010 |
| 61175 | HENSON, JAMES | SENIOR CAPTAIN | April 16, 2010 |
| 71680 | HERSHEY, BRANNON | DISTRICT CHIEF | April 16, 2010 |
| 92706 | HOLDER, CARL | DISTRICT CHIEF | April 16, 2010 |
| 95254 | HUTZLEY, ERIC | DISTRICT CHIEF | April 16, 2010 |
| 102377 | JOHNSON, RICKY | SENIOR CAPTAIN | April 16, 2010 |
| 99881 | KAMMAN, ROBERT | SENIOR CAPTAIN | April 16, 2010 |
| 105563 | KOTERAS, TROY | SENIOR CAPTAIN | April 16, 2010 |
| 68940 | LITTLE, WILLIAM | SENIOR CAPTAIN | April 16, 2010 |
| 92129 | MANN, RICHARD | DISTRICT CHIEF | April 16, 2010 |
| 83234 | MEDINA, CHARLES | DISTRICT CHIEF | April 16, 2010 |
| 108913 | MILES, MICKEY | SENIOR CAPTAIN | April 16, 2010 |
| 76476 | MUELLER, BRUCE | SENIOR CAPTAIN | April 16, 2010 |
| 61186 | OAKS, DAVID | SENIOR CAPTAIN | April 16, 2010 |
| 80979 | PAYNE, CHESTER | SENIOR CAPTAIN | April 16, 2010 |
| 95846 | SEYMOUR, VALERIE | SENIOR CAPTAIN | April 16, 2010 |
| 76492 | SNOWDEN, NATHAN | SENIOR CAPTAIN | April 16, 2010 |
| 61765 | SOUKUP, JAMES | DISTRICT CHIEF | April 16, 2010 |
| 80990 | THOMAS, CHRIS | DISTRICT CHIEF | April 16, 2010 |
| 62458 | VAUGHAN, HAROLD | DISTRICT CHIEF | April 16, 2010 |
| 77625 | VILLANUEVA, RAUL | SENIOR CAPTAIN | April 16, 2010 |
| 71704 | WIECHKOSKE, JOHN | SENIOR CAPTAIN | April 16, 2010 |
| 63570 | WOOD, BENNETT | SENIOR CAPTAIN | April 16, 2010 |
| 88913 | YOUNG, AL | SENIOR CAPTAIN | April 16, 2010 |

| PAYROLL | NAME | RANK/TITLE | Date |
|---|---|---|---|
| 61713 | ARCHIBALD, LARRY | SENIOR CAPTAIN | April 19, 2010 |
| 50793 | BENNETT, GARY | DISTRICT CHIEF | April 19, 2010 |
| 104995 | CAMPBELL, LISA | SENIOR CAPTAIN | April 19, 2010 |
| 94469 | COOLEY, JESSIE | SENIOR CAPTAIN | April 19, 2010 |
| 33579 | CREPS, THOMAS | SENIOR CAPTAIN | April 19, 2010 |
| 78411 | CUMMINGS, MARK | SENIOR CAPTAIN | April 19, 2010 |
| 49095 | DERNEHL, KENNETH | SENIOR CAPTAIN | April 19, 2010 |
| 42122 | DITTA, FRANK | DISTRICT CHIEF | April 19, 2010 |
| 92127 | DONOVAN, MARK | DISTRICT CHIEF | April 19, 2010 |
| 92701 | DOUGLAS, JOHN | DISTRICT CHIEF | April 19, 2010 |
| 61730 | ELZNER, GLENN | SENIOR CAPTAIN | April 19, 2010 |
| 100937 | FORD, KELLY | SENIOR CAPTAIN | April 19, 2010 |
| 68932 | GUTIERREZ, ROBERT | DISTRICT CHIEF | April 19, 2010 |
| 79552 | LANE, MICHAEL | SENIOR CAPTAIN | April 19, 2010 |
| 87958 | LARSON, DONALD | SENIOR CAPTAIN | April 19, 2010 |
| 65189 | LONGORIA, JOSE | SENIOR CAPTAIN | April 19, 2010 |
| 94641 | MOBLEY, JACK | SENIOR CAPTAIN | April 19, 2010 |
| 78440 | MOORE, ROY | DISTRICT CHIEF | April 19, 2010 |
| 95260 | ODGER, MICHAEL | SENIOR CAPTAIN | April 19, 2010 |
| 66393 | PHILLIPS, MICHAEL | DISTRICT CHIEF | April 19, 2010 |
| 71972 | PONCE, JOSE | SENIOR CAPTAIN | April 19, 2010 |
| 71792 | RENFRO, DAVID | DISTRICT CHIEF | April 19, 2010 |
| 77617 | SACCO, JAMES | SENIOR CAPTAIN | April 19, 2010 |
| 87977 | SANCHEZ, OSCAR | SENIOR CAPTAIN | April 19, 2010 |
| 52736 | SMITH, JOHN | DISTRICT CHIEF | April 19, 2010 |
| 49111 | SPARKS, STEVEN | DISTRICT CHIEF | April 19, 2010 |
| 54100 | TAYLOR, MARK | SENIOR CAPTAIN | April 19, 2010 |
| 71388 | TODD, EARNEST | SENIOR CAPTAIN | April 19, 2010 |
| 87986 | TREVINO, ADRIAN | SENIOR CAPTAIN | April 19, 2010 |
| 99896 | WARD, DERIK | SENIOR CAPTAIN | April 19, 2010 |
| 81662 | WILLIAMS, JOE | DISTRICT CHIEF | April 19, 2010 |
| 54975 | ZEAMER, MICHAEL | SENIOR CAPTAIN | April 19, 2010 |

| PAYROLL | NAME | RANK/TITLE | Date |
|---:|---|---|---|
| 92694 | ATKINSON, KYLE | DISTRICT CHIEF | April 21, 2010 |
| 61154 | BISBANO, ANTHONY | DISTRICT CHIEF | April 21, 2010 |
| 32083 | BROUSSARD, ARTHUR | DISTRICT CHIEF | April 21, 2010 |
| 59767 | BURLESON, JOHN | SENIOR CAPTAIN | April 21, 2010 |
| 68920 | CHITTWOOD, MICHAEL | SENIOR CAPTAIN | April 21, 2010 |
| 61157 | CLARK, JOSEPH | DISTRICT CHIEF | April 21, 2010 |
| 79525 | CROW, JEFF | DISTRICT CHIEF | April 21, 2010 |
| 68923 | CURRIE, FRANK | SENIOR CAPTAIN | April 21, 2010 |
| 94472 | DAVIS, DANNY | SENIOR CAPTAIN | April 21, 2010 |
| 94639 | FUENTES, JESUS | SENIOR CAPTAIN | April 21, 2010 |
| 83211 | GERICA, MICHAEL | DISTRICT CHIEF | April 21, 2010 |
| 105887 | HARRIS, BOBBIE | DIVISION MANAGER | April 21, 2010 |
| 103963 | HIGGINS, JULIET | SENIOR CAPTAIN | April 21, 2010 |
| 105562 | KERR, JOHN | SENIOR CAPTAIN | April 21, 2010 |
| 82113 | KOHRT, VAN | SENIOR CAPTAIN | April 21, 2010 |
| 43790 | LACOMBE, SIDNEY | SENIOR CAPTAIN | April 21, 2010 |
| 92712 | MARTIN, RONALD | DISTRICT CHIEF | April 21, 2010 |
| 50002 | MORADO, ANTHONY | SENIOR CAPTAIN | April 21, 2010 |
| 61185 | MORGAN, MICHAEL | SENIOR CAPTAIN | April 21, 2010 |
| 87971 | PANGARAKIS, GARY | DISTRICT CHIEF | April 21, 2010 |
| 71313 | PANGARAKIS, GLENN | SENIOR CAPTAIN | April 21, 2010 |
| 87976 | ROCHA, THEODORE | DISTRICT CHIEF | April 21, 2010 |
| 105590 | SCALISE, BRENT | SENIOR CAPTAIN | April 21, 2010 |
| 96110 | STRONG, BERYL LYNN | SENIOR CAPTAIN | April 21, 2010 |
| 66729 | STRONG, ROBERT | SENIOR CAPTAIN | April 21, 2010 |
| 95848 | TOLLIVER, KIRKLAND | SENIOR CAPTAIN | April 21, 2010 |
| 71322 | TORONJO, JEFFERY | SENIOR CAPTAIN | April 21, 2010 |
| 71039 | TYNER, KENNETH | DISTRICT CHIEF | April 21, 2010 |
| 62461 | WATKINS, DANNY | DISTRICT CHIEF | April 21, 2010 |
| 100960 | WATSON, JAMES | SENIOR CAPTAIN | April 21, 2010 |
| 87990 | WHEELER, THOMAS | DISTRICT CHIEF | April 21, 2010 |
| 63569 | WISNIEWSKI, BRUCE | SENIOR CAPTAIN | April 21, 2010 |

| PAYROLL | NAME | RANK/TITLE | Date |
|---|---|---|---|
| 71329 | ALMAGUER, DAVID | SENIOR CAPTAIN | April 22, 2010 |
| 125946 | ARREDONDO, JAIME | DIVISION MANAGER | April 22, 2010 |
| 71538 | ARTHUR, EDGAR | ASSISTANT ARSON INVESTIGATOR | April 22, 2010 |
| 87927 | BALCEREK, CHRISTOPHER | DISTRICT CHIEF | April 22, 2010 |
| 88849 | BLACKMON, RONALD | SENIOR INSPECTOR | April 22, 2010 |
| 99870 | BOENING, JOSEPH | SENIOR INVESTIGATOR | April 22, 2010 |
| 71267 | BROLAN, KEVIN | ASSISTANT ARSON INVESTIGATOR | April 22, 2010 |
| 94465 | CHAPA, PEDRO | SENIOR CAPTAIN | April 22, 2010 |
| 49363 | CLIFTON, ROBBIE | SENIOR INSPECTOR | April 22, 2010 |
| 100646 | CURETTE, BRAD | SENIOR CAPTAIN | April 22, 2010 |
| 81618 | ELIAS, RONALD | DISTRICT CHIEF | April 22, 2010 |
| 71561 | HARTMAN, RANDALL | DISTRICT CHIEF | April 22, 2010 |
| 88880 | HICKS, MARCUS | SENIOR INSPECTOR | April 22, 2010 |
| 60676 | HOYT, DONALD | SENIOR CAPTAIN | April 22, 2010 |
| 94493 | LILLEY, TROY | SENIOR CAPTAIN | April 22, 2010 |
| 109801 | LIPPINCOTT, JACK | DIVISION MANAGER | April 22, 2010 |
| 64393 | MANRY, BRIAN | SENIOR CAPTAIN | April 22, 2010 |
| 71965 | MARTIN, DONALD | SENIOR CAPTAIN | April 22, 2010 |
| 105571 | MARTINEZ, ALFREDO | SENIOR INVESTIGATOR | April 22, 2010 |
| 82122 | MAYS, JOE | SENIOR INSPECTOR | April 22, 2010 |
| 87960 | MCATEER, GEORGE | DISTRICT CHIEF | April 22, 2010 |
| 94500 | MCDONALD, JIMMY | SENIOR CAPTAIN | April 22, 2010 |
| 70669 | MEADOWS, GEORGE | CHIEF INSPECTOR FIRE | April 22, 2010 |
| 49102 | MICHKA, ALFRED | DISTRICT CHIEF | April 22, 2010 |
| 71372 | NEAL, CHARLES | SENIOR CAPTAIN | April 22, 2010 |
| 54959 | ROUSE, PETER | DISTRICT CHIEF | April 22, 2010 |
| 34268 | SCHINDEWOLF, P | CHIEF INSPECTOR FIRE | April 22, 2010 |
| 60701 | SNOWDEN, JAMES | SENIOR INVESTIGATOR | April 22, 2010 |
| 71387 | THOMAS, MICHAEL | SENIOR INSPECTOR | April 22, 2010 |
| 87985 | TRAYLOR, KELLY | SENIOR CAPTAIN | April 22, 2010 |
| 74096 | TRIMMER, DOUGLAS | SENIOR INSPECTOR | April 22, 2010 |
| 83264 | TURLEY, DONALD | SENIOR CAPTAIN | April 22, 2010 |

| PAYROLL | NAME | RANK/TITLE | Date |
|---:|---|---|---|
| 94452 | ALLEN, PATRICK | SENIOR CAPTAIN | April 26, 2010 |
| 105537 | ARENAS, ROSA | COMMUNICATIONS SENIOR CAPTAIN | April 26, 2010 |
| 57298 | BLANKS, FREDDY | SENIOR INSPECTOR | April 26, 2010 |
| 71940 | BOBBITT, KEITH | SENIOR CAPTAIN | April 26, 2010 |
| 71943 | BOLES, JEFFREY | DISTRICT CHIEF | April 26, 2010 |
| 62409 | CHAVEZ, CHRISTOPHER | DISTRICT CHIEF | April 26, 2010 |
| 77595 | COONEY, JAMES | SENIOR CAPTAIN | April 26, 2010 |
| 108889 | CRAWFORD, DAVID | COMMUNICATIONS SENIOR CAPTAIN | April 26, 2010 |
| 104980 | DUNBAR, STEVEN | COMMUNICATIONS SENIOR CAPTAIN | April 26, 2010 |
| 80953 | FISHER, DENNIS | SENIOR CAPTAIN | April 26, 2010 |
| 77600 | GARCIA, JOHN | SENIOR INSPECTOR | April 26, 2010 |
| 77601 | GONZALES, LEOCADIO | ASSISTANT ARSON INVESTIGATOR | April 26, 2010 |
| 111894 | GRIFFITHS, MARK | COMMUNICATIONS SENIOR CAPTAIN | April 26, 2010 |
| 52708 | HEINRICH, ERNEST | SENIOR CAPTAIN | April 26, 2010 |
| 94485 | HOBBS, ROLAND | SENIOR CAPTAIN | April 26, 2010 |
| 94488 | KRUSLESKI, RONALD | SENIOR CAPTAIN | April 26, 2010 |
| 43791 | LAMBERT, BILLY | SENIOR INSPECTOR | April 26, 2010 |
| 108914 | MILLS, MASON | SENIOR CAPTAIN | April 26, 2010 |
| 81634 | MUERY, KEVIN | SENIOR CAPTAIN | April 26, 2010 |
| 71030 | PAETOW, JOHN | SENIOR CAPTAIN | April 26, 2010 |
| 102386 | PARRISH, ROGER | SENIOR CAPTAIN | April 26, 2010 |
| 61755 | PAYNE, KENNETH | CHIEF COMMUNICATION OFFICER | April 26, 2010 |
| 99886 | REYES, THOMAS | SENIOR CAPTAIN | April 26, 2010 |
| 49680 | RILEY, JAMES | CHIEF COMMUNICATION OFFICER | April 26, 2010 |
| 88900 | SANGL, MICHAEL | DISTRICT CHIEF | April 26, 2010 |
| 54094 | SCOTT, RICKY | SENIOR INVESTIGATOR | April 26, 2010 |
| 53560 | SEAMANS, JOHN | DISTRICT CHIEF | April 26, 2010 |
| 44885 | SHRUM, MICHAEL | DISTRICT CHIEF | April 26, 2010 |
| 105594 | SORENSEN, KENNETH | SENIOR CAPTAIN | April 26, 2010 |
| 87987 | TYER, CLENNIS | DISTRICT CHIEF | April 26, 2010 |
| 96115 | WHITEHEAD, STEPHEN | DISTRICT CHIEF | April 26, 2010 |
| 48321 | YOUNG, MELVIN | CHIEF INSPECTOR FIRE | April 26, 2010 |

| PAYROLL | NAME | RANK/TITLE | Date |
|---|---|---|---|
| 100923 | ABBT, JOEL | SENIOR CAPTAIN | April 28, 2010 |
| 103910 | ARANDA, PEDRO | SENIOR INVESTIGATOR | April 28, 2010 |
| 88846 | BARRIENTES, JOHN | SENIOR CAPTAIN | April 28, 2010 |
| 92126 | BRANCH, ROBERT | DISTRICT CHIEF | April 28, 2010 |
| 65170 | DAVIS, STANLEY | SENIOR INVESTIGATOR | April 28, 2010 |
| 38601 | DICK, DAVID | SENIOR CAPTAIN | April 28, 2010 |
| 44685 | DOWDY, THOMAS | DISTRICT CHIEF | April 28, 2010 |
| 88862 | ELLIOTT, DAVID | DISTRICT CHIEF | April 28, 2010 |
| 79537 | FORD, JERRY | SENIOR INSPECTOR | April 28, 2010 |
| 111025 | HENDRIX, TOM | DIVISION MANAGER | April 28, 2010 |
| 45728 | HERNANDEZ, SALVADOR | SENIOR INSPECTOR | April 28, 2010 |
| 44706 | KEY, CHARLES | CHIEF INSPECTOR FIRE | April 28, 2010 |
| 66710 | MATSUMOTO, CARY | SENIOR CAPTAIN | April 28, 2010 |
| 71023 | MAYS, LEO | SENIOR INSPECTOR | April 28, 2010 |
| 103956 | MCLEOD, DONNA | ASSISTANT ARSON INVESTIGATOR | April 28, 2010 |
| 71371 | MOORE, DANIEL | CHIEF COMMUNICATION OFFICER | April 28, 2010 |
| 80975 | NEAL, TIMOTHY | SENIOR CAPTAIN | April 28, 2010 |
| 92131 | NOACK, JOSEPH | SENIOR CAPTAIN | April 28, 2010 |
| 70672 | PAGE, WALLACE | DISTRICT CHIEF | April 28, 2010 |
| 111633 | PRADO, PAUL | DIVISION MANAGER | April 28, 2010 |
| 62446 | PREVOST, CLARENCE | COMMUNICATIONS SENIOR CAPTAIN | April 28, 2010 |
| 81644 | RITCHIE, MARK | CHIEF INSPECTOR FIRE | April 28, 2010 |
| 71973 | RODRIGUEZ, FRANCISCO | SENIOR INSPECTOR | April 28, 2010 |
| 49112 | SPARKS, WILLIAM | DISTRICT CHIEF | April 28, 2010 |
| 103968 | STEIN, ALLISON | ASSISTANT ARSON INVESTIGATOR | April 28, 2010 |
| 111929 | SYZDEK, JOHN | COMMUNICATIONS SENIOR CAPTAIN | April 28, 2010 |
| 71797 | VILLASANA, MICHAEL | COMMUNICATIONS SENIOR CAPTAIN | April 28, 2010 |
| 76500 | WATSON, RONALD | SENIOR CAPTAIN | April 28, 2010 |
| 97672 | WESTHOFF, ROGER | DISTRICT CHIEF | April 28, 2010 |
| 32937 | WILBURN, BRANDT | CHIEF COMMUNICATION OFFICER | April 28, 2010 |
| 105037 | WILLIAMS, MARION | SENIOR INSPECTOR | April 28, 2010 |
| 54972 | WOOD, THOMAS | SENIOR INVESTIGATOR | April 28, 2010 |

| PAYROLL | NAME | RANK/TITLE | Date |
|---:|---|---|---|
| 99869 | BARNES, JUSTIN | SENIOR CAPTAIN | April 29, 2010 |
| 51721 | BARTA, THOMAS | COMMUNICATIONS SENIOR CAPTAIN | April 29, 2010 |
| 87937 | COE, DAVID | SENIOR CAPTAIN | April 29, 2010 |
| 108529 | COLEMAN, MICHAEL | COMMUNICATIONS SENIOR CAPTAIN | April 29, 2010 |
| 80945 | COOPER, TERRY | SENIOR CAPTAIN | April 29, 2010 |
| 54063 | DEWEESE, STEVEN | SENIOR CAPTAIN | April 29, 2010 |
| 92700 | DILLION, THOMAS | SENIOR CAPTAIN | April 29, 2010 |
| 111487 | ELLIOTT, DEENA | SENIOR CAPTAIN | April 29, 2010 |
| 79532 | FENNER, WILLIAM | CHIEF COMMUNICATION OFFICER | April 29, 2010 |
| 88864 | FLANNELLY, RAYMOND | SENIOR CAPTAIN | April 29, 2010 |
| 62418 | GAITAN, RAFAEL | SENIOR CAPTAIN | April 29, 2010 |
| 96067 | HOGUE, MICHAEL | SENIOR CAPTAIN | April 29, 2010 |
| 53544 | HOLLAS, RICHARD | DISTRICT CHIEF | April 29, 2010 |
| 44702 | HUDGENS, PHILIP | DISTRICT CHIEF | April 29, 2010 |
| 53545 | JILEK, NATHAN | DISTRICT CHIEF | April 29, 2010 |
| 105538 | KOEPPEN, CHRYSTAL | SENIOR CAPTAIN | April 29, 2010 |
| 68937 | KOPFENSTEINER, DANIEL | DISTRICT CHIEF | April 29, 2010 |
| 83233 | LEWIS, GREGORY | DISTRICT CHIEF | April 29, 2010 |
| 87963 | MANISCALCO, JOHN | SENIOR CAPTAIN | April 29, 2010 |
| 52724 | MURPHY, DAVID | SENIOR CAPTAIN | April 29, 2010 |
| 39382 | MURRAY, RICHARD | DISTRICT CHIEF | April 29, 2010 |
| 50829 | PAYNE, WILLIAM | SENIOR CAPTAIN | April 29, 2010 |
| 83248 | RHULE, CHRISTOPHER | COMMUNICATIONS SENIOR CAPTAIN | April 29, 2010 |
| 82133 | RUFFINO, SAM | SENIOR CAPTAIN | April 29, 2010 |
| 64403 | RUSH, CURTIS | DISTRICT CHIEF | April 29, 2010 |
| 71320 | SCHULIN, LARRY | SENIOR CAPTAIN | April 29, 2010 |
| 61195 | SLAGLE, THOMAS | DISTRICT CHIEF | April 29, 2010 |
| 79572 | SMITH, MICHAEL | CHIEF COMMUNICATION OFFICER | April 29, 2010 |
| 83260 | TAMEZ, ISIDRO | SENIOR CAPTAIN | April 29, 2010 |
| 88907 | WALDRON, JOHN | DISTRICT CHIEF | April 29, 2010 |
| 59814 | WARD, CASEY | SENIOR CAPTAIN | April 29, 2010 |
| 65218 | WITCHET, FRED | COMMUNICATIONS SENIOR CAPTAIN | April 29, 2010 |

| PAYROLL | NAME | RANK/TITLE | Date |
|---:|---|---|---|
| 102343 | ARMSTRONG, DAVID | SENIOR CAPTAIN | May 3, 2010 |
| 66686 | BRANNON, GLENN | SENIOR CAPTAIN | May 3, 2010 |
| 100927 | BROOKS, GREG | SENIOR CAPTAIN | May 3, 2010 |
| 65736 | BUTLER, JARVIS | COMMUNICATIONS SENIOR CAPTAIN | May 3, 2010 |
| 71545 | CAMPBELL, JAMES | DISTRICT CHIEF | May 3, 2010 |
| 79528 | DIAZ, LORENZO | CHIEF COMMUNICATION OFFICER | May 3, 2010 |
| 77597 | DUNNO, RICHARD | SENIOR CAPTAIN | May 3, 2010 |
| 88863 | EVERETT, RICARDO | CHIEF COMMUNICATION OFFICER | May 3, 2010 |
| 95246 | FLORES, JOHN | SENIOR CAPTAIN | May 3, 2010 |
| 39365 | FULTS, SCOTT | SENIOR CAPTAIN | May 3, 2010 |
| 65178 | GREGORY, JOSEF | DISTRICT CHIEF | May 3, 2010 |
| 32882 | HALL, BARRY | DISTRICT CHIEF | May 3, 2010 |
| 96070 | HUX, JOHN | COMMUNICATIONS SENIOR CAPTAIN | May 3, 2010 |
| 37789 | JULIAN, CHARLES | DISTRICT CHIEF | May 3, 2010 |
| 44869 | LEGGIO, JOE | SENIOR INSPECTOR | May 3, 2010 |
| 80968 | LIRA, LARRY | SENIOR CAPTAIN | May 3, 2010 |
| 105569 | LYONS, JEFFREY | SENIOR CAPTAIN | May 3, 2010 |
| 88888 | MCDONALD, HAROLD | MASTER MECHANIC | May 3, 2010 |
| 62437 | MCMURREY, MICHAEL | SENIOR CAPTAIN | May 3, 2010 |
| 54954 | PONCE, THOMAS | DISTRICT CHIEF | May 3, 2010 |
| 71374 | PRICE, CHARLES | SENIOR CAPTAIN | May 3, 2010 |
| 99888 | ROSS, ROBERT | SENIOR CAPTAIN | May 3, 2010 |
| 34430 | RUSSELL, HENRY | SENIOR CAPTAIN | May 3, 2010 |
| 59811 | THROOP, CHARLES | SENIOR CAPTAIN | May 3, 2010 |
| 78452 | TURNER, JERRY | SENIOR CAPTAIN | May 3, 2010 |
| 59812 | USCHAK, THOMAS | COMMUNICATIONS SENIOR CAPTAIN | May 3, 2010 |
| 71325 | VALENTI, JOHN | CHIEF INSPECTOR FIRE | May 3, 2010 |
| 105031 | VARGAS, CYNTHIA | SENIOR INVESTIGATOR | May 3, 2010 |
| 62459 | VENTO, CHARLES | CHIEF INSPECTOR FIRE | May 3, 2010 |
| 111934 | WALKER, JOHN | COMMUNICATIONS SENIOR CAPTAIN | May 3, 2010 |
| 93329 | WILLIAMS, CURTIS | SENIOR CAPTAIN | May 3, 2010 |
| 61769 | WISNOSKI, JAMES | DISTRICT CHIEF | May 3, 2010 |