# EXHIBIT EE

# Human Resources Training Memo, HOU00149876-149877



**CITY OF HOUSTON**
Fire Department

**Interoffice**
Correspondence

**To:** Chief Rick Flanagan

**From:** Chief Karen DuPont

**Date:** March 12, 2010

**Subject:** Human Resources training

Late last year the City of Houston engaged the services of Thompson & Horton, LLP and Lemmond Lemmond, LLC (hereafter referred to as the Report) to conduct an assessment of "HFD's policies, practices and training related to workplace harassment and discrimination to ensure that the Department's workplace environment is aligned with and effectively promotes HFD's critical mission." Council Member Johnson submitted a Budget Amendment for the FY10 Budget that was approved directing HFD to redirect 60 thousand dollars of our approved Budget to pay for some form of "Diversity Training." We have reviewed the Report and it identified the need to conduct training on specific HR issues related to workplace conduct and issues. It also identified that we need to put a mechanism in place to accomplish annual face to face training regarding HR Issues.

Over the past six years HFD has focused on life safety and fire ground incident management as our training priorities. With a limited training budget we prioritized safety of firefighters and citizens in developing programming to increase firefighter knowledge to survive hostile environments. We clearly understand and respect the necessity of providing Human Resource training to our employees. Development of our Human Resources is just as important to the workplace environment as learning firefighting tactics.

Our training strategy will focus on providing annual face to face training to the entire department inclusive of all ranks of classified and civilian personnel on one topic. Managers at the Senior Captain, District Chief and civilian supervisor level will receive more in depth training with an emphasis on leadership skills and general management of the station or office environment. Executive Level personnel will receive training tailored to their specific needs. This approach will allow us to define a goal for the entire department and refine it further at the managerial levels for sustainability of the message.

The Department training topic for this year is titled "EEO – Understanding Your Rights and Responsibilities". The materials have been prepared and the class is being taught by Kelly Shreck in the Mayor's Office of Affirmative Action. Training for all shifts at both airports has been completed. Feedback has been positive and participation has been enthusiastic. We are currently scheduling all support areas and will conclude with Suppression. All department training on this topic is expected to be finished by September 30th, 2010.

Concurrently in compliance with the approved Budget Amendment we have contracted with "Legalwatch" to provide customized EEO training for all Managers and Executive Level personnel. Classes will begin this month and are mandatory for all Senior Captains, District Chiefs, Deputy

Chiefs, Command Staff and civilian managers. Classes are designed to place emphasis on things they can do to promote and cultivate a culture where everyone is treated with dignity and respect and free from harassment and discrimination.

Topics for FY 11 are being developed based on building on objectives from this year. Consideration is also given to evaluations from field personnel indicating areas where they desire additional HR training. Thus far suggestions have included documentation, conflict resolution and ethics in the workplace. We are also looking at how to best use on line training to enhance what is being taught by our trainers. Ms. Wanda Andrews is coordinating the documentation of our training efforts to be sure we can readily identify and track our progress. She is developing an HR newsletter to answer some of the commonly asked questions issues of specific interest as pertaining to fire services across the nation and offering the Command Staff a vehicle to communicate on a monthly basis on a variety of HR topics and their importance to our department.

While our past efforts to may have been totally dedicated to what were very important life safety topics we are looking forward to developing our workforce in a more well rounded manner.