# EXHIBIT FF

# HFD CBA 2005-2008, HOU00000025-27, 29-30, 60-61

# AGREEMENT
## between
## THE CITY OF HOUSTON, TEXAS
## and
## HOUSTON PROFESSIONAL FIRE FIGHTERS ASSOCIATION, LOCAL 341 INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS

2005
Through
2008

TABLE OF CONTENTS

INTENT AND PURPOSE ........................................................................................4
ARTICLE 1     DEFINITIONS...................................................................................5
ARTICLE 2     AUTHORITY AND TERM ................................................................7
ARTICLE 3     RECOGNITION .................................................................................8
ARTICLE 4     MANAGEMENT RIGHTS .................................................................9
ARTICLE 5     MAINTENANCE OF STANDARDS .................................................11
ARTICLE 6     CIVIL SERVICE PROVISIONS.........................................................12
ARTICLE 7     PAYROLL DEDUCTION OF DUES .................................................13
ARTICLE 8     NO STRIKE – NO LOCKOUT...........................................................14
ARTICLE 9     PROBATIONARY PERIOD...............................................................15
ARTICLE 10    AUTHORITY OF ACTING FIRE CHIEF..........................................16
ARTICLE 11    PROMOTIONS FOR CAPTAINS AND ABOVE...............................17
ARTICLE 12    ASSISTANT CHIEF APPOINTMENTS ............................................20
ARTICLE 13    SHIFT EXCHANGES AND EMPLOYEE SUBSTITUTIONS .........21
ARTICLE 14    GRIEVANCE PROCEDURE..............................................................22
ARTICLE 15    MEDIATON PROCEDURE ...............................................................27
ARTICLE 16    SPECIAL ADMINISTRATIVE ASSIGNMENT AND ASSOCIATION
              BUSINESS LEAVE............................................................................28
ARTICLE 17    NON-DISCRIMINATION .................................................................32
ARTICLE 18    MINIMUM STAFFING .....................................................................33
ARTICLE 19    TRANSFERS......................................................................................36
ARTICLE 20    SICK LEAVE ....................................................................................38
ARTICLE 21    BASE SALARY .................................................................................39
ARTICLE 22    RESIDENCY INCENTIVE PAYMENT ............................................40
ARTICLE 23    ADDITIONAL COMPENSATION ....................................................42
ARTICLE 24    UNIFORMS, PROTECTIVE CLOTHING AND EQUIPMENT .......47
ARTICLE 25    EQUIPMENT MAINTENANCE AND RESPONSIBILITY .............52
ARTICLE 26    VACATION/HOLIDAY LEAVE ........................................................54
ARTICLE 27    HOLIDAYS ........................................................................................57
ARTICLE 28    RECOGNIZED HOLIDAYS..............................................................58
ARTICLE 29    HOURS OF WORK............................................................................59

| | | |
|---|---|---:|
| ARTICLE 30 | OVERTIME | 63 |
| ARTICLE 31 | HEALTH BENEFITS | 67 |
| ARTICLE 32 | ADDITIONAL INSURANCE | 68 |
| ARTICLE 33 | MISCELLANEOUS | 69 |
| ARTICLE 34 | PHASE DOWN PROGRAM | 72 |
| ARTICLE 35 | COMPLETE AGREEMENT CLAUSE | 77 |
| ARTICLE 36 | SAVINGS CLAUSE | 78 |
| EXHIBIT A | | 80 |
| EXHIBIT B | | 81 |
| EXHIBIT C | | 82 |
| EXHIBIT D | | 83 |

# ARTICLE 1

## DEFINITIONS

1. "Association" means the Houston Professional Fire Fighters Association, Local 341, International Association of Fire Fighters.

2. "Base Salary" means an employee's biweekly wages, excluding any other pays. As per Exhibit "A".

3. "Chapter 143 Grievance" means a grievance filed pursuant to the provisions of Texas Local Government Code Sections 143.127-143.134.

4. "Chapter 141", "Chapter 142", "Chapter 143", means Vernon's Texas Code Annotated, Texas Local Government Code, Title 5, Matters Affecting Public Officers and Employees, Subtitle A, Municipal Officers and Employees, Chapter 141 (Compensation and Expenses of Municipal Officer and Employees), Chapter 142 (Assistance, Benefits, and Working Conditions of Municipal Officers and Employees), and Chapter 143 (Municipal Civil Service).

5. "Chapter 174" means the Fire and Police Employee Relations Act, Vernon's Texas Code Annotated, Texas Local Government Code.

6. "City" means the City of Houston, Texas.

7. "Civil Service Commission" means the Fire Fighters' and Police Officers' Civil Service Commission of the City of Houston, Texas.

8. "Emergency Operations Division" means Firefighters of the Fire Department that are assigned to Fire Suppression, EMS, Rescue, Hazardous Materials Response, and Aircraft Crash Fire Rescue.

9. "Employer" means the City of Houston, Texas.

10. "Grievance" means a dispute involving the interpretation, application or alleged violation of any provision of this Agreement.

11. "Member", "Employee", "Firefighter", "Member of the Bargaining Unit" means any full time, permanent paid employee of the Houston Fire Department who has been hired in substantial compliance with Chapter 143 of the Texas Local Government Code excluding municipal employees (civilians), volunteer fire fighters, applicants and the head of the Fire Department (Fire Chief).

12. "Permitted Schedule" is a work schedule other than those defined in Article 29, that is mutually agreed to by the City and the Association.

13. "Working Day" – For Firefighters assigned to Emergency Operations Division (those working an average forty six point seven (46.7) hour per week schedule), one (1) working day is twelve (12) hours, one (1) twenty four (24) hour shift is two (2) working days. For Firefighters assigned in other HFD divisions, a working day may be eight (8) hours, ten (10) hours, or thirteen hours twenty minutes (13/20) as designated in the Agreement or as mutually agreed to by the City and the Association.

14. "Permanent Employees" means employees hired in substantial compliance with Chapter 143, who are no longer on probation under the statute, or under this Agreement.

# ARTICLE 19

## TRANSFERS

**Section 1. Transfer Policy.**

The Fire Chief will produce a transfer policy for the Fire Department. This policy shall make seniority in rank the deciding factor for all openings for the ranks of Fire Fighter, Engineer/Operator, Captain, Senior Captain, and District Chief in Emergency Operations, with the exception of denial based on just cause. Emergency Operations, for purposes of this Article, shall include Firefighters of Suppression and EMS divisions with the exception of EMS supervisors. EMS supervisors are subject to Section 2 below. The Fire Chief will form a joint labor management committee to develop a transfer policy for Support divisions. As a part of their work, the committee will seek input from the affected divisions.

**Section 2. Specialized Areas.**

In specialized areas of Emergency Operations where the Fire Chief chooses to utilize a points system for transfers, such as Rescue, Haz-Mat, ARFF, and EMS supervisors, the points system will include points for seniority. Each Firefighter will receive one (1) point for every five (5) years of completed service in rank. There shall be a maximum of five (5) points for seniority. Seniority shall account for at least fifty (50) percent of the points system. In a case where non-seniority points are equal, seniority shall prevail.

**Section 3. Procedures.**

The criteria used for any points system utilized by the Houston Fire Department shall be published at least annually, or any time there is a change to criteria. The Fire Department shall

post any openings for transfer Emergency Operations or Specialized areas at least four (4) times per year. All bids or requests for transfer must be made in writing within fifteen (15) days of the initial postings of any opening. If the last day of transfer posting falls on a day that the transfer office is closed, the Fire Department shall extend the posting to the next day. If no one applies within fifteen (15) days, the opening may be filled on a first come, first entitled basis.

**Section 4. Existing rights preserved.**

The Fire Chief may, at his discretion, transfer a Firefighter in accordance with TEXAS LOCAL GOVERNMENT CODE 143.1095. This Article does not impair or restrict any existing legal right or authority of the Chief or the City's government body under Chapter 143 to change classifications or prescribe job duties by ordinance.