# EXHIBIT HH

## Keyes EMPLOYEE PERFORMANCE EVALUATION 2010, HOU00001573-1576



# HOUSTON FIRE DEPARTMENT
## CLASSIFIED EMPLOYEE
## PERFORMANCE EVALUATION

### FIREFIGHTER
### 103.3

| EMPLOYEE NAME: | KEYES | | PAULA | | |
|---|---|---|---|---|---|
| | (Last) | | (First) | | (Middle) |
| PAYROLL NUMBER: | 103593 | | DEPARTMENT ORG #: | | 12 |
| DEPARTMENT:  FIRE | | | COMMAND: | | Emergency Operations |
| RATING PERIOD: | 1/1/2010-12/31/2010 | | STATION & SHIFT: | | 81D |
| REASON FOR RATING: | X | Annual | | Promotional | | Unscheduled |
| (Mark Only One) | | | | | | |

| Rating | Rating Value | Rating Description |
|---|---|---|
| Outstanding | 5 | Exceeds established performance standards and regularly produces superior results or makes major contributions to the organization |
| Strong | 4 | Exceeds established performance standards by adding significant value to the job |
| Effective | 3 | Performance is effective and consistently meets established standards |
| Needs Improvement | 2 | Performance occasionally meets job standards but needs improvement |
| Unacceptable | 1 | Consistently fails to meet performance standards, performance is unacceptable |

**EMERGENCY OPERATIONS:**

1. **FIREGROUND OPERATIONS:**  Performs, as required, forcible entry, rescue, fire extinguishment, ladder raises, ventilation, salvage/overhaul, etc. This performance factor may also include incidents such as Hazmat Response (preventing container failure, containing/ neutralizing hazards, protecting exposures, etc.), Technical Rescue (high-angle, swift-water, confined space, trench rescue, etc.), and Airport Rescue (evacuations, multi-casualty incidents, foam-firefighting, etc.).

   *Reason for Rating and Performance Suggestions:*                          Rating  4

   MISS KEYES PERFORMS WELL.

2. **FIRST RESPONDER FUNCTIONS & RESPONSIBILITIES:** Provides support to the pre-hospital emergency medical care of the sick and injured to the level of their training as



HOU00001573

per HFD guidelines.

*Reason for Rating and Performance Suggestions:*
MISS KEYES PROVIDES EXCELLENT PT CARE.

**Rating** `4`

3.   **SPECIAL INCIDENTS:** Effectively responds to hazardous materials scenes, natural disasters, extrications, high rise rescues, utility emergencies, public service calls, etc.

*Reason for Rating and Performance Suggestions:*
MISS KEYES RESPONDS EFFECTIVELY.

**Rating** `4`

4.   **JOB & TECHNICAL KNOWLEDGE:** Demonstrates knowledge of standard operational guidelines, concepts, and techniques related to specific job functions through appropriate application of knowledge.

*Reason for Rating and Performance Suggestions:*
MISS KEYES EXHIBITS EXCELLENT JOB KNOWLEDGE.

**Rating** `5`

5.   **SAFETY:** Follows Safety Guidelines, wears/uses protective equipment or clothing. Works in a manner so as not to endanger others or risk damage to City or citizens' property.

*Reason for Rating and Performance Suggestions:*
MISS KEYES FOLLOWS SAFETY GUIDELINES.

**Rating** `4`

**NON-EMERGENCY OPERATIONS:**

6.   **OPERATIONAL READINESS:** Maintains high level of personal appearance, inventories/ inspects firefighting tools/medical equipment. Communicates pertinent information to relief person. Performs maintenance/watch office duties, company drills, inspections of fire hydrants, etc.

*Reason for Rating and Performance Suggestions:*
MISS KEYES MAINTAINS OPERATIONAL READINESS.

**Rating** `4`

7.   **ATTENDANCE & PUNCTUALITY:** Reports to work as scheduled. Gives advance notice for scheduled absences. Unscheduled absences are reasonable and not excessive. Arrives on schedule for meetings, appointments, and classes.

*Reason for Rating and Performance Suggestions:*
MISS KEYES IS ALWAYS ON TIME AND ON DUTY.

**Rating** `4`

HOU00001574

8. **COMMUNICATION:** Communicates and interacts effectively, verbally and in writing, with members, officers, and citizens.  Recognizes and follows chain-of-command.

*Reason for Rating and Performance Suggestions:*   **Rating** | 4

MISS KEYES COMMUNICATES EFFECTIVELY.

9. **INTERPERSONAL SKILLS:** Ability of a member to professionally represent HFD while performing his/her assigned duties with co-workers and the public in general.

*Reason for Rating and Performance Suggestions:*   **Rating** | 4

MISS KEYES REPRESENTS HFD WELL.

**OVERALL APPRAISAL RATING:**          Follow Steps 1 through 4.

**1. Emergency Operations**
      Total Rating   __21__   divide by 5  =   __4.2__   multiply by a weight of  **2** =   __8.4__   **(A)**

**2. Non-Emergency Operations**                              **3. Add (A) and (B).**
      Total Rating   __16__   divide by 4  =   __4__   **(B)**   **4. Divide by 3.**

| | |
|---|---|
| Outstanding | 4.40 - 5.00 |
| Strong | 3.70 - 4.39 |
| Effective | 3.00 - 3.69 |
| Needs Improvement | 2.00 - 2.99 |
| Unacceptable | 1.99 or less |

**OVERALL APPRAISAL RATING**

**4.13**

Supervisor's Comments: _____

_____

Suggestions for Career Development: _____

_____

| | | | |
|---|---|---|---|
| _J. O. Knulcht_ | **Captain** | _83231_ | _2-16-11_ |
| Supervisor's Signature | Rank | Employee # | Date of Signature |
| _(signature)_ | **Senior Captain** | _94788_ | _3/4/11_ |
| Supervisor's Signature | Rank | Employee # | Date of Signature |

Reviewing Authority Comments: _____

| | | | |
|---|---|---|---|
| _(signature)_ | **District Chief** | _88900_ | _2-16-11_ |
| Reviewing Authority Signature | Rank | Employee # | Date of Signature |

Employee Comments: _____

_____

Employee acknowledgement: I certify that I had the opportunity to write comments on this evaluation and that it has been discussed with me. My signature indicates only that I have read, reviewed, and received a copy of this evaluation. My signature does not necessarily indicate that I agree with the evaluation.

| | |
|---|---|
| _Paula D. Keyes_ | _2-16-11_ |
| Employee Signature | Date of Signature |

HOU00001576