IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*, | § § § | |
| and | § § | |
| JANE DRAYCOTT and PAULA KEYES,<br>*Plaintiffs-Intervenors*, | § § § § | Civil Action No.: 4:18-cv-00644<br><br>The Honorable Judge Sim Lake |
| v. | § § | |
| CITY OF HOUSTON, TEXAS<br>*Defendant.* | § § § | |

**DEFENDANT CITY OF HOUSTON'S
ADDITIONAL EXHIBITS IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE SIM LAKE:

Defendant CITY OF HOUSTON ("City" or "Houston") files the additional exhibits identified as Exhibits II through ZZ (excluding Ex. LL (under seal) and SS), attached hereto in support of its motion for summary judgment.

                Respectfully submitted,

                RONALD C. LEWIS
                City Attorney

                DONALD J. FLEMING
                Section Chief, Labor, Employment & Civil Rights Section
                FBN: 19835
                SBN: 07122500
                E-mail: Don.Fleming@houstontx.gov
                Tel. (832) 393-6303

Dated:  November 18, 2019         */s/ Deidra Norris Sullivan*
                                            DEIDRA NORRIS SULLIVAN
                                            Senior Assistant City Attorney

P a g e | 2

ATTORNEY-IN-CHARGE
FBN: 1338580
Phone: (832) 393-6299
Email: Deidra.Sullivan@houstontx.gov

MARJORIE L. COHEN
Senior Assistant City Attorney
FBN: 34303
SBN: 24031960
Phone: (832) 393-6457
Email: Marjorie.Cohen@houstontx.gov

City of Houston Legal Department
P.O. Box 368
Houston, Texas 77002
Fax (832) 393-6259

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  I certify that on November 18, 2019, in accordance with the Federal Rules of Civil Procedure, a copy of the foregoing document was served on all attorneys of record through the Court's CM/ECF system, which notifies all counsel through email.

| | |
|---|---|
| Keith Edward Wyatt<br>Elizabeth Karpati<br>Assistant United States Attorney<br>Southern District of Texas<br>1000 Louisiana St., Suite 2300<br>Houston, Texas 77002<br>Keith.Wyatt@usdoj.gov<br>Elizabeth.Karpati@usdoj.gov<br>**ATTORNEYS FOR PLAINTIFF USA** | Jeremy P. Monteiro<br>Hector Ruiz<br>Hillary K. Valderrama<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Civil Rights Division<br>Employment Litigation Section<br>601 D Street, NW, PHB 4030<br>Washington, DC 20579<br>Jeremy.Monteiro@usdoj.gov<br>Hector.Ruiz@usdoj.gov<br>Hillary.Valderrama@usdoj.gov<br>**ATTORNEYS FOR PLAINTIFF USA** |
| Joseph Y Ahmad<br>AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.<br>1221 McKinney St<br>Suite 2500<br>Houston, TX 77010-2009<br>713-600-4900<br>7136550062 (fax)<br>joeahmad@azalaw.com<br>**ATTORNEY FOR PLAINTIFFS INTERVENORS** | S Nasim Ahmad<br>Dwain Capodice<br>AHMAD CAPODICE PLLC<br>24900 Pitkin Rd<br>Suite 300<br>The Woodlands, TX 77386<br>832-767-3207<br>nahmad@ahmad-capodice.com<br>dcapodice@ahmad-capodice.com<br>**ATTORNEY FOR PLAINTIFFS INTERVENORS** |

           */s Deidra Norris Sullivan*