# EXHIBIT II

# Draycott EMPLOYEE PERFORMANCE EVALUATION 2008, HOU00002120-2123



# HOUSTON FIRE DEPARTMENT
# CLASSIFIED EMPLOYEE
# PERFORMANCE EVALUATION

### FIREFIGHTER
### 103.3

| EMPLOYEE NAME: | DRAYCOTT | | ENA | | J |
|---|---|---|---|---|---|
| | (Last) | | (First) | | (Middle) |
| PAYROLL NUMBER: | 116978 | DEPARTMENT ORG #: | | 12 | |
| DEPARTMENT: FIRE | | COMMAND: | | Emergency Operations | |
| RATING PERIOD: | 2008 | STATION & SHIFT: | | 54 A | |
| REASON FOR RATING:<br>(Mark Only One) | X Annual | | Promotional | | Unscheduled |

| Rating | Rating Value | Rating Description |
|---|---|---|
| Outstanding | 5 | Exceeds established performance standards and regularly produces superior results or makes major contributions to the organization |
| Strong | 4 | Exceeds established performance standards by adding significant value to the job |
| Effective | 3 | Performance is effective and consistently meets established standards |
| Needs Improvement | 2 | Performance occasionally meets job standards but needs improvement |
| Unacceptable | 1 | Consistently fails to meet performance standards, performance is unacceptable |

### EMERGENCY OPERATIONS:

1. **FIREGROUND OPERATIONS:** Performs, as required, forcible entry, rescue, fire extinguishment, ladder raises, ventilation, salvage/overhaul, etc. This performance factor may also include incidents such as Hazmat Response (preventing container failure, containing/ neutralizing hazards, protecting exposures, etc.), Technical Rescue (high-angle, swift-water, confined space, trench rescue, etc.), and Airport Rescue (evacuations, multi-casualty incidents, foam-firefighting, etc.).

   *Reason for Rating and Performance Suggestions:*       **Rating  3**
   REGULARLY PERFORMS AT THE ESTABLISHED STANDARD

2. **FIRST RESPONDER FUNCTIONS & RESPONSIBILITIES:** Provides support to the pre-hospital emergency medical care of the sick and injured to the level of their training as

---

HFD Form 107 Rev. 9/01      2 Forms (Circle to Identify): 1 - Original to HFD Records Section. 1 - Copy Employee      1

per HFD guidelines.

*Reason for Rating and Performance Suggestions:*  **Rating** 3
MAINTAINS LEVEL OF TRAINING REQUIRED TO HOLD CURRENT POSITION.

3. **SPECIAL INCIDENTS:** Effectively responds to hazardous materials scenes, natural disasters, extrications, high rise rescues, utility emergencies, public service calls, etc.

*Reason for Rating and Performance Suggestions:*  **Rating** 4
DEMONSTRATES EFFECTIVE KNOWLEDGE AND UNDERSTANDING OF SPECIAL INCIDENTS . EX. ( AIRCRAFT EMERGENCIES ).

4. **JOB & TECHNICAL KNOWLEDGE:** Demonstrates knowledge of standard operational guidelines, concepts, and techniques related to specific job functions through appropriate application of knowledge.

*Reason for Rating and Performance Suggestions:*  **Rating** 5
REGULARLY DEMONSTRATES FUNDAMENTAL KNOWLEDGE THROUGH DRILLS AND TABLE-TOP DISCUSSIONS AND HAS A GOOD WORKING KNOWLEDGE OF HOW TOOLS AND EQUIPMENT ARE TO BE PROPERLY USED.

5. **SAFETY:** Follows Safety Guidelines, wears/uses protective equipment or clothing. Works in a manner so as not to endanger others or risk damage to City or citizens' property.

*Reason for Rating and Performance Suggestions:*  **Rating** 3
FIRE-FIGHTER DRAYCOTT REGULARLY PERFORMS IN A SAFE AND APPROPRIATE MANNER.

### NON-EMERGENCY OPERATIONS:

6. **OPERATIONAL READINESS:** Maintains high level of personal appearance, inventories/ inspects firefighting tools/medical equipment. Communicates pertinent information to relief person. Performs maintenance/watch office duties, company drills, inspections of fire hydrants, etc.

*Reason for Rating and Performance Suggestions:*  **Rating** 5
FIRE-FIGHTER DRAYCOTT CONSISTENTLY REPORTS FOR DUTY IN APPROPRIATE UNIFORM AND APPEARANCE READY TO HANDLE THE DAYS EVENTS

7. **ATTENDANCE & PUNCTUALITY:** Reports to work as scheduled. Gives advance notice for scheduled absences. Unscheduled absences are reasonable and not excessive. Arrives on schedule for meetings, appointments, and classes.

*Reason for Rating and Performance Suggestions:*  **Rating** 5
F/F DRAYCOTT ALWAYS ADVISES IN ADVANCE OF ABSENSES AND TARDINESS. CONSISTENTLY REPORTS FOR DUTY EARLY .

8. **COMMUNICATION:** Communicates and interacts effectively, verbally and in writing, with members, officers, and citizens. Recognizes and follows chain-of-command.
   *Reason for Rating and Performance Suggestions:*  **Rating** 4
   F/F DRAYCOTT CONSISTENTLY REPORTS ANY PROBLEM THAT ARISES, THROUGH THE PROPER CHAIN OF COMMAND. SHE COMMUNICATES WELL WITH OTHER CREW MEMBERS.

9. **INTERPERSONAL SKILLS:** Ability of a member to professionally represent HFD while performing his/her assigned duties with co-workers and the public in general.
   *Reason for Rating and Performance Suggestions:*  **Rating** 4
   F/F DRAYCOTT SHOWS PRIDE IN HER JOB AND REPRESENTS HERSELF AND THE HOUSTON FIRE DEPARTMENT IN A PROFESSINAL MANNER.

**OVERALL APPRAISAL RATING:**   Follow Steps 1 through 4.

1. Emergency Operations
   Total Rating __18__   divide by 5 =   __3.6__   multiply by a weight of 2 =   __7.2__   (A)
2. Non-Emergency Operations                                   3. Add (A) and (B).
   Total Rating __18__   divide by 4 =   __4.5__  (B)        4. Divide by 3.

| | | |
|---|---|---|
| Outstanding | 4.40 - 5.00 | |
| Strong | 3.70 - 4.39 | OVERALL |
| Effective | 3.00 - 3.69 | APPRAISAL |
| Needs Improvement | 2.00 - 2.99 | RATING |
| Unacceptable | 1.99 or less | |

OVERALL APPRAISAL RATING: **3.90**

Supervisor's Comments:   FIRE-FIGHTER ENA JANE DRAYCOTT WORKS WELL WITH OTHER CREW MEMBERS AND MAINTAINS A HIGH STANDARD OF PERSONAL RESPONSIBILITY AND ACCOUNTABILITY.

Suggestions for Career Development:   FIRE-FIGHTER DRAYCOTT IS READY FOR PROMOTION. SHE SHOULD MAKE EVERY EFFORT TO QUALIFY FOR PROMOTION, WHICH WOULD QUALIFY HER FOR POSITIONS OF INCREASED RESPONSIBILITY.

| Supervisor's Signature | Rank | Employee # | Date of Signature |
|---|---|---|---|
| [signature] | Captain | 100653 | 2-13-2009 |
| [signature] | Senior Captain | 83260 | 3/17/09 |

Reviewing Authority Comments: _____

| Reviewing Authority Signature | Rank | Employee # | Date of Signature |
|---|---|---|---|
| [signature] | District Chief | 87960 | 3/31/09 |

Employee Comments: _____

Employee acknowledgement: I certify that I had the opportunity to write comments on this evaluation and that it has been discussed with me. My signature indicates only that I have read, reviewed, and received a copy of this evaluation. My signature does not necessarily indicate that I agree with the evaluation.

Employee Signature _____   Date of Signature _____

HFD Form 107 Rev. 9/01     2 Forms (Circle to Identify): 1 - Original to HFD Records Section, 1 - Copy Employee     4