# EXHIBIT KK

# Draycott Deposition Exhibit No. 5, HOU00005053



# CITY OF HOUSTON
Fire Department

# Interoffice
Correspondence

**To:** Jane Draycott
PR 116978
Firefighter - 54A

**From:** Daniel G. Snell
Executive Assistant Fire Chief
Planning & Homeland Security

**Date:** September 22, 2009 – 1740 hrs

**Subject:** Return to Duty

You are hereby directed to return to duty effective 0630 hours on Wednesday, September 23, 2009.  You are to report to Fire Station 99A on Fill-in Duty until further notice.  An official correspondence will be conveyed to you on September 23, 2009 indicating a "temporary assignment" to Station 99A Shift.  You may retrieve your gear and personal belongings from Station 54 as needed.

If you have any questions regarding this directive, contact me personally at 713-859-0590.

*Daniel D. Snell*

Daniel G. Snell
Executive Assistant Fire Chief
Planning & Homeland Security


Cc:   George McAteer – District 54
        Isador Tamez – Station 54A
        Phil Boriskie – Fire Chief

HOU00005053