# EXHIBIT MM

# Draycott Employee Performance Evaluation 2007, HOU00007002-7005



# HOUSTON FIRE DEPARTMENT
# CLASSIFIED EMPLOYEE
# PERFORMANCE EVALUATION

## FIREFIGHTER
### 103.3

| EMPLOYEE NAME: | Draycott | | Edna | | J. |
|---|---|---|---|---|---|
| | (Last) | | (First) | | (Middle) |
| PAYROLL NUMBER: | ■■■■■ | | DEPARTMENT ORG #: | | 12 |
| DEPARTMENT: FIRE | | | COMMAND: | | Emergency Operations |
| RATING PERIOD: | 4-28-07 thru 8-14-07 | | STATION & SHIFT: | | 92 & B |
| REASON FOR RATING: (Mark Only One) | | Annual | Promotional | x | Unscheduled |

| Rating | Rating Value | Rating Description |
|---|---|---|
| Outstanding | 5 | Exceeds established performance standards and regularly produces superior results or makes major contributions to the organization |
| Strong | 4 | Exceeds established performance standards by adding significant value to the job |
| Effective | 3 | Performance is effective and consistently meets established standards |
| Needs Improvement | 2 | Performance occasionally meets job standards but needs improvement |
| Unacceptable | 1 | Consistently fails to meet performance standards, performance is unacceptable |

**EMERGENCY OPERATIONS:**

1. **FIREGROUND OPERATIONS:** Performs, as required, forcible entry, rescue, fire extinguishment, ladder raises, ventilation, salvage/overhaul, etc. This performance factor may also include incidents such as Hazmat Response (preventing container failure, containing/ neutralizing hazards, protecting exposures, etc.), Technical Rescue (high-angle, swift-water, confined space, trench rescue, etc.), and Airport Rescue (evacuations, multi-casualty incidents, foam-firefighting, etc.).
   *Reason for Rating and Performance Suggestions:*      Rating  **3**

2. **FIRST RESPONDER FUNCTIONS & RESPONSIBILITIES:** Provides support to the pre-hospital emergency medical care of the sick and injured to the level of their training as per HFD guidelines.
   *Reason for Rating and Performance Suggestions:*      Rating  **3**

3. **SPECIAL INCIDENTS:** Effectively responds to hazardous materials scenes, natural disasters, extrications, high rise rescues, utility emergencies, public service calls, etc.
Reason for Rating and Performance Suggestions:    Rating **3**

4. **JOB & TECHNICAL KNOWLEDGE:** Demonstrates knowledge of standard operational guidelines, concepts, and techniques related to specific job functions through appropriate application of knowledge.
Reason for Rating and Performance Suggestions:    Rating **2**
Draycott own several occassions was unable to demonstrate job related knowledge concepts and techniques related to her job as an ARFF.
See supervisor commits below.

5. **SAFETY:** Follows Safety Guidelines, wears/uses protective equipment or clothing. Works in a manner so as not to endanger others or risk damage to City or citizens' property.
Reason for Rating and Performance Suggestions:    Rating **3**

## NON-EMERGENCY OPERATIONS:

6. **OPERATIONAL READINESS:** Maintains high level of personal appearance, inventories/ inspects firefighting tools/medical equipment. Communicates pertinent information to relief person. Performs maintenance/watch office duties, company drills, inspections of fire hydrants, etc.
Reason for Rating and Performance Suggestions:    Rating **3**

7. **ATTENDANCE & PUNCTUALITY:** Reports to work as scheduled. Gives advance notice for scheduled absences. Unscheduled absences are reasonable and not excessive. Arrives on schedule for meetings, appointments, and classes.
Reason for Rating and Performance Suggestions:    Rating **3**

8. **COMMUNICATION:** Communicates and interacts effectively, verbally and in writing, with members, officers, and citizens. Recognizes and follows chain-of-command.
   Reason for Rating and Performance Suggestions:     **Rating** 3

9. **INTERPERSONAL SKILLS:** Ability of a member to professionally represent HFD while performing his/her assigned duties with co-workers and the public in general.
   Reason for Rating and Performance Suggestions:     **Rating** 2
   See Subervisor commits below

**OVERALL APPRAISAL RATING:**     Follow Steps 1 through 4.

1. Emergency Operations
   Total Rating __14__  divide by 5 =  __2.8__   multiply by a weight of  2 =   __5.6__   (A)
2. Non-Emergency Operations                                          3. Add (A) and (B).
   Total Rating __11__  divide by 4 =  __2.75__ (B)         4. Divide by 3.

| | | | |
|---|---|---|---|
| Outstanding | 4.40 - 5.00 | | |
| Strong | 3.70 - 4.39 | OVERALL | |
| Effective | 3.00 - 3.69 | APPRAISAL | **2.78** |
| Needs Improvement | 2.00 - 2.99 | RATING | |
| Unacceptable | 1.99 or less | | |

Supervisor's Comments:    The reason for this unscheduled evaluation is because I transferred to station 99 D effective 8-14-2007. I told her on several occassions that she needed to spend more time training and drilling on the apparatus in the station. I wrote on her Form 42 relating to an emontional issue concerning her job performance. She started crying when I was inquiring about her job knowledge.

Suggestions for Career Development: _____

_____ **Captain** _____ 11-26-2007
Supervisor's Signature              Rank        Employee #    Date of Signature

_____ **Senior Captain** _____ 11/28/07
Supervisor's Signature              Rank        Employee #    Date of Signature

Reviewing Authority Comments: _____

_____ **District Chief** _____ 12/4/07
Reviewing Authority Signature       Rank        Employee #    Date of Signature

Employee Comments: _____

Employee acknowledgement: I certify that I had the opportunity to write comments on this evaluation and that it has been discussed with me. My signature indicates only that I have read, reviewed, and received a copy of this evaluation. My signature does not necessarily indicate that I agree with the evaluation.

_____                              14 Dec 07
Employee Signature                                           Date of Signature

HFD Form 107 Rev. 9/01    2 Forms (Circle to Identify): 1 - Original to HFD Records Section, 1 - Copy Employee       4