# EXHIBIT RR

# 2007 Shift Calendars, HOU00146548-146559

# January 2007
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | **1** C/A6 P234 New Year's Day | **2** D/B6 P345 | **3** C/A7 P456 | **4** D/B7 P567 | **5** A/C6 P671 Payday | **6** B/D6 P712 |
| **7** A/C7 P712 | **8** B/D7 P123 | **9** C/A8 P234 | **10** D/B8 P345 | **11** C/A9 P456 End 72 Day Duty Cycle - A Shift | **12** D/B9 P567 End 24 Day Work Period - A Shift | **13** A/C8 P671 Begin 24 Day Work Period - A Shift / Begin 72 Day Duty Cycle - A Shift |
| **14** B/D8 P671 Begin 24 Day Work Period - B Shift | **15** A/C9 P712 Martin Luther King, Jr. | **16** B/D9 P123 End 24 Day Work Period - C Shift / End 72 Day Duty Cycle - C Shift | **17** C/A1 P234 Begin 24 Day Work Period - C Shift / Begin 72 Day Duty Cycle - C Shift | **18** D/B1 P345 Begin 24 Day Work Period - D Shift / Begin 72 Day Duty Cycle - D Shift / End 24 Day Work Period - D Shift / End 72 Day Duty Cycle - D Shift | **19** C/A2 P456 | **20** D/B2 P567 Begin 72 Day Duty Cycle - B Shift / End 24 Day Work Period - B Shift |
| **21** A/C1 P567 | **22** B/D1 P671 | **23** A/C2 P712 | **24** B/D2 P123 | **25** C/A3 P234 | **26** D/B3 P345 Payday | **27** C/A4 P345 |
| **28** D/B4 P456 | **29** A/C3 P567 | **30** B/D3 P671 | **31** A/C4 P712 |  |  |  |

LINE J - SUPPRESSION SHIFT/DEBIT DAY     P-DAY - DISPATCH ONLY

# February 2007
## Houston Fire Department

| Jan 2007 | | | | | | | | Mar 2007 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | | S | M | T | W | T | F | S |
|  | 1 | 2 | 3 | 4 | 5 | 6 | |  |  |  |  | 1 | 2 | 3 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 28 | 29 | 30 | 31 | | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 B/D4 P123 | 2 C/A5 Payday P234 | 3 D/B5 P345 End 24 Day Work Period - C Shift |
| 4 C/A6 P345 | 5 D/B6 P456 End 24 Day Work Period - A Shift | 6 A/C5 P567 Begin 24 Day Work Period - A Shift | 7 B/D5 P671 Begin 24 Day Work Period - B Shift | 8 A/C6 P712 | 9 B/D6 P123 End 24 Day Work Period - C Shift | 10 C/A7 P234 Begin 24 Day Work Period - C Shift |
| 11 D/B7 P234 Begin 24 Day Work Period - D Shift | 12 C/A8 P345 End 24 Day Work Period - B Shift | 13 D/B8 P456 | 14 A/C7 P567 | 15 B/D7 P671 | 16 A/C8 P712 End 24 Day Work Period - D Shift | 17 B/D8 P123 |
| 18 C/A9 P123 | 19 D/B9 P234 | 20 C/A1 P345 | 21 D/B1 P456 | 22 A/C9 P567 | 23 B/D9 P671 Payday | 24 A/C1 P712 |
| 25 B/D1 P712 | 26 C/A2 P123 | 27 D/B2 P234 | 28 C/A3 P345 | | | |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY     P-DAY - DISPATCH ONLY

HOU00146549

# March 2007
## Houston Fire Department

| Feb 2007 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | | | |

| Apr 2007 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | **D/B3** 1 <br> P 4 5 6 <br> End 24 Day Work Period - A Shift | **A/C2** 2 <br> P 5 6 7 <br> Begin 24 Day Work Period - A Shift <br> Payday | **B/D2** 3 <br> P 5 6 7 <br> Begin 24 Day Work Period - B Shift |
| **A/C3** 4 <br> P 6 7 1 | **B/D3** 5 <br> P 7 1 2 <br> End 24 Day Work Period - C Shift | **C/A4** 6 <br> P 1 2 3 <br> Begin 24 Day Work Period - C Shift | **D/B4** 7 <br> P 2 3 4 <br> Begin 24 Day Work Period - D Shift | **C/A5** 8 <br> P 3 4 5 | **D/B5** 9 <br> P 4 5 6 | **A/C4** 10 <br> P 5 6 7 |
| **B/D4** 11 <br> P 5 6 7 | **A/C5** 12 <br> P 6 7 1 | **B/D5** 13 <br> P 7 1 2 | **C/A6** 14 <br> P 1 2 3 | **D/B6** 15 <br> P 2 3 4 | **C/A7** 16 <br> P 3 4 5 <br> Payday | **D/B7** 17 <br> P 4 5 6 |
| **A/C6** 18 <br> P 4 5 6 | **B/D6** 19 <br> P 5 6 7 | **A/C7** 20 <br> P 6 7 1 | **B/D7** 21 <br> P 7 1 2 | **C/A8** 22 <br> P 1 2 3 | **D/B8** 23 <br> P 2 3 4 | **C/A9** 24 <br> P 3 4 5 |
| **D/B9** 25 <br> P 3 4 5 <br> End 72 Day Duty Cycle - A Shift | **A/C8** 26 <br> P 4 5 6 <br> Begin 24 Day Work Period - A Shift | **B/D8** 27 <br> P 5 6 7 <br> Begin 72 Day Duty Cycle - B Shift | **A/C9** 28 <br> P 6 7 1 <br> End 24 Day Work Period - B Shift | **B/D9** 29 <br> P 7 1 2 <br> End 24 Day Work Period - C Shift | **C/A1** 30 <br> P 1 2 3 <br> Begin 24 Day Work Period - C Shift <br> Begin 72 Day Duty Cycle - C Shift <br> End 24 Day Work Period - D Shift <br> Payday | **D/B1** 31 <br> P 1 2 3 <br> Begin 24 Day Work Period - D Shift <br> Begin 72 Day Duty Cycle - D Shift |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY    P-DAY - DISPATCH ONLY

HOU00146550

# April 2007
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 C/A2 P 2 3 4 | 2 D/B2 P 3 4 5 | 3 A/C1 P 4 5 6 | 4 B/D1 P 5 6 7 | 5 A/C2 P 6 7 1 | 6 B/D2 P 7 1 2 | 7 C/A3 P 1 2 3 |
| 8 D/B3 P 1 2 3 | 9 C/A4 P 2 3 4 | 10 D/B4 P 3 4 5 | 11 A/C3 P 4 5 6 | 12 B/D3 P 5 6 7 | 13 A/C4 P 6 7 1 Payday | 14 B/D4 P 7 1 2 |
| 15 C/A5 P 7 1 2 | 16 D/B5 P 1 2 3 | 17 C/A6 P 2 3 4 | 18 D/B6 P 3 4 5 End 24 Day Work Period - A Shift | 19 A/C5 P 4 5 6 Begin 24 Day Work Period - A Shift | 20 B/D5 P 5 6 7 Begin 24 Day Work Period - B Shift | 21 A/C6 P 6 7 1 |
| 22 B/D6 P 6 7 1 End 24 Day Work Period - C Shift | 23 C/A7 P 7 1 2 Begin 24 Day Work Period - C Shift | 24 D/B7 P 1 2 3 Begin 24 Day Work Period - D Shift | 25 C/A8 P 2 3 4 | 26 D/B8 P 3 4 5 End 24 Day Work Period - B Shift | 27 A/C7 P 4 5 6 | 28 B/D7 P 5 6 7 |
| 29 A/C8 P 5 6 7 | 30 B/D8 P 6 7 1 | | | | | |

Mar 2007
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

May 2007
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY          P-DAY - DISATCH ONLY

# May 2007
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Apr 2007<br>S M T W T F S<br>1 2 3 4 5 6 7<br>8 9 10 11 12 13 14<br>15 16 17 18 19 20 21<br>22 23 24 25 26 27 28<br>29 30 | | 1<br>**C/A9**<br>P 7 1 2 | 2<br>**D/B9**<br>P 1 2 3 | 3<br>**C/A1**<br>Payday<br>P 2 3 4 | 4<br>**D/B1**<br>P 3 4 5 | 5<br>**A/C9**<br>End 24 Day Work Period - A Shift<br>P 4 5 6 |
| 6<br>**B/D9**<br>P 4 5 6 | 7<br>**A/C1**<br>P 5 6 7 | 8<br>**B/D1**<br>P 6 7 1 | 9<br>**C/A2**<br>P 7 1 2 | 10<br>**D/B2**<br>P 1 2 3 | 11<br>**C/A3**<br>P 2 3 4 | 12<br>**D/B3**<br>End 24 Day Work Period - A Shift<br>P 3 4 5 |
| 13<br>**A/C2**<br>Begin 24 Day Work Period - A Shift<br>End 24 Day Work Period - B Shift<br>P 3 4 5 | 14<br>**B/D2**<br>Begin 24 Day Work Period - B Shift<br>P 4 5 6 | 15<br>**A/C3**<br>P 5 6 7 | 16<br>**B/D3**<br>End 24 Day Work Period - C Shift<br>P 6 7 1 | 17<br>**C/A4**<br>Begin 24 Day Work Period - C Shift<br>P 7 1 2 | 18<br>**D/B4**<br>Payday<br>P 1 2 3 | 19<br>**C/A5**<br>P 2 3 4 |
| 20<br>**D/B5**<br>P 2 3 4 | 21<br>**A/C4**<br>P 3 4 5 | 22<br>**B/D4**<br>P 4 5 6 | 23<br>**A/C5**<br>P 5 6 7 | 24<br>**B/D5**<br>End 24 Day Work Period - D Shift<br>P 6 7 1 | 25<br>**C/A6**<br>Begin 24 Day Work Period - D Shift<br>P 7 1 2 | 26<br>**D/B6**<br>P 1 2 3 |
| 27<br>**C/A7**<br>P 1 2 3 | 28<br>**D/B7**<br>Memorial Day<br>P 2 3 4 | 29<br>**A/C6**<br>P 3 4 5 | 30<br>**B/D6**<br>P 4 5 6 | 31<br>**A/C7**<br>P 5 6 7 | Jun 2007<br>S M T W T F S<br>          1 2<br>3 4 5 6 7 8 9<br>10 11 12 13 14 15 16<br>17 18 19 20 21 22 23<br>24 25 26 27 28 29 30 | |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY    P-DAY - DISPATCH ONLY

HOU00146552

# June 2007
## Houston Fire Department

May 2007 / Jul 2007

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1 **B/D7** P 6 7 1 | 2 **C/A8** P 6 7 1 End 72 Day Duty Cycle - C Shift |
| 3 **D/B8** P 7 1 2 | 4 **C/A9** P 1 2 3 | 5 **D/B9** P 2 3 4 End 24 Day Work Period - A Shift | 6 **A/C8** P 3 4 5 Begin 24 Day Work Period - A Shift End 72 Day Duty Cycle - B Shift | 7 **B/D8** P 4 5 6 Begin 24 Day Work Period - B Shift Begin 72 Day Duty Cycle - B Shift | 8 **A/C9** P 5 6 7 | 9 **B/D9** P 5 6 7 End 24 Day Work Period - C Shift |
| 10 **C/A1** P 6 7 1 Begin 24 Day Work Period - C Shift End 72 Day Duty Cycle - D Shift | 11 **D/B1** P 7 1 2 Begin 24 Day Work Period - D Shift Begin 72 Day Duty Cycle - D Shift | 12 **C/A2** P 1 2 3 | 13 **D/B2** P 2 3 4 | 14 **A/C1** P 3 4 5 | 15 **B/D1** P 4 5 6 Payday | 16 **A/C2** P 3 4 5 |
| 17 **B/D2** P 5 6 7 | 18 **C/A3** P 6 7 1 | 19 **D/B3** P 7 1 2 | 20 **C/A4** P 1 2 3 | 21 **D/B4** P 2 3 4 | 22 **A/C3** P 3 4 5 Payday | 23 **B/D3** P 4 5 6 |
| 24 **A/C4** P 4 5 6 | 25 **B/D4** P 5 6 7 | 26 **C/A5** P 6 7 1 | 27 **D/B5** P 7 1 2 | 28 **C/A6** P 1 2 3 | 29 **D/B6** P 2 3 4 End 24 Day Work Period - A Shift | 30 **A/C5** P 2 3 4 Begin 24 Day Work Period - A Shift End 24 Day Work Period - B Shift |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY     P-DAY - DISPATCH ONLY

# July 2007
## Houston Fire Department
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **1** B/D5 P345 Begin 24 Day Work Period - B Shift | **2** A/C6 P456 | **3** B/D6 P567 End 24 Day Work Period - C Shift | **4** C/A7 P671 Begin 24 Day Work Period - D Shift; Independence Day | **5** D/B7 P712 Begin 24 Day Work Period - D Shift | **6** C/A8 P123 Payday | **7** D/B8 P123 |
| **8** A/C7 P234 | **9** B/D7 P345 | **10** A/C8 P456 | **11** B/D8 P567 | **12** C/A9 P671 | **13** D/B9 P712 | **14** C/A1 P712 |
| **15** D/B1 P123 | **16** A/C9 P234 | **17** B/D9 P345 | **18** A/C1 P456 | **19** B/D1 P567 | **20** C/A2 P671 | **21** D/B2 P712 |
| **22** C/A3 P712 | **23** D/B3 P123 End 24 Day Work Period - A Shift | **24** A/C2 P234 Begin 24 Day Work Period - A Shift | **25** B/D2 P345 Begin 24 Day Work Period - B Shift | **26** A/C3 P456 | **27** B/D3 P567 End 24 Day Work Period - C Shift | **28** C/A4 P567 Begin 24 Day Work Period - D Shift |
| **29** B/D4 P671 Begin 24 Day Work Period - D Shift | **30** C/A5 P712 | **31** D/B5 P123 | | | | |

Jun 2007

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Aug 2007

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY       P-DAY - DISPATCH ONLY

HOU00146554

# August 2007
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1 A/C4 P234 | 2 B/D4 P345 | 3 A/C5 P456 Payday | 4 B/D5 P567 |
| 5 C/A6 P567 | 6 D/B6 P671 | 7 C/A7 P123 | 8 D/B7 P234 | 9 A/C6 P345 | 10 B/D6 P456 | 11 A/C7 P567 |
| 12 B/D7 P456 | 13 C/A8 P567 | 14 D/B8 P712 | 15 C/A9 P712 End 72 Day Duty Cycle - A Shift | 16 D/B9 P123 End 24 Day Work Period - A Shift | 17 A/C8 P234 Begin 24 Day Work Period - A Shift Begin 72 Day Duty Cycle - A Shift End 24 Day Work Period - Payday | 18 B/D8 P345 Begin 72 Day Duty Cycle - B Shift |
| 19 A/C9 P345 End 24 Day Work Period - C Shift End 72 Day Duty Cycle - C Shift | 20 B/D9 P456 | 21 C/A1 P567 Begin 24 Day Work Period - C Shift Begin 72 Day Duty Cycle - C Shift | 22 D/B1 P671 Begin 24 Day Work Period - D Shift Begin 72 Day Duty Cycle - D Shift | 23 C/A2 P712 | 24 D/B2 P123 | 25 A/C1 P234 Begin 24 Day Work Period - B Shift |
| 26 B/D1 P234 | 27 A/C2 P345 | 28 B/D2 P456 | 29 C/A3 P567 | 30 D/B3 P671 | 31 C/A4 P712 Payday | |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY     P-DAY - DISPATCH ONLY

HOU00146555

# September 2007
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1<br>D/B4<br>P 7 1 2 |
| 2<br>A/C3<br>P 1 2 3 | 3<br>B/D3<br>P 2 3 4<br>Labor Day | 4<br>A/C4<br>P 3 4 5 | 5<br>B/D4<br>P 4 5 6 | 6<br>C/A5<br>P 5 6 7 | 7<br>D/B5<br>P 6 7 1 | 8<br>C/A6<br>P 6 7 1 |
| 9<br>D/B6<br>P 7 1 2<br>End 24 Day Work Period - A Shift | 10<br>A/C5<br>P 1 2 3<br>Begin 24 Day Work Period - A Shift | 11<br>B/D5<br>P 2 3 4<br>Begin 24 Day Work Period - B Shift | 12<br>A/C6<br>P 3 4 5<br>End 24 Day Work Period - C Shift | 13<br>B/D6<br>P 4 5 6<br>End 24 Day Work Period - B Shift | 14<br>C/A7<br>P 5 6 7<br>Begin 24 Day Work Period - C Shift<br>Payday | 15<br>D/B7<br>P 5 6 7<br>Begin 24 Day Work Period - D Shift |
| 16<br>C/A8<br>P 6 7 1 | 17<br>D/B8<br>P 7 1 2 | 18<br>A/C7<br>P 1 2 3 | 19<br>B/D7<br>P 2 3 4 | 20<br>A/C8<br>P 3 4 5 | 21<br>B/D8<br>P 4 5 6 | 22<br>C/A9<br>P 4 5 6 |
| 23<br>D/B9<br>P 5 6 7 | 24<br>C/A1<br>P 6 7 1 | 25<br>D/B1<br>P 7 1 2 | 26<br>A/C9<br>P 1 2 3 | 27<br>B/D9<br>P 2 3 4 | 28<br>A/C1<br>P 3 4 5<br>Payday | 29<br>B/D1<br>P 3 4 5 |
| 30<br>C/A2<br>P 4 5 6 | | | | | | |

Aug 2007 / Oct 2007 (mini calendars)

# October 2007
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | 1 D/B2 P 5 6 7 | 2 C/A3 P 6 7 1 | 3 D/B3 P 7 1 2 End 24 Day Work Period - A Shift | 4 A/C2 P 1 2 3 Begin 24 Day Work Period - B Shift | 5 B/D2 P 2 3 4 Payday | 6 A/C3 P 3 4 5 |
| 7 B/D3 P 3 4 5 End 24 Day Work Period - C Shift | 8 C/A4 P 4 5 6 Begin 24 Day Work Period - C Shift | 9 D/B4 P 5 6 7 Begin 24 Day Work Period - D Shift | 10 C/A5 P 6 7 1 | 11 D/B5 P 7 1 2 | 12 A/C4 P 1 2 3 Payday | 13 B/D4 P 2 3 4 |
| 14 A/C5 P 2 3 4 | 15 B/D5 P 3 4 5 | 16 C/A6 P 4 5 6 | 17 D/B6 P 5 6 7 | 18 C/A7 P 6 7 1 | 19 D/B7 P 7 1 2 | 20 A/C6 P 1 2 3 |
| 21 B/D6 P 1 2 3 | 22 A/C7 P 2 3 4 | 23 B/D7 P 3 4 5 | 24 C/A8 P 4 5 6 | 25 D/B8 P 5 6 7 | 26 C/A9 P 6 7 1 | 27 D/B9 P 7 1 2 End 72 Day Duty Cycle - A Shift |
| 28 A/C8 P 7 1 2 Begin 24 Day Work Period - A Shift End 72 Day Duty Cycle - B Shift | 29 B/D8 P 1 2 3 Begin 72 Day Duty Cycle - B Shift | 30 A/C9 P 2 3 4 | 31 B/D9 P 3 4 5 End 24 Day Work Period - C Shift End 72 Day Duty Cycle - C Shift | | | |

Sep 2007 / Nov 2007

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY    P-DAY - DISPATCH ONLY

HOU00146557

# November 2007
## Houston Fire Department

| Oct 2007 |
|---|
| S M T W T F S |
| 1 2 3 4 5 6 |
| 7 8 9 10 11 12 13 |
| 14 15 16 17 18 19 20 |
| 21 22 23 24 25 26 27 |
| 28 29 30 31 |

| Dec 2007 |
|---|
| S M T W T F S |
| 1 |
| 2 3 4 5 6 7 8 |
| 9 10 11 12 13 14 15 |
| 16 17 18 19 20 21 22 |
| 23 24 25 26 27 28 29 |
| 30 31 |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 C/A1 P 4 5 6 Begin 24 Day Work Period - C Shift Begin 72 Day Duty Cycle - C Shift End 24 Day Work Period - D Shift End 72 Day Duty Cycle - D Shift | 2 D/B1 P 5 6 7 Begin 24 Day Work Period - D Shift Begin 72 Day Duty Cycle - D Shift | 3 C/A2 P 5 6 7 |
| 4 D/B2 P 6 7 1 | 5 A/C1 P 7 1 2 | 6 B/D1 P 1 2 3 | 7 B/D2 P 2 3 4 | 8 B/D2 P 3 4 5 | 9 B/D4 P 4 5 6 Payday | 10 D/B3 P 4 5 6 |
| 11 C/A4 P 5 6 7 | 12 D/B4 P 6 7 1 | 13 A/C3 P 7 1 2 | 14 A/C4 P 2 3 4 | 15 A/C4 P 3 4 5 | 16 B/D4 P 3 4 5 | 17 C/A5 P 3 4 5 |
| 18 D/B5 P 4 5 6 | 19 C/A6 P 5 6 7 | 20 D/B6 P 6 7 1 End 24 Day Work Period - A Shift | 21 A/C5 P 7 1 2 Begin 24 Day Work Period - A Shift | 22 B/D5 P 1 2 3 Begin 24 Day Work Period - B Shift Thanksgiving Day | 23 A/C6 P 2 3 4 Day after Thanksgiving | 24 B/D6 P 2 3 4 End 24 Day Work Period - C Shift |
| 25 C/A7 P 3 4 5 Begin 24 Day Work Period - C Shift End 24 Day Work Period - D Shift | 26 D/B7 P 4 5 6 Begin 24 Day Work Period - D Shift | 27 C/A8 P 5 6 7 | 28 D/B8 P 6 7 1 | 29 A/C7 P 7 1 2 | 30 B/D7 P 1 2 3 | |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY    P-DAY - DISPATCH ONLY

HOU00146558

# December 2007
## Houston Fire Department

Nov 2007 / Jan 2008

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1 — A/C8 — P 1 2 3 |
| 2 — B/D8 — P 2 3 4 | 3 — C/A9 — P 3 4 5 | 4 — D/B9 — P 4 5 6 | 5 — C/A1 — P 5 6 7 | 6 — D/B1 — P 6 7 1 | 7 — A/C9 — P 7 1 2 — Payday | 8 — B/D9 — P 1 2 3 |
| 9 — A/C1 — P 1 2 3 | 10 — B/D1 — P 2 3 4 | 11 — C/A2 — P 3 4 5 | 12 — D/B2 — P 4 5 6 | 13 — C/A3 — P 5 6 7 | 14 — D/B3 — P 6 7 1 — End 24 Day Work Period - A Shift | 15 — A/C2 — P 7 1 2 — Begin 24 Day Work Period - A Shift |
| 16 — B/D2 — P 7 1 2 — Begin 24 Day Work Period - B Shift | 17 — A/C3 — P 1 2 3 | 18 — B/D3 — P 2 3 4 — End 24 Day Work Period - C Shift | 19 — C/A4 — P 3 4 5 — Begin 24 Day Work Period - C Shift | 20 — D/B4 — P 4 5 6 — Begin 24 Day Work Period - D Shift | 21 — C/A5 — P 5 6 7 | 22 — D/B5 — P 6 7 1 — End 24 Day Work Period - B Shift |
| 23 — A/C4 — P 6 7 1 | 24 — B/D4 — P 7 1 2 — Christmas Eve | 25 — A/C5 — P 1 2 3 — Christmas Day | 26 — B/D5 — P 2 3 4 | 27 — C/A6 — P 3 4 5 | 28 — D/B6 — P 4 5 6 — Payday | 29 — C/A7 — P 5 6 7 |
| 30 — D/B7 — P 5 6 7 | 31 — A/C6 — P 6 7 1 | | | | | |

# January 2008
## Houston Fire Department

|  | Dec 2007 |
|---|---|
| S M T W T F S | |
| 2 3 4 5 6 7 8 | |
| 9 10 11 12 13 14 15 | |
| 16 17 18 19 20 21 22 | |
| 23 24 25 26 27 28 29 | |
| 30 31 | |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  | 1<br>P 7 1 2<br>B/D6 | 2<br>P 1 2 3<br>A/C7 | 3<br>P 2 3 4<br>B/D7 | 4<br>P 3 4 5<br>C/A8<br>Payday | 5<br>P 4 5 6<br>D/B8<br>End 72 Day Duty Cycle - D Shift<br>Begin 24 Day Work Period - C Shift<br>P 2 3 4 |
| 6<br>P 4 5 6<br>C/A9<br>End 72 Day Duty Cycle - A Shift<br>End 24 Day Work Period - A Shift<br>P 5 6 7 | 7<br>P 5 6 7<br>D/B9<br>Begin 24 Day Work Period - A Shift<br>Begin 72 Day Duty Cycle - A Shift<br>P 6 7 1 | 8<br>P 6 7 1<br>A/C8<br>End 72 Day Duty Cycle - B Shift<br>End 24 Day Work Period - B Shift<br>P 7 1 2 | 9<br>P 7 1 2<br>B/D8<br>Begin 72 Day Duty Cycle - B Shift<br> | 10<br>P 1 2 3<br>A/C9<br>End 72 Day Duty Cycle - C Shift<br>End 24 Day Work Period - C Shift<br>P 2 3 4 | 11<br>P 2 3 4<br>B/D9<br>Begin 24 Day Work Period - C Shift<br>Begin 72 Day Duty Cycle - C Shift<br>P 3 4 5 | 12<br>P 3 4 5<br>C/A1 |
| 13<br>P 3 4 5<br>D/B1<br>Begin 72 Day Duty Cycle - D Shift<br>Begin 24 Day Work Period - D Shift | 14<br>P 4 5 6<br>C/A2 | 15<br>P 5 6 7<br>D/B2 | 16<br>P 6 7 1<br>A/C1 | 17<br>P 7 1 2<br>B/D1 | 18<br>P 1 2 3<br>A/C2 | 19<br>P 1 2 3<br>B/D2 |
| 20<br>P 2 3 4<br>C/A3 | 21<br>P 3 4 5<br>D/B3 | 22<br>P 4 5 6<br>C/A4 | 23<br>P 5 6 7<br>D/B4 | 24<br>P 6 7 1<br>A/C3 | 25<br>Payday<br>B/D3 | 26<br>P 7 1 2<br>A/C4 |
| 27<br>P 1 2 3<br>B/D4 | 28<br>P 2 3 4<br>C/A5 | 29<br>P 3 4 5<br>D/B5 | 30<br>P 4 5 6<br>C/A6 | 31<br>P 5 6 7<br>D/B6<br>End 24 Day Work Period - A Shift<br>P 6 7 1 |  |  |

|  | Feb 2008 |
|---|---|
| S M T W T F S | |
| 3 4 5 6 7 1 2 | |
| 10 11 12 13 14 8 9 | |
| 17 18 19 20 21 15 16 | |
| 24 25 26 27 28 22 23 | |
|  29 | |