# EXHIBIT TT

# 2009 Shift Calendars
# HOU00146573-146584

# January 2009
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1<br>**D/B9**<br>P 6 7 1<br>End 24 Day Work Period - A Shift<br>New Year's Day | 2<br>**A/C8**<br>P 7 1 2<br>Begin 24 Day Work Period - A Shift<br>End 72 Day Duty Cycle - A Shift | 3<br>**B/D8**<br>P 7 1 2<br>Begin 24 Day Work Period - B Shift<br>Begin 72 Day Duty Cycle - B Shift |
| 4<br>**A/C9**<br>P 1 2 3 | 5<br>**B/D9**<br>P 2 3 4<br>End 24 Day Work Period - C Shift<br>End 72 Day Duty Cycle - C Shift | 6<br>**C/A1**<br>P 3 4 5<br>Begin 24 Day Work Period - C Shift<br>Begin 72 Day Duty Cycle - C Shift | 7<br>**D/B1**<br>P 4 5 6<br>Begin 24 Day Work Period - D Shift<br>Begin 72 Day Duty Cycle - D Shift | 8<br>**C/A2**<br>P 5 6 7 | 9<br>**D/B2**<br>P 6 7 1 | 10<br>**A/C1**<br>P 7 1 2 |
| 11<br>**B/D1**<br>P 7 1 2 | 12<br>**A/C2**<br>P 1 2 3 | 13<br>**B/D2**<br>P 2 3 4 | 14<br>**C/A3**<br>P 3 4 5 | 15<br>**D/B3**<br>P 4 5 6 | 16<br>**C/A4**<br>P 5 6 7<br>Payday | 17<br>**D/B4**<br>P 6 7 1 |
| 18<br>**A/C3**<br>Martin Luther King, Jr. | 19<br>**B/D3**<br>P 1 2 3 | 20<br>**A/C4**<br>P 2 3 4 | 21<br>**B/D4**<br>P 3 4 5 | 22<br>**C/A5**<br>P 4 5 6 | 23<br>**D/B5**<br>P 5 6 7 | 24<br>**C/A6**<br>P 6 7 1 |
| 25<br>**D/B6**<br>P 5 6 7<br>End 24 Day Work Period - A Shift | 26<br>**A/C5**<br>P 6 7 1<br>Begin 24 Day Work Period - A Shift<br>End 24 Day Work Period - B Shift | 27<br>**B/D5**<br>P 7 1 2<br>Begin 24 Day Work Period - B Shift | 28<br>**A/C6**<br>P 1 2 3 | 29<br>**B/D6**<br>P 2 3 4<br>End 24 Day Work Period - C Shift | 30<br>**C/A7**<br>P 3 4 5<br>Begin 24 Day Work Period - C Shift<br>End 24 Day Work Period - D Shift<br>Payday | 31<br>**D/B7**<br>P 3 4 5<br>Begin 24 Day Work Period - D Shift |

Dec 2008

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

Feb 2009

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY  P-DAY - DISPATCH ONLY

# February 2009
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1<br>C/A8<br>P 4 5 6 | 2<br>D/B8<br>P 5 6 7 | 3<br>A/C7<br>P 6 7 1 | 4<br>B/D7<br>P 7 1 2 | 5<br>A/C8<br>P 1 2 3 | 6<br>B/D8<br>P 2 3 4 | 7<br>C/A9<br>P 3 4 5 |
| 8<br>D/B9<br>P 3 4 5 | 9<br>C/A1<br>P 4 5 6 | 10<br>D/B1<br>P 5 6 7 | 11<br>A/C9<br>P 6 7 1 | 12<br>B/D9<br>P 7 1 2 | 13<br>A/C1<br>P 1 2 3 | 14<br>B/D1<br>P 2 3 4 |
| 15<br>C/A2<br>P 2 3 4 | 16<br>D/B2<br>P 3 4 5 | 17<br>C/A3<br>P 4 5 6 | 18<br>D/B3<br>P 5 6 7<br>End 24 Day Work Period - A Shift | 19<br>A/C2<br>P 6 7 1<br>Begin 24 Day Work Period - A Shift | 20<br>B/D2<br>P 7 1 2<br>Begin 24 Day Work Period - B Shift | 21<br>A/C3<br>P 1 2 3 |
| 22<br>B/D3<br>P 1 2 3<br>End 24 Day Work Period - C Shift | 23<br>C/A4<br>P 2 3 4<br>Begin 24 Day Work Period - C Shift<br>End 24 Day Work Period - D Shift | 24<br>D/B4<br>P 3 4 5<br>Begin 24 Day Work Period - D Shift | 25<br>C/A5<br>P 4 5 6 | 26<br>D/B5<br>P 5 6 7<br>End 24 Day Work Period - B Shift | 27<br>A/C4<br>P 6 7 1<br>Payday | 28<br>B/D4<br>P 7 1 2 |

Jan 2009

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Mar 2009

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |   |   |   |   |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY    P-DAY - DISPATCH ONLY

# March 2009
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **A/C5** 1<br>P 7 1 2 | **B/D5** 2<br>P 1 2 3 | **C/A6** 3<br>P 2 3 4 | **D/B6** 4<br>P 3 4 5 | **C/A7** 5<br>P 4 5 6 | **D/B7** 6<br>P 5 6 7 | **A/C6** 7 |
| **B/D6** 8<br>P 6 7 1 | **A/C7** 9<br>P 7 1 2 | **B/D7** 10<br>P 1 2 3 | **C/A8** 11<br>P 2 3 4 | **D/B8** 12<br>P 3 4 5 | **C/A9** 13<br>P 4 5 6<br>Begin 24 Day Work Period - D Shift<br>Begin 72 Day Duty Cycle - D Shift | **D/B9** 14<br>P 5 6 7<br>End 24 Day Work Period - A Shift<br>End 72 Day Duty Cycle - A Shift |
| **A/C8** 15<br>P 5 6 7<br>Begin 24 Day Work Period - A Shift<br>Begin 72 Day Duty Cycle - A Shift<br>End 72 Day Duty Cycle - B Shift<br>End 24 Day Work Period - B Shift | **B/D8** 16<br>P 6 7 1<br>Begin 24 Day Work Period - B Shift<br>Begin 72 Day Duty Cycle - B Shift | **A/C9** 17<br>P 7 1 2 | **B/D9** 18<br>P 1 2 3<br>End 24 Day Work Period - C Shift<br>End 72 Day Duty Cycle - C Shift | **C/A1** 19<br>P 2 3 4<br>Begin 24 Day Work Period - C Shift<br>Begin 72 Day Duty Cycle - C Shift<br>End 24 Day Work Period - D Shift<br>End 72 Day Duty Cycle - D Shift | **D/B1** 20<br>P 3 4 5<br>Payday | **C/A2** 21<br>P 4 5 6 |
| **D/B2** 22<br>P 4 5 6 | **A/C1** 23<br>P 5 6 7 | **B/D1** 24<br>P 6 7 1 | **A/C2** 25<br>P 7 1 2 | **B/D2** 26<br>P 1 2 3 | **C/A3** 27<br>P 2 3 4 | **D/B3** 28<br>P 3 4 5 |
| **C/A4** 29<br>P 3 4 5 | **D/B4** 30<br>P 4 5 6 | **A/C3** 31<br>P 5 6 7 | | | | |

Feb 2009
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

Apr 2009
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

# April 2009
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1 B/D3 P 6 7 1 | 2 A/C4 P 7 1 2 | 3 B/D4 P 1 2 3 | 4 C/A5 P 7 1 2 End 24 Day Work Period - C Shift |
| 5 D/B5 P 2 3 4 | 6 C/A6 P 3 4 5 | 7 D/B6 P 4 5 6 End 24 Day Work Period - A Shift | 8 A/C5 P 5 6 7 Begin 24 Day Work Period - A Shift End 24 Day Work Period - B Shift | 9 B/D5 P 6 7 1 Begin 24 Day Work Period - B Shift | 10 A/C6 P 7 1 2 Payday | 11 B/D6 P 1 2 3 |
| 12 C/A7 P 1 2 3 Begin 24 Day Work Period - C Shift | 13 D/B7 P 2 3 4 Begin 24 Day Work Period - D Shift | 14 C/A8 P 3 4 5 | 15 D/B8 P 4 5 6 | 16 A/C7 P 5 6 7 | 17 B/D7 P 6 7 1 | 18 A/C8 P 6 7 1 |
| 19 B/D8 P 7 1 2 | 20 C/A9 P 1 2 3 | 21 D/B9 P 2 3 4 | 22 C/A1 P 3 4 5 | 23 D/B1 P 4 5 6 | 24 A/C9 P 5 6 7 Payday | 25 B/D9 P 5 6 7 |
| 26 A/C1 P 6 7 1 | 27 B/D1 P 7 1 2 | 28 C/A2 P 1 2 3 | 29 D/B2 P 2 3 4 | 30 C/A3 P 3 4 5 | | |

Mar 2009 / May 2009

# May 2009
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1 **D/B3** P 4 5 6 End 24 Day Work Period - A Shift | 2 **A/C2** P 4 5 6 Begin 24 Day Work Period - A Shift |
| 3 **B/D2** P 5 6 7 Begin 24 Day Work Period - B Shift | 4 **A/C3** P 6 7 1 | 5 **B/D3** P 7 1 2 End 24 Day Work Period - C Shift | 6 **C/A4** P 1 2 3 Begin 24 Day Work Period - C Shift | 7 **D/B4** P 2 3 4 Begin 24 Day Work Period - D Shift | 8 **C/A5** P 3 4 5 Payday | 9 **D/B5** P 3 4 5 End 24 Day Work Period - B Shift |
| 10 **A/C4** P 4 5 6 | 11 **B/D4** P 5 6 7 | 12 **A/C5** P 6 7 1 | 13 **B/D5** P 7 1 2 | 14 **C/A6** P 1 2 3 | 15 **D/B6** P 2 3 4 | 16 **C/A7** P 2 3 4 |
| 17 **D/B7** P 3 4 5 | 18 **A/C6** P 4 5 6 | 19 **B/D6** P 5 6 7 | 20 **A/C7** P 6 7 1 | 21 **B/D7** P 7 1 2 | 22 **C/A8** P 1 2 3 Payday | 23 **D/B8** P 1 2 3 |
| 24 **C/A9** P 2 3 4 End 24 Day Work Period - A Shift Memorial Day | 25 **D/B9** P 3 4 5 Begin 24 Day Work Period - A Shift | 26 **A/C8** P 4 5 6 Begin 72 Day Duty Cycle - A Shift | 27 **B/D8** P 5 6 7 Begin 24 Day Work Period - B Shift | 28 **A/C9** P 6 7 1 | 29 **B/D9** P 7 1 2 End 24 Day Work Period - C Shift | 30 **C/A1** P 7 1 2 Begin 24 Day Work Period - C Shift |
| 31 **D/B1** P 1 2 3 | | | | | End 72 Day Duty Cycle - C Shift | Begin 72 Day Duty Cycle - C Shift |

Apr 2009
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

Jun 2009
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY        P-DAY - DISPATCH ONLY

HOU00146577

# June 2009
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 6 |
| | | | | | | B/D2 |
| | | | | | | P 6 7 1 |
| 7 | 1 | 2 | 3 | 4 | 5 | |
| C/A3 | C/A2 | D/B2 | A/C1 | B/D1 | A/C2 | |
| P 7 1 2 | P 2 3 4 | P 3 4 5 | P 4 5 6 | P 5 6 7 | P 6 7 1 | |
| | | | | | Payday | |
| | 8 | 9 | 10 | 11 | 12 | 13 |
| | D/B3 | C/A4 | D/B4 | A/C3 | B/D3 | A/C4 |
| | P 1 2 3 | P 2 3 4 | P 3 4 5 | P 4 5 6 | P 5 6 7 | P 6 7 1 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B/D4 | C/A5 | D/B5 | C/A6 | D/B6 | A/C5 | B/D5 |
| P 6 7 1 | P 7 1 2 | P 1 2 3 | P 2 3 4 | P 3 4 5 | P 4 5 6 | P 5 6 7 |
| | | | | End 24 Day Work Period - A Shift | Begin 24 Day Work Period - A Shift | Begin 24 Day Work Period - B Shift |
| | | | | | Payday | |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| A/C6 | B/D6 | C/A7 | D/B7 | C/A8 | D/B8 | A/C7 |
| P 5 6 7 | P 6 7 1 | P 7 1 2 | P 1 2 3 | P 2 3 4 | P 3 4 5 | P 4 5 6 |
| | End 24 Day Work Period - C Shift | Begin 24 Day Work Period - C Shift | Begin 24 Day Work Period - D Shift | | | |
| | | End 24 Day Work Period - D Shift | | | | |
| 28 | 29 | 30 | | | | |
| B/D7 | A/C8 | B/D8 | | | | |
| P 4 5 6 | P 5 6 7 | P 6 7 1 | | | | |

May 2009 / Jul 2009

# July 2009
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1 **C/A9** P712 | 2 **D/B9** P123 Independence Day (Observed) | 3 **C/A1** P234 Payday | 4 **D/B1** |
| 5 **A/C9** P345 | 6 **B/D9** P456 | 7 **A/C1** P567 | 8 **B/D1** P671 | 9 **C/A2** P712 | 10 **D/B2** P123 | 11 **C/A3** P234 |
| 12 **D/B3** P234 End 24 Day Work Period - A Shift | 13 **A/C2** P345 Begin 24 Day Work Period - A Shift | 14 **B/D2** P456 Begin 24 Day Work Period - B Shift | 15 **A/C3** P567 End 24 Day Work Period - B Shift | 16 **B/D3** P671 End 24 Day Work Period - C Shift | 17 **C/A4** P712 Begin 24 Day Work Period - C Shift End 24 Day Work Period - D Shift Payday | 18 **D/B4** P123 Begin 24 Day Work Period - D Shift |
| 19 **C/A5** P123 | 20 **D/B5** P234 | 21 **A/C4** P345 | 22 **B/D4** P456 | 23 **A/C5** P567 | 24 **B/D5** P671 | 25 **C/A6** P712 |
| 26 **D/B6** P712 | 27 **C/A7** P123 | 28 **D/B7** P234 | 29 **A/C6** P345 | 30 **B/D6** P456 | 31 **A/C7** P567 Payday | |

Jun 2009 / Aug 2009 (mini calendars)

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY     P-DAY - DISPATCH ONLY

# August 2009
## Houston Fire Department

Jul 2009
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

Sep 2009
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |  |  |  |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 **B/D7** P 5 6 7 |
| 2 **C/A8** P 6 7 1 | 3 **D/B8** P 7 1 2 | 4 **C/A9** P 1 2 3 | 5 **D/B9** P 2 3 4 End 24 Day Work Period - A Shift | 6 **A/C8** P 3 4 5 Begin 24 Day Work Period - A Shift Begin 72 Day Duty Cycle - A Shift | 7 **B/D8** P 4 5 6 Begin 24 Day Work Period - B Shift Begin 72 Day Duty Cycle - B Shift | 8 **A/C9** P 5 6 7 |
| 9 **B/D9** P 5 6 7 End 24 Day Work Period - C Shift End 72 Day Duty Cycle - C Shift | 10 **C/A1** P 6 7 1 Begin 24 Day Work Period - C Shift Begin 72 Day Duty Cycle - C Shift | 11 **D/B1** P 7 1 2 Begin 24 Day Work Period - D Shift Begin 72 Day Duty Cycle - D Shift | 12 **C/A2** P 1 2 3 | 13 **D/B2** P 2 3 4 | 14 **A/C1** P 3 4 5 Payday | 15 **B/D1** P 4 5 6 |
| 16 **A/C2** P 4 5 6 | 17 **B/D2** P 5 6 7 | 18 **C/A3** P 6 7 1 | 19 **D/B3** P 7 1 2 | 20 **C/A4** P 1 2 3 | 21 **D/B4** P 2 3 4 | 22 **A/C3** P 3 4 5 |
| 23 **B/D3** P 3 4 5 | 24 **A/C4** P 4 5 6 | 25 **B/D4** P 5 6 7 | 26 **C/A5** P 6 7 1 | 27 **D/B5** P 7 1 2 | 28 **C/A6** P 1 2 3 Payday | 29 **D/B6** P 1 2 3 End 24 Day Work Period - A Shift |
| 30 **A/C5** P 2 3 4 Begin 24 Day Work Period - A Shift | 31 **B/D5** P 3 4 5 Begin 24 Day Work Period - B Shift |  |  |  |  |  |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY        P-DAY - DISPATCH ONLY

HOU00146580

# September 2009
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | 1<br>A/C6<br>P 4 5 6 | 2<br>B/D6<br>P 5 6 7<br>End 24 Day Work Period - C Shift | 3<br>C/A7<br>P 6 7 1<br>Begin 24 Day Work Period - C Shift | 4<br>D/B7<br>P 7 1 2<br>Begin 24 Day Work Period - D Shift | 5<br>C/A8 |
| 6<br>D/B8<br>P 1 2 3 | 7<br>A/C7<br>Labor Day | 8<br>B/D7<br>P 3 4 5 | 9<br>A/C8<br>P 4 5 6 | 10<br>C/A7<br>P 6 7 1<br>End 24 Day Work Period - D Shift | 11<br>D/B7<br>P 7 1 2 | 12<br>D/B9<br>P 6 7 1 |
| 13<br>C/A1<br>P 7 1 2 | 14<br>D/B1<br>P 1 2 3 | 15<br>A/C9<br>P 2 3 4 | 16<br>B/D9<br>P 3 4 5 | 17<br>A/C1<br>P 4 5 6 | 18<br>B/D1<br>P 5 6 7<br>Payday | 19<br>C/A2<br>P 5 6 7 |
| 20<br>D/B2<br>P 6 7 1 | 21<br>C/A3<br>P 7 1 2 | 22<br>D/B3<br>P 1 2 3<br>End 24 Day Work Period - A Shift | 23<br>A/C2<br>P 2 3 4<br>Begin 24 Day Work Period - A Shift | 24<br>B/D2<br>P 3 4 5<br>Begin 24 Day Work Period - B Shift | 25<br>A/C3<br>P 4 5 6<br>Payday | 26<br>B/D3<br>P 4 5 6<br>End 24 Day Work Period - C Shift |
| 27<br>C/A4<br>P 5 6 7<br>Begin 24 Day Work Period - C Shift<br>End 24 Day Work Period - D Shift | 28<br>D/B4<br>P 6 7 1<br>Begin 24 Day Work Period - D Shift | 29<br>C/A5<br>P 7 1 2 | 30<br>D/B5<br>P 1 2 3 | | | |

Aug 2009
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

Oct 2009
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

# October 2009
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 **A/C4** P 2 3 4 | 2 **B/D4** P 3 4 5 | 3 **A/C5** P 4 5 6 |
| 4 **B/D5** P 5 6 7 | 5 **C/A6** P 6 7 1 | 6 **D/B6** P 7 1 2 | 7 **C/A7** P 1 2 3 Payday | 8 **A/C6** P 2 3 4 | 9 **B/D6** P 3 4 5 | 10 **A/C8** P 1 2 3 Begin 24 Day Work Period - A Shift |
| 11 **A/C7** P 4 5 6 | 12 **B/D7** P 5 6 7 | 13 **D/B8** P 6 7 1 | 14 **C/A9** P 7 1 2 End 72 Day Duty Cycle - A Shift | 15 **D/B9** P 1 2 3 End 24 Day Work Period - A Shift | 16 **C/A2** P 7 1 2 | 17 **A/C8** P 1 2 3 Begin 24 Day Work Period - A Shift Begin 72 Day Duty Cycle - A Shift |


| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 **A/C4** P 2 3 4 | 2 **B/D4** P 3 4 5 | 3 **A/C5** P 4 5 6 |
| 4 **B/D5** P 5 6 7 | 5 **C/A6** P 6 7 1 | 6 **D/B6** P 7 1 2 | 7 **C/A7** P 1 2 3 Payday | 8 **A/C6** P 2 3 4 | 9 **B/D6** P 3 4 5 | 10 **A/C8** P 1 2 3 Begin 24 Day Work Period - A Shift Begin 72 Day Duty Cycle - A Shift |
| 11 **A/C7** P 4 5 6 | 12 **B/D7** P 5 6 7 | 13 **D/B8** P 6 7 1 | 14 **C/A9** P 7 1 2 | 15 **D/B9** P 1 2 3 End 72 Day Duty Cycle - A Shift End 24 Day Work Period - A Shift | 16 **C/A2** P 7 1 2 Payday | 17 **D/B2** P 7 1 2 |
| 18 **B/D8** P 2 3 4 Begin 24 Day Work Period - B Shift Begin 72 Day Duty Cycle - B Shift | 19 **A/C9** P 3 4 5 | 20 **B/D9** P 4 5 6 End 24 Day Work Period - C Shift End 72 Day Duty Cycle - C Shift | 21 **C/A1** P 5 6 7 Begin 24 Day Work Period - C Shift Begin 72 Day Duty Cycle - C Shift | 22 **D/B1** P 6 7 1 Begin 24 Day Work Period - D Shift Begin 72 Day Duty Cycle - D Shift | 23 **C/A2** P 7 1 2 | 24 **D/B2** P 7 1 2 |
| 25 **A/C1** P 1 2 3 | 26 **B/D1** P 2 3 4 | 27 **A/C2** P 3 4 5 | 28 **B/D2** P 4 5 6 | 29 **C/A3** P 5 6 7 | 30 **D/B3** P 6 7 1 Payday | 31 **C/A4** P 6 7 1 |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY    P-DAY - DISPATCH ONLY

HOU00146582

# November 2009
## Houston Fire Department

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1<br>D/B4<br>P 7 1 2 | 2<br>A/C3<br>P 1 2 3 | 3<br>B/D3<br>P 2 3 4 | 4<br>A/C4<br>P 3 4 5 | 5<br>B/D4<br>P 4 5 6<br>Payday | 6<br>C/A5<br>P 5 6 7 | 7<br>D/B5<br>P 6 7 1 |
| 8<br>C/A6<br>P 6 7 1 | 9<br>D/B6<br>P 7 1 2<br>End 24 Day Work Period - A Shift | 10<br>A/C5<br>P 1 2 3<br>Begin 24 Day Work Period - A Shift | 11<br>B/D5<br>P 2 3 4<br>Begin 24 Day Work Period - B Shift<br>Veteran's Day | 12<br>A/C6<br>P 3 4 5 | 13<br>B/D6<br>P 4 5 6<br>End 24 Day Work Period - C Shift | 14<br>C/A7<br>P 5 6 7<br>Begin 24 Day Work Period - C Shift |
| 15<br>D/B7<br>P 5 6 7<br>Begin 24 Day Work Period - D Shift | 16<br>C/A8<br>P 6 7 1<br>End 24 Day Work Period - B Shift | 17<br>D/B8<br>P 7 1 2 | 18<br>A/C7<br>P 1 2 3 | 19<br>B/D7<br>P 2 3 4 | 20<br>A/C8<br>P 3 4 5 | 21<br>B/D8<br>P 4 5 6 |
| 22<br>C/A9<br>P 4 5 6 | 23<br>D/B9<br>P 5 6 7 | 24<br>C/A1<br>P 6 7 1 | 25<br>D/B1<br>P 7 1 2 | 26<br>A/C9<br>P 1 2 3<br>Thanksgiving Day | 27<br>B/D9<br>P 2 3 4<br>Day After Thanksgiving<br>Payday | 28<br>A/C1<br>P 3 4 5 |
| 29<br>B/D1<br>P 3 4 5 | 30<br>C/A2<br>P 4 5 6 | | | | | |

Oct 2009

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Dec 2009

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY    P-DAY - DISPATCH ONLY

# December 2009
## Houston Fire Department

| Nov 2009 |
|---|
| S  M  T  W  T  F  S |
| 1  2  3  4  5  6  7 |
| 8  9  10 11 12 13 14 |
| 15 16 17 18 19 20 21 |
| 22 23 24 25 26 27 28 |
| 29 30 |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  | 1 **D/B2** P 5 6 7 | 2 **C/A3** P 6 7 1 | 3 **D/B3** End 24 Day Work Period - A Shift P 7 1 2 | 4 **A/C2** Begin 24 Day Work Period - A Shift P 1 2 3 | 5 **B/D2** Begin 24 Day Work Period - B Shift P 1 2 3 |
| 6 **A/C3** P 2 3 4 | 7 **B/D3** End 24 Day Work Period - C Shift P 3 4 5 | 8 **C/A4** Begin 24 Day Work Period - C Shift P 4 5 6 | 9 **D/B4** Begin 24 Day Work Period - D Shift P 5 6 7 | 10 **C/A5** End 24 Day Work Period - B Shift Payday P 7 1 2 | 11 **D/B5** P 7 1 2 | 12 **A/C4** P 7 1 2 |
| 13 **B/D4** P 1 2 3 | 14 **A/C5** P 2 3 4 | 15 **B/D5** P 3 4 5 | 16 **C/A6** P 4 5 6 | 17 **D/B6** P 5 6 7 | 18 **C/A7** P 6 7 1 | 19 **D/B7** P 6 7 1 |
| 20 **A/C6** P 1 2 3 | 21 **B/D6** P 1 2 3 | 22 **A/C7** P 2 3 4 | 23 **B/D7** P 3 4 5 | 24 **C/A8** P 4 5 6 Christmas Eve | 25 **D/B8** P 5 6 7 Christmas Day | 26 **C/A9** P 5 6 7 |
| 27 **D/B9** End 24 Day Duty Cycle - A Shift P 6 7 1 | 28 **A/C8** Begin 24 Day Work Period - A Shift P 7 1 2 | 29 **B/D8** Begin 72 Day Duty Cycle - A Shift P 1 2 3 | 30 **A/C9** P 2 3 4 | 31 **B/D9** End 24 Day Work Period - C Shift Begin 72 Day Duty Cycle - B Shift P 3 4 5 |  |  |

| Jan 2010 |
|---|
| S  M  T  W  T  F  S |
| 1  2 |
| 3  4  5  6  7  8  9 |
| 10 11 12 13 14 15 16 |
| 17 18 19 20 21 22 23 |
| 24 25 26 27 28 29 30 |
| 31 |

LINE 1 - SUPPRESSION SHIFT/DEBIT DAY             P-DAY - DISPATCH ONLY