# EXHIBIT UU

# Draycott Transfer History, HOU00029517



Home |

**HFD Personnel Lookup**

**HFD Personnel Info:**
Choose an action below
- Lookup by Payroll
- Lookup by Last Name
- Pending Transfers
- Active Roster
- Active Members By Rank
- Pending Promotions
- Transfer Office Roster
- Quadrant Maintenance

◁ Back to Home

## Lookup By Payroll

Payroll Number: 116978   [Go]

| PR | Name | Eth | Gen | DOB | Hired | Rank/Quals |
|---|---|---|---|---|---|---|
| 116978 | DRAYCOTT, ENA J | W | F | 3/16/1969 | 8/22/2000 | FIREFIGHTER EMT/ARFF |

| Employment Status | Effective | Last Prom | Class=C | Assign | Div | Dist | Sta | Shift | Debit | AssignTo |
|---|---|---|---|---|---|---|---|---|---|---|
| Active | | 9/1/2001 | C | SU092 | SO | 054 | 054 | A | 2 | Airport Resc. |

| Class Taken | Class Rank |
|---|---|
| 003 | 019 |

| Work Phone | Cell Phone | Home Phone | Email |
|---|---|---|---|
| 7138379751 | | 8329342115 | jane.draycott@cityofhouston.net |

| Address | Apartment | City | State | Zip | County |
|---|---|---|---|---|---|
| 24225 DECKER PRAIRIE ROSE RD. | | MAGNOLIA | TX | 77355 | MONTGOMERY |

**Transfer History**

| | FromDist | FromStation | FromShift | FromDebit | ToDist | ToStation | ToShift | ToDebit | Effective | Transfer Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Details | 054 | 092 | B | 5 | 054 | 054 | A | 2 | 8/11/2008 | Personal |
| Details | XXX | 324 | D | @ | 054 | 092 | B | 5 | 4/26/2008 | Admin |
| Details | 054 | 092 | B | 5 | XXX | 324 | D | @ | 4/19/2008 | Admin |
| Details | XXX | 250 | D | @ | 054 | 092 | B | 5 | 4/12/2008 | Admin |
| Details | XXX | 250 | D | @ | XXX | 250 | D | @ | 1/10/2008 | Admin |
| Details | XXX | 250 | X | X | XXX | 250 | D | @ | 12/15/2007 | Admin |
| Details | XXX | 204 | D | @ | XXX | 250 | X | X | 11/7/2007 | Admin |
| Details | 054 | 092 | B | 5 | XXX | 204 | D | @ | 11/3/2007 | Admin |
| Details | 064 | 074 | A | 3 | 054 | 092 | B | 5 | 4/28/2007 | Personal |
| Details | XXX | 324 | 5/8 | @ | 064 | 074 | A | 3 | 10/21/2006 | Admin |
| Details | 064 | 250 | 5/8 | @ | XXX | 324 | 5/8 | @ | 10/14/2006 | Admin |
| Details | XXX | 250 | 5/8 | @ | 064 | 074 | A | 3 | 8/26/2006 | Admin |
| Details | 064 | 074 | A | 3 | XXX | 250 | 5/8 | @ | 6/10/2006 | Admin |
| Details | XXX | 250 | 5/8 | @ | 064 | 074 | A | 3 | 6/4/2005 | Admin |
| Details | 064 | 074 | A | 3 | XXX | 250 | 5/8 | @ | 5/21/2005 | Admin |
| Details | 069 | 075 | A | 1 | 064 | 074 | A | 3 | 5/20/2004 | Personal |
| Details | 046 | 046 | D | 6 | 069 | 075 | A | 1 | 12/16/2001 | Personal |
| Details | 046 | 046 | D | 6 | 046 | 046 | D | 6 | 9/1/2001 | Admin |
| Details | XXX | 324 | 4/10 | K | 046 | 046 | D | 6 | 2/3/2001 | Admin |

© 2007 Houston Fire Department. All Rights Reserved