# EXHIBIT VV

# Keyes Transfer History, HOU00029518



Home |

**HFD Personnel Lookup**

**HFD Personnel Info:**
Choose an action below
- Lookup by Payroll
- Lookup by Last Name
- Pending Transfers
- Active Roster
- Active Members By Rank
- Pending Promotions
- Transfer Office Roster
- Quadrant Maintenance

◁ **Back to Home**

## Lookup By Payroll

Payroll Number:  103593       [Go]

| PR | Name | Eth | Gen | DOB | Hired | Rank/Quals |
|---|---|---|---|---|---|---|
| 103593 | KEYES, PAULA | B | F | 9/11/1967 | 10/30/2001 | FIREFIGHTER EMT/HAZMAT |

| Employment Status | Effective | Last Prom | Class=C | Assign | Div | Dist | Sta | Shift | Debit | AssignTo |
|---|---|---|---|---|---|---|---|---|---|---|
| Active | | 11/9/2002 | C | SU077 | SO | 054 | 054 | A | 8 | Airport Resc. |

| Class Taken | | Class Rank |
|---|---|---|
| 08/01 | | 044 |

| Work Phone | Cell Phone | Home Phone | Email |
|---|---|---|---|
| 7138379751 | 8324238279 | 2814954349 | Paula.Keyes@cityofhouston.net |

| Address | Apartment | City | State | Zip | County |
|---|---|---|---|---|---|
| 13010 LAWSONS CREEK LN. | | HOUSTON | TX | 77072 | HARRIS |

**Transfer History**

| | FromDist | FromStation | FromShift | FromDebit | ToDist | ToStation | ToShift | ToDebit | Effective | Transfer Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Details | 083 | 076 | D | 9 | 054 | 054 | A | 8 | 4/8/2009 | Personal |
| Details | 005 | 077 | D | 7 | 083 | 076 | D | 9 | 4/10/2008 | Personal |
| Details | 083 | 010 | D | 8 | 005 | 077 | D | 7 | 7/21/2007 | Admin |
| Details | 010 | 010 | D | 2 | 083 | 010 | D | 8 | 5/20/2006 | Admin |
| Details | 069 | 078 | B | 1 | 010 | 010 | D | 2 | 6/2/2004 | Personal |
| Details | XXX | 322 | 4/10 | K | 021 | 021 | B | 2 | 2/1/2003 | Admin |
| Details | XXX | 322 | 4/10 | K | XXX | 322 | 4/10 | K | 11/9/2002 | Admin |
| Details | 082 | 082 | A | 1 | XXX | 322 | 4/10 | K | 7/20/2002 | Admin |
| Details | 082 | 082 | A | 1 | 082 | 082 | A | 1 | 3/2/2002 | Admin |
| Details | 021 | 021 | B | 2 | 069 | 078 | B | 1 | 2/6/2002 | Admin |
| Details | XXX | 322 | 4/10 | K | 082 | 082 | A | 1 | 1/26/2002 | Admin |

© 2007   Houston Fire Department.  All Rights Reserved

HOU00029518