# EXHIBIT WW

# Boriskie Transfer History, HOU00148601-148605

| | |
|---|---|
| Payroll | 78405 |
| Created Date | 5/11/2004 0:00 |
| Member Name | BORISKIE, PHIL A |
| Rank | DISTRICT CHIEF/EMT |
| From Station | 4 |
| From Shift | D |
| From Debit | 5 |
| From District | 4 |
| From Quad | NW |
| From GFS | 1210 |
| To Station | 200 |
| To Shift | 8-May |
| To Debit | A |
| To Dist | XXX |
| To Quad | XX |
| To GFS | 1110 |
| Effective Date | 5/15/2004 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 5 |
| Notes | GOING FROM A 24 HOUR SUPPRESSION SHIFT TO A 5 DAY 40 HOUR WORK WEEK. WILL WORK MONDAY THRU FRIDAY, 0800-1600 HOURS. WILL BE OFF SATURDAY AND SUNDAY. |
| AdmPersOther | 1 |
| PostVac | Y |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 03 Apparatus |
| To AssignToCode | |
| VacPerTem | PERM |
| Notes2 | WILL REPORT TO LOGISTICS, 1205 DART STREET. WILL BE ACTING FIRE CHIEF. |
| F_P_T | PERM |
| T_P_T | PERM |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

| | |
|---|---|
| Payroll | 78405 |
| Created Date | 5/26/2004 0:00 |
| Member Name | BORISKIE, PHIL A |
| Rank | DISTRICT CHIEF/EMT |
| From Station | 200 |
| From Shift | 8-May |
| From Debit | A |
| From District | XXX |
| From Quad | XX |
| From GFS | 1110 |
| To Station | 200 |
| To Shift | 8-May |
| To Debit | A |
| To Dist | XXX |
| To Quad | XX |
| To GFS | 1110 |
| Effective Date | 5/26/2004 0:00 |
| Effective (Promo) | 5/26/2004 0:00 |
| Prom From | DISTRICT CHIEF |
| Prom To | FIRE CHIEF |
| Reason | 1 |
| Notes | TRANSFER ISSUED FOR PROMOTIONAL PURPOSES ONLY. WILL REMAIN ON SAME WORK SCHEDULE AT SAME WORK LOCATION. |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | |
| To AssignToCode | |
| VacPerTem | |
| Notes2 | |
| F_P_T | PERM |
| T_P_T | PERM |
| PromFromCode | |
| PromToCode | 1020 |
| PromToHFDCode | |

| | |
|---|---|
| Payroll | 78405 |
| Created Date | 1/21/2010 0:00 |
| Member Name | BORISKIE, PHIL A |
| Rank | |
| From Station | 200 |
| From Shift | D |
| From Debit | @ |
| From District | 0 |
| From Quad | |
| From GFS | 1110 |
| To Station | 78 |
| To Shift | A |
| To Debit | 6 |
| To Dist | 78 |
| To Quad | SW |
| To GFS | 1210 |
| Effective Date | 1/23/2010 0:00 |
| Effective (Promo) | 1/23/2010 0:00 |
| Prom From | FIRE CHIEF |
| Prom To | DISTRICT CHIEF |
| Reason | 1 |
| Notes | GOING FROM A 40 HOUR WORK WEEK TO A 24 HOUR SUPPRESSION SHIFT. WILL REPORT FORDUTY ON 01-23-10 AT 0630 HOURS. PERMANENT POSITION. |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | |
| To AssignToCode | 03 Apparatus |
| VacPerTem | |
| Notes2 | |
| F_P_T | PERM |
| T_P_T | PERM |
| PromFromCode | 1020 |
| PromToCode | 1023 |
| PromToHFDCode | |

| | |
|---|---|
| Payroll | 78405 |
| Created Date | 3/8/2010 0:00 |
| Member Name | BORISKIE, PHIL A |
| Rank | DISTRICT CHIEF |
| From Station | 78 |
| From Shift | A |
| From Debit | 6 |
| From District | 78 |
| From Quad | SW |
| From GFS | 1210 |
| To Station | 78 |
| To Shift | A |
| To Debit | 6 |
| To Dist | 78 |
| To Quad | SW |
| To GFS | 1210 |
| Effective Date | 3/10/2010 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 5 |
| Notes | PERMANENT POSITION. |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 03 Apparatus |
| To AssignToCode | 03 Apparatus |
| VacPerTem | |
| Notes2 | |
| F_P_T | TEMP |
| T_P_T | PERM |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

HOU00148604

| Payroll | 78405 |
|---|---|
| Created Date | 11/1/2011 0:00 |
| Member Name | BORISKIE, PHIL A |
| Rank | DISTRICT CHIEF |
| From Station | 78 |
| From Shift | A |
| From Debit | 6 |
| From District | 78 |
| From Quad | SW |
| From GFS | 1210 |
| To Station | 4 |
| To Shift | A |
| To Debit | 5 |
| To Dist | 4 |
| To Quad | NW |
| To GFS | 1210 |
| Effective Date | 11/8/2011 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 5 |
| Notes | WILL REPORT FOR DUTY ON 11-08-11 AT 0630 HOURS. |
| AdmPersOther | 1 |
| PostVac | Y |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 03 Apparatus |
| To AssignToCode | 03 Apparatus |
| VacPerTem | PERM |
| Notes2 | |
| F_P_T | PERM |
| T_P_T | PERM |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

HOU00148605