# EXHIBIT XX

# McAteer Transfer History, HOU00148606-148612

| | |
|---|---|
| Payroll | 87960 |
| Created Date | 12/29/2005 0:00 |
| Member Name | MCATEER, GEORGE JR L |
| Rank | DISTRICT CHIEF/PARA/AIR |
| From Station | 380 |
| From Shift | 10-Apr |
| From Debit | J |
| From District | XXX |
| From Quad | XX |
| From GFS | 1540 |
| To Station | 380 |
| To Shift | 10-Apr |
| To Debit | J |
| To Dist | XXX |
| To Quad | XX |
| To GFS | 1540 |
| Effective Date | 12/31/2005 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 5 |
| Notes | *ATTN:PAYROLL DEPT: START FULL PARAMEDIC ASSIGNMENT PAY EFFECTIVE 12-31-05. WILL CONTINUE TO RECEIVE DISTRICT TRAINING OFFICER PAY. |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | D |
| EMS | P |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 07 Airport Resc. |
| To AssignToCode | 07 Airport Resc. |
| VacPerTem | |
| Notes2 | |
| F_P_T | PERM |
| T_P_T | PERM |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

| Payroll | 87960 |
|---|---|
| Created Date | 9/10/2008 0:00 |
| Member Name | MCATEER, GEORGE L |
| Rank | DISTRICT CHIEF |
| From Station | |
| From Shift | D |
| From Debit | J |
| From District | |
| From Quad | |
| From GFS | 1240 |
| To Station | 380 |
| To Shift | D |
| To Debit | J |
| To Dist | 54 |
| To Quad | SO |
| To GFS | 1540 |
| Effective Date | 9/11/2008 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 6 |
| Notes | ISSUED FOR SAP PURPOSES ONLY. |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 07 Airport Resc. |
| To AssignToCode | 07 Airport Resc. |
| VacPerTem | |
| Notes2 | |
| F_P_T | PERM |
| T_P_T | PERM |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

| | |
|---|---|
| Payroll | 87960 |
| Created Date | 11/5/2008 0:00 |
| Member Name | MCATEER, GEORGE L |
| Rank | DISTRICT CHIEF |
| From Station | 380 |
| From Shift | D |
| From Debit | J |
| From District | 54 |
| From Quad | SO |
| From GFS | 1540 |
| To Station | 380 |
| To Shift | D |
| To Debit | J |
| To Dist | 54 |
| To Quad | SO |
| To GFS | 1540 |
| Effective Date | 11/6/2008 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 6 |
| Notes | FOR SAP PURPSOSES ONLY. |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 07 Airport Resc. |
| To AssignToCode | 07 Airport Resc. |
| VacPerTem | |
| Notes2 | |
| F_P_T | PERM |
| T_P_T | PERM |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

HOU00148608

| Payroll | 87960 |
|---|---|
| Created Date | 9/28/2010 0:00 |
| Member Name | MCATEER, GEORGE L |
| Rank | DISTRICT CHIEF |
| From Station | 255 |
| From Shift | S |
| From Debit | J |
| From District | 0 |
| From Quad | SO |
| From GFS | 1540 |
| To Station | 11 |
| To Shift | C |
| To Debit | 2 |
| To Dist | 1 |
| To Quad | NW |
| To GFS | 1210 |
| Effective Date | 10/16/2010 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 5 |
| Notes | GOING FROM A 40 HOUR WORK WEEK TO A 24 HOUR SUPPRESSION SHIFT. WILL REPORT FORDUTY ON 10-16-10 AT 0630 HOURS. WILL BE ASSIGNED AS DISTRICT CHIEF EMS SUPERVISOR1100-C SHIFT. THIS IS A PERMANENT POSITION. |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 07 Airport Resc. |
| To AssignToCode | 11 Supervisor |
| VacPerTem | |
| Notes2 | |
| F_P_T | PERM |
| T_P_T | PERM |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

HOU00148609

| | |
|---|---|
| Payroll | 87960 |
| Created Date | 3/14/2013 12:59 |
| Member Name | MCATEER,GEORGE |
| Rank | DISTRICT CHIEF |
| From Station | 11 |
| From Shift | C |
| From Debit | 2 |
| From District | 1 |
| From Quad | EC |
| From GFS | 1210 |
| To Station | 15 |
| To Shift | D |
| To Debit | 9 |
| To Dist | 1 |
| To Quad | NW |
| To GFS | 1210 |
| Effective Date | 3/31/2013 0:00 |
| Effective (Promo) | 3/16/2002 0:00 |
| Prom From | DISTRICT CHIEF |
| Prom To | DEPUTY CHIEF |
| Reason | 6 |
| Notes | WILL REPORT FOR DUTY ON 3/31/13 @ 0630 HOURS. DUE TO SHIFT CHANGE WILL BE RELEASED FROM DUTY @ 1330 ON 3/24/13 AND WILL BE OFF FOR 24 HOURS ON 3/30/13. |
| AdmPersOther | 1 |
| PostVac | 0 |
| FTO_DTO | |
| EMS | |
| Preceptor | |
| HazMat | |
| BIL | |
| From AssignToCode | 11 Supervisor |
| To AssignToCode | 14 Shift Comm. |
| VacPerTem | |
| Notes2 | WILL BE ACTING SHIFT COMMANDER 15/D. THIS IS A TEMPORARY POSITION. |
| F_P_T | PERM |
| T_P_T | PERM |
| PromFromCode | 1023 |
| PromToCode | 1022 |
| PromToHFDCode | |

| | |
|---|---|
| Payroll | 87960 |
| Created Date | 5/16/2013 10:59 |
| Member Name | MCATEER,GEORGE |
| Rank | DISTRICT CHIEF |
| From Station | 15 |
| From Shift | D |
| From Debit | 9 |
| From District | 1 |
| From Quad | EC |
| From GFS | 1210 |
| To Station | 15 |
| To Shift | D |
| To Debit | 9 |
| To Dist | 1 |
| To Quad | NW |
| To GFS | 1210 |
| Effective Date | 5/18/2013 0:00 |
| Effective (Promo) | 5/16/2013 0:00 |
| Prom From | DISTRICT CHIEF |
| Prom To | DEPUTY CHIEF |
| Reason | 1 |
| Notes | |
| AdmPersOther | 1 |
| PostVac | 1 |
| FTO_DTO | |
| EMS | |
| Preceptor | |
| HazMat | |
| BIL | |
| From AssignToCode | 14 Shift Comm. |
| To AssignToCode | 14 Shift Comm. |
| VacPerTem | |
| Notes2 | TRANSFER ISSUED FOR PROMOTIONAL PURPOSES ONLY. WILL REMAIN ON SAME WORK SCHEDULE AT SAME WORK LOCATION. DEPUTY SHIFT COMMANDER 15D. |
| F_P_T | PERM |
| T_P_T | PERM |
| PromFromCode | 1023 |
| PromToCode | 1022 |
| PromToHFDCode | |

HOU00148611

| Payroll | 87960 |
|---|---|
| Created Date | 7/9/2015 14:49 |
| Member Name | MCATEER,GEORGE |
| Rank | DEPUTY CHIEF |
| From Station | 15 |
| From Shift | D |
| From Debit | 9 |
| From District | 1 |
| From Quad | NW |
| From GFS | 1210 |
| To Station | 380 |
| To Shift | S |
| To Debit | J |
| To Dist | 0 |
| To Quad | NW |
| To GFS | 1540 |
| Effective Date | 7/11/2015 0:00 |
| Effective (Promo) | 5/16/2013 0:00 |
| Prom From | DEPUTY CHIEF |
| Prom To | DEPUTY CHIEF |
| Reason | 5 |
| Notes | GOING FROM A 24 HOUR SUPPRESSION SHIEF TO A 40 HOUR WORK WEEK. WILL WORK MONDAY THRU THURSDAY , 0700-1700 HOURS. OFF FRIDAY, SATURDAY AND SUNDAY. |
| AdmPersOther | 1 |
| PostVac | |
| FTO_DTO | |
| EMS | |
| Preceptor | |
| HazMat | |
| BIL | |
| From AssignToCode | 14 Shift Comm. |
| To AssignToCode | 00 N/A |
| VacPerTem | |
| Notes2 | WILL REPORT FOR DUTY ON 07-13-15 AT 0700 HRS. |
| F_P_T | PERM |
| T_P_T | PERM |
| PromFromCode | 1022 |
| PromToCode | 1022 |
| PromToHFDCode | |