# EXHIBIT YY

# Williamson Transfer History, HOU00148613-148605

| | |
|---|---|
| Payroll | 112864 |
| Created Date | 10/15/2004 0:00 |
| Member Name | WILLIAMSON, BRIAN L |
| Rank | ENGINEER/OPERATOR/EMT/AIR |
| From Station | 13 |
| From Shift | B |
| From Debit | 2 |
| From District | 31 |
| From Quad | NW |
| From GFS | 1210 |
| To Station | 92 |
| To Shift | C |
| To Debit | 5 |
| To Dist | 54 |
| To Quad | NE |
| To GFS | 1240 |
| Effective Date | 10/25/2004 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 5 |
| Notes | *ATTN:G.ROSSLOW: START EMT ASSIGNMENT PAY EFFECTIVE 10-25-04. WILL BE ASSIGNED TO MSU 92. WILL FILL IN AS AN EMT AS NEEDED. |
| AdmPersOther | 2 |
| PostVac | N |
| FTO_DTO | |
| EMS | E |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 18 Roving |
| To AssignToCode | 13 MSU |
| VacPerTem | |
| Notes2 | WILL REPORT FOR DUTY ON 10-25-04 AT 1030 HOURS. DUE TO SHIFT CHANGE WILL NOT WORK DEBIT C-5 ON 10-29-04 ONE TIME ONLY. WILL WORK DEBIT C-5 THEREAFTER. |
| F_P_T | TEMP |
| T_P_T | PERM |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

HOU00148613

HOU00148614

| | |
|---|---|
| Payroll | 112864 |
| Created Date | 7/15/2008 0:00 |
| Member Name | WILLIAMSON, BRIAN L |
| Rank | ENGINEER/OPERATOR |
| From Station | 92 |
| From Shift | C |
| From Debit | 5 |
| From District | 54 |
| From Quad | SO |
| From GFS | 1540 |
| To Station | 92 |
| To Shift | C |
| To Debit | 8 |
| To Dist | 54 |
| To Quad | SO |
| To GFS | 1540 |
| Effective Date | 7/24/2008 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 2 |
| Notes | DEBIT DAY CHANGE ONLY TO BALANCE THE WORKFORCE. WILL REMAIN ASSIGNED TO MUS 92. |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 13 MSU |

| To AssignToCode | 13 MSU |
|---|---|
| VacPerTem | |
| Notes2 | |
| F_P_T | PERM |
| T_P_T | PERM |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

HOU00148616

| | |
|---|---|
| Payroll | 112864 |
| Created Date | 10/1/2008 0:00 |
| Member Name | WILLIAMSON, BRIAN L |
| Rank | ENGINEER/OPERATOR |
| From Station | 92 |
| From Shift | C |
| From Debit | 8 |
| From District | 54 |
| From Quad | SO |
| From GFS | 1540 |
| To Station | 99 |
| To Shift | C |
| To Debit | 4 |
| To Dist | 54 |
| To Quad | SO |
| To GFS | 1540 |
| Effective Date | 10/1/2008 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 6 |
| Notes | STATION 92 CLOSED FOR RENOVATION. WILL BE ASSIGNED TO STATION 99. UPON COMPLETIONOF RENOVATION WILL RETURN TO STATION 92. THIS IS A TEMPORARY POSITION. |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 13 MSU |
| To AssignToCode | 13 MSU |
| VacPerTem | |
| Notes2 | |
| F_P_T | PERM |
| T_P_T | TEMP |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

HOU00148617

| | |
|---|---|
| Payroll | 112864 |
| Created Date | 10/3/2008 0:00 |
| Member Name | WILLIAMSON, BRIAN L |
| Rank | ENGINEER/OPERATOR |
| From Station | 99 |
| From Shift | C |
| From Debit | 4 |
| From District | 54 |
| From Quad | SO |
| From GFS | 1540 |
| To Station | 99 |
| To Shift | C |
| To Debit | 8 |
| To Dist | 54 |
| To Quad | SO |
| To GFS | 1540 |
| Effective Date | 10/2/2008 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 6 |
| Notes | SAP PURPOSES ONLY. |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 13 MSU |
| To AssignToCode | 13 MSU |
| VacPerTem | |
| Notes2 | |
| F_P_T | TEMP |
| T_P_T | TEMP |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

| | |
|---|---|
| Payroll | 112864 |
| Created Date | 1/26/2009 0:00 |
| Member Name | WILLIAMSON, BRIAN L |
| Rank | ENGINEER/OPERATOR |
| From Station | 99 |
| From Shift | C |
| From Debit | 8 |
| From District | 54 |
| From Quad | SO |
| From GFS | 1540 |
| To Station | 92 |
| To Shift | C |
| To Debit | 8 |
| To Dist | 54 |
| To Quad | SO |
| To GFS | 1540 |
| Effective Date | 1/24/2009 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 6 |
| Notes | RENOVATION FOR STATION 92 IS COMPLETE. WILL REPORT FOR DUTY ON 01-24-09 AT 0630 HOURS |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 13 MSU |
| To AssignToCode | 13 MSU |
| VacPerTem | |
| Notes2 | |
| F_P_T | TEMP |
| T_P_T | PERM |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

HOU00148619

| Payroll | 112864 |
|---|---|
| Created Date | 10/28/2009 0:00 |
| Member Name | WILLIAMSON, BRIAN L |
| Rank | ENGINEER/OPERATOR |
| From Station | 92 |
| From Shift | C |
| From Debit | 8 |
| From District | 54 |
| From Quad | SO |
| From GFS | 1540 |
| To Station | 54 |
| To Shift | A |
| To Debit | 5 |
| To Dist | 54 |
| To Quad | SO |
| To GFS | 1540 |
| Effective Date | 11/2/2009 0:00 |
| Effective (Promo) | 5/31/2009 0:00 |
| Prom From | ENGINEER/OPERATOR |
| Prom To | CAPTAIN |
| Reason | 1 |
| Notes | WILL REPORT FOR DUTY ON 11-02-09 AT 0930 HOURS. DUE TO SHIFT CHANGE WILL BE OFF24 HOURS ON 10-31-09 AND REPORT AT 0930 HOURS ON 11-02-09. THIS IS A TEMPORARYPOSITION. |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 13 MSU |
| To AssignToCode | 07 Airport Resc. |
| VacPerTem | |
| Notes2 | |
| F_P_T | PERM |
| T_P_T | TEMP |
| PromFromCode | 1032 |
| PromToCode | 1031 |
| PromToHFDCode | |

HOU00148620

HOU00148621

| | |
|---|---|
| Payroll | 112864 |
| Created Date | 11/23/2009 0:00 |
| Member Name | WILLIAMSON, BRIAN L |
| Rank | CAPTAIN |
| From Station | 54 |
| From Shift | A |
| From Debit | 5 |
| From District | 54 |
| From Quad | SO |
| From GFS | 1540 |
| To Station | 54 |
| To Shift | A |
| To Debit | 5 |
| To Dist | 54 |
| To Quad | SO |
| To GFS | 1540 |
| Effective Date | 11/26/2009 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 4 |
| Notes | WILL REPORT FOR DUTY ON 11-26-09 AT 0630 HURS. PERMANENT POSITION. |
| AdmPersOther | 2 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 07 Airport Resc. |
| To AssignToCode | 07 Airport Resc. |
| VacPerTem | |
| Notes2 | |
| F_P_T | TEMP |
| T_P_T | PERM |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

HOU00148622

| | |
|---|---|
| Payroll | 112864 |
| Created Date | 1/21/2010 0:00 |
| Member Name | WILLIAMSON, BRIAN L |
| Rank | CAPTAIN |
| From Station | 54 |
| From Shift | A |
| From Debit | 5 |
| From District | 54 |
| From Quad | SO |
| From GFS | 1540 |
| To Station | 324 |
| To Shift | D |
| To Debit | X |
| To Dist | XXX |
| To Quad | XX |
| To GFS | 1450 |
| Effective Date | 1/23/2010 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 6 |
| Notes | GOING FROM A 24 HOUR SUPPRESSION SHIFT TO A 40 HOUR WORK WEEK. WILL WORK MONDAYTHRU FRIDAY 0800-1600 HOURS. OFF SATURDAY AND SUNDAY. WILL REPORT FOR DUTY TOTHE VAL JAHNKE TRAINING FACILITY, 8030 BRANIFF ON 01-25-10 AT 0800 HOURS TO |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 07 Airport Resc. |
| To AssignToCode | 00 N/A |
| VacPerTem | |

HOU00148623

| | |
|---|---|
| Notes2 | D.C.J. GREGORY FOR EXTENSIVE RETRAINING. THIS TRANSFER HAS BEEN ISSUED TO PROVIDEFRESH LEADERSHIP FOR STATION 54A AND FOR THE GOOD OF THE DIVISION AND DEPARTMENT.THIS IS A TEMPORARY POSITION. |
| F_P_T | PERM |
| T_P_T | TEMP |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

HOU00148624

| | |
|---|---|
| Payroll | 112864 |
| Created Date | 2/3/2010 0:00 |
| Member Name | WILLIAMSON, BRIAN L |
| Rank | CAPTAIN |
| From Station | 324 |
| From Shift | D |
| From Debit | X |
| From District | 0 |
| From Quad | XX |
| From GFS | 1450 |
| To Station | 53 |
| To Shift | A |
| To Debit | 6 |
| To Dist | 45 |
| To Quad | NE |
| To GFS | 1210 |
| Effective Date | 2/6/2010 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 6 |
| Notes | GOING FROM A 40 HOUR WORK WEEK TO A 24 HOUR SUPPRESSION SHIFT. WILL REPORT FORDUTY ON 02-06-10 AT 0630 HOURS. THIS IS A TEMPORARY POSITION. |
| AdmPersOther | 1 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 00 N/A |
| To AssignToCode | 03 Apparatus |
| VacPerTem | |
| Notes2 | |
| F_P_T | TEMP |
| T_P_T | TEMP |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

HOU00148625

| | |
|---|---|
| Payroll | 112864 |
| Created Date | 3/15/2010 0:00 |
| Member Name | WILLIAMSON, BRIAN L |
| Rank | CAPTAIN |
| From Station | 53 |
| From Shift | A |
| From Debit | 6 |
| From District | 45 |
| From Quad | NE |
| From GFS | 1210 |
| To Station | 4 |
| To Shift | D |
| To Debit | 3 |
| To Dist | 4 |
| To Quad | NE |
| To GFS | 1210 |
| Effective Date | 3/23/2010 0:00 |
| Effective (Promo) | |
| Prom From | |
| Prom To | |
| Reason | 4 |
| Notes | WILL REPORT FOR DUTY ON 03-23-10 AT 0630 HOURS. DUE TO SHIFT CHANGE WILL BE OFFAT 1530 HOURS ON 03-20-10. |
| AdmPersOther | 2 |
| PostVac | N |
| FTO_DTO | |
| EMS | |
| Preceptor | 0 |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 03 Apparatus |
| To AssignToCode | 03 Apparatus |
| VacPerTem | |
| Notes2 | |
| F_P_T | TEMP |
| T_P_T | PERM |
| PromFromCode | |
| PromToCode | |
| PromToHFDCode | |

HOU00148626

| | |
|---|---|
| Payroll | 112864 |
| Created Date | 6/17/2015 6:23 |
| Member Name | WILLIAMSON,BRIAN |
| Rank | CAPTAIN |
| From Station | 4 |
| From Shift | D |
| From Debit | 3 |
| From District | 4 |
| From Quad | NW |
| From GFS | 1210 |
| To Station | 64 |
| To Shift | D |
| To Debit | 4 |
| To Dist | 64 |
| To Quad | NE |
| To GFS | 1210 |
| Effective Date | 6/27/2015 0:00 |
| Effective (Promo) | 6/18/2015 0:00 |
| Prom From | CAPTAIN |
| Prom To | SENIOR CAPTAIN |
| Reason | 1 |
| Notes | Will report for duty on 6/27/15 @ 0630 hours. |
| AdmPersOther | 1 |
| PostVac | |
| FTO_DTO | |
| EMS | |
| Preceptor | |
| HazMat | |
| BIL | |
| From AssignToCode | 03 Apparatus |
| To AssignToCode | 03 Apparatus |
| VacPerTem | |
| Notes2 | Member will be required to select station from the 2015 July -Job Posting or be placed by the PAO. This is a temporary position to balance work force . (D.C) |
| F_P_T | PERM |
| T_P_T | TEMP |
| PromFromCode | 1031 |
| PromToCode | 1030 |
| PromToHFDCode | |

HOU00148627

| | |
|---|---|
| Payroll | 112864 |
| Created Date | 7/21/2015 8:24 |
| Member Name | WILLIAMSON,BRIAN |
| Rank | SENIOR CAPTAIN |
| From Station | 64 |
| From Shift | D |
| From Debit | 4 |
| From District | 64 |
| From Quad | NE |
| From GFS | 1210 |
| To Station | 4 |
| To Shift | D |
| To Debit | 4 |
| To Dist | 4 |
| To Quad | NW |
| To GFS | 1210 |
| Effective Date | 7/27/2015 0:00 |
| Effective (Promo) | 6/18/2015 0:00 |
| Prom From | SENIOR CAPTAIN |
| Prom To | SENIOR CAPTAIN |
| Reason | 2 |
| Notes | Will report for duty on 7/27/15 @ 0630 hours. |
| AdmPersOther | 1 |
| PostVac | |
| FTO_DTO | |
| EMS | |
| Preceptor | |
| HazMat | |
| BIL | |
| From AssignToCode | 03 Apparatus |
| To AssignToCode | 03 Apparatus |
| VacPerTem | |
| Notes2 | Member will be required to select station from the 2015 July -Job Posting or be placed by the PAO. This is a temporary position. (D.C) |
| F_P_T | PERM |
| T_P_T | TEMP |
| PromFromCode | 1030 |
| PromToCode | 1030 |
| PromToHFDCode | |

HOU00148628

| | |
|---|---|
| Payroll | 112864 |
| Created Date | 8/13/2015 10:07 |
| Member Name | WILLIAMSON, BRIAN |
| Rank | SENIOR CAPTAIN |
| From Station | 4 |
| From Shift | D |
| From Debit | 4 |
| From District | 4 |
| From Quad | NW |
| From GFS | 1210 |
| To Station | 4 |
| To Shift | D |
| To Debit | 6 |
| To Dist | 4 |
| To Quad | NW |
| To GFS | 1210 |
| Effective Date | 9/13/2015 0:00 |
| Effective (Promo) | 6/18/2015 0:00 |
| Prom From | SENIOR CAPTAIN |
| Prom To | SENIOR CAPTAIN |
| Reason | 4 |
| Notes | Member will report for duty on 9/13/15 @ 0630 hours |
| AdmPersOther | 2 |
| PostVac | |
| FTO_DTO | |
| EMS | |
| Preceptor | |
| HazMat | 0 |
| BIL | 0 |
| From AssignToCode | 03 Apparatus |
| To AssignToCode | 03 Apparatus |
| VacPerTem | PERM |
| Notes2 | This is a permanent position from July 2015 Posting. (D.C) |
| F_P_T | TEMP |
| T_P_T | PERM |
| PromFromCode | 1030 |
| PromToCode | 1030 |

HOU00148629