# EXHIBIT ZZ

# Relief of Duty Letter October 7, 2010, HOU00151452



# CITY OF HOUSTON
Fire Department

**Interoffice**
Correspondence

**To:** Jane Draycott
Fire Fighter
Employee #116978

**From:** Terry Garrison
Fire Chief

**Date:** October 7, 2010

**Subject:** Relief of Duty

The purpose of this letter, which is being delivered to you by way of your attorney, Joe Ahmad, is to advise you that I am directing you to undergo a psychological evaluation for your fitness for duty as a firefighter in the Houston Fire Department. It is my understanding that you are agreeable to this. You will be notified of the name of the psychologist and/or psychiatrist who will be conducting the evaluation, phone number and address and you will be contacted about a date for the evaluation. It will be a date on which you are scheduled to work. Effective immediately, therefore, and until further instructions from me, you are relieved of your official duties with the Fire Department of the City of Houston. I am placing you on relief of duty status with pay pending your psychological evaluation and the results of same.

You are not to perform any of the duties of your office during this time and you may not continue with any outside employment that depends upon your official status in this department. Please remain in your home during your regular duty hours and be available if needed by your Station supervisor. Your regularly scheduled workdays will remain the same as your assigned workdays at Station 54. You are to remain at your place of residence during your workday hours unless you are granted permission to leave by Assistant Fire Chief Omero Longoria. You must report to Chief Longoria, or his designated agent in his office, by calling (713) 247-5063 on each of your regularly scheduled workdays between the hours of 7:00 a.m. and 7:30 a.m. You are advised to notify Chief Longoria of any change of address and/or phone number.

You will not be paid your regular salary for any day on which you fail to call HFD as required above or on any day on which you are unavailable for work. "Unavailable for work" includes, but is not limited to, time that an employee is incarcerated in jail or is out of the Houston vicinity without advance permission.

There will be no change in the method you normally receive your paycheck. If you are unclear about this situation, please contact Chief Longoria.

Terry Garrison
Fire Chief

Received by:

_____          _____
Jane Draycott, or her Attorney                       Date

cc: Chief Snell
    Chief Longoria

HOU00151452