IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| *Plaintiff*, § | | |
| § | | |
| **and** § | | |
| § | | |
| **JANE DRAYCOTT and PAULA** § | Civil Action No.: 4:18-cv-00644 | |
| **KEYES,** § | | |
| *Plaintiffs-Intervenors,* § | The Honorable Judge Sim Lake | |
| § | | |
| **v.** § | | |
| § | | |
| **CITY OF HOUSTON, TEXAS** § | | |
| *Defendant.* § | | |

**DEFENDANT CITY OF HOUSTON'S
ADDITIONAL EXHIBITS IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE SIM LAKE:

Defendant CITY OF HOUSTON ("City" or "Houston") files the additional exhibits identified as Exhibits AAA through HHH (excluding Ex. CCC and FFF to be filed under seal), and SS, attached hereto in support of its motion for summary judgment.

Respectfully submitted,

RONALD C. LEWIS
City Attorney

DONALD J. FLEMING
Section Chief, Labor, Employment & Civil Rights Section
FBN: 19835
SBN: 07122500
E-mail: Don.Fleming@houstontx.gov
Tel. (832) 393-6303

Dated: November 18, 2019

  */s/ Deidra Norris Sullivan*
DEIDRA NORRIS SULLIVAN
Senior Assistant City Attorney

ATTORNEY-IN-CHARGE
FBN: 1338580
Phone: (832) 393-6299
Email: Deidra.Sullivan@houstontx.gov

MARJORIE L. COHEN
Senior Assistant City Attorney
FBN:  34303
SBN:  24031960
Phone: (832) 393-6457
Email: Marjorie.Cohen@houstontx.gov

City of Houston Legal Department
P.O. Box 368
Houston, Texas 77002
Fax (832) 393-6259

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I certify that on November 18, 2019, in accordance with the Federal Rules of Civil Procedure, a copy of the foregoing document was served on all attorneys of record through the Court's CM/ECF system, which notifies all counsel through email.

Keith Edward Wyatt
Elizabeth Karpati
Assistant United States Attorney
Southern District of Texas
1000 Louisiana St., Suite 2300
Houston, Texas 77002
Keith.Wyatt@usdoj.gov
Elizabeth.Karpati@usdoj.gov
**ATTORNEYS FOR PLAINTIFF USA**

Jeremy P. Monteiro
Hector Ruiz
Hillary K. Valderrama
UNITED STATES DEPARTMENT OF JUSTICE
Civil Rights Division
Employment Litigation Section
601 D Street, NW, PHB 4030
Washington, DC  20579
Jeremy.Monteiro@usdoj.gov
Hector.Ruiz@usdoj.gov
Hillary.Valderrama@usdoj.gov
**ATTORNEYS FOR PLAINTIFF USA**

Joseph Y Ahmad
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.
1221 McKinney St
Suite 2500
Houston, TX 77010-2009
713-600-4900
7136550062 (fax)
joeahmad@azalaw.com
**ATTORNEY FOR PLAINTIFFS INTERVENORS**

S Nasim Ahmad
Dwain Capodice
AHMAD CAPODICE PLLC
24900 Pitkin Rd
Suite 300
The Woodlands, TX 77386
832-767-3207
nahmad@ahmad-capodice.com
dcapodice@ahmad-capodice.com

**ATTORNEY FOR PLAINTIFFS INTERVENORS**

      */s  Deidra Norris Sullivan*