# EXHIBIT BBB

# Draycott Training Hours, HOU00146610

# Training Entry Hours Report

| District | Station | Shift | Payroll | Last Name | First Name | Rank |
|---|---|---|---|---|---|---|
| 054 | | | | | | |
| | 054 | | | | | |
| | | A | | | | |
| | | | 116978 | DRAYCOTT | ENA | FIREFIGHTER |
| | | | | AP0001 | ENGINE FAMILIARIZATION | |
| | | | | AP0001 | ENGINE FAMILIARIZATION | |
| | | | | AP0001 | ENGINE FAMILIARIZATION | |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN | |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION | |
| | | | | AP0017 | TERRITORY | |
| | | | | AP0001 | ENGINE FAMILIARIZATION | |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION | |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN | |
| | | | | MD0094 | WMD DAY ONE | |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN | |
| | | | | AP0001 | ENGINE FAMILIARIZATION | |
| | | | | MD0095 | WMD DAY TWO | |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS | |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN | |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS | |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN | |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION | |
| | | | | AP0001 | ENGINE FAMILIARIZATION | |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION | |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN | |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN | |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION | |
| | | | | AP0001 | ENGINE FAMILIARIZATION | |
| | | | | AP0001 | ENGINE FAMILIARIZATION | |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS | |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION | |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN | |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN | |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION | |
| | | | | AP0001 | ENGINE FAMILIARIZATION | |
| | | | | WS0019 | HOSE / SERVICE TESTING | |
| | | | | AP0027 | EMERGENCY DRIVING | |
| | | | | RM0047 | RISK MANAGEMENT "RESTAURANT F | |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN | |
| | | | | PE0009 | INSPECTION / CARE | |

| | | | | AP0001 | ENGINE FAMILIARIZATION |
|---|---|---|---|---|---|
| | | | | CE0068 | ACCOUNTABILITY 2ND QTR 2005 |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0069 | ACCOUNTABILITY (HANDS-ON) 2ND. |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | CP0026 | RECORD MANAGEMENT SYSTEMS (R |
| | | | | GL0080 | HYDRANT INSPECTIONS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | AP0017 | TERRITORY |
| | | | | AP0003 | DISTRICT CHIEF VEHICLE FAMILIAR |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | RM0048 | EMS WASTE MANAGEMENT |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | GL0067 | AIRPORT |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | WS0025 | HYDRANT INSPECTIONS |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | AP0017 | TERRITORY |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETIN! |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | FT0001 | SUPPRESSING CLASS A FIRES |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0072 | 10 STEP ACTION PLAN PART 3 |
| | | | | CE0073 | RADIO/MDC 3RD QTR CE |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | GL0053 | HIGHRISE BUILDING SURVEY |
| | | | | CE0070 | 10 STEP ACTION PLAN PART 1 |
| | | | | CE0071 | 10 STEP ACTION PLAN PART 2 |
| | | | | PS0073 | RADIO/MDC PERFORMANCE STANDA |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETIN! |
| | | | | AP0001 | ENGINE FAMILIARIZATION |

| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
|---|---|---|---|---|---|
| | | | | WS0025 | HYDRANT INSPECTIONS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | PE0009 | INSPECTION / CARE |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | NIMS0001 | NIMS IS 700 NIMS INTRODUCTION |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | GL0053 | HIGHRISE BUILDING SURVEY |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |
| | | | | AP0017 | TERRITORY |
| | | | | CE0012 | PERSONAL PROTECTIVE EQUIPMENT |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0017 | TERRITORY |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | GL0053 | HIGHRISE BUILDING SURVEY |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | WS0025 | HYDRANT INSPECTIONS |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | AP0017 | TERRITORY |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |
| | | | | MA0019 | HIPAA-HEALTH INSURANCE PORTAB |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | MA0018 | DOCUMENTATION/COACHING AND C |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | AP0017 | TERRITORY |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |

| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
|---|---|---|---|---|---|
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | GL0053 | HIGHRISE BUILDING SURVEY |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0074 | M.C.I. 4 QTR. CE 2005 |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | PS0074 | PERFORMANCE STANDARD MCI |
| | | | | AP0017 | TERRITORY |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | GL0066 | REHABILITATION SECTOR |
| | | | | GL0067 | AIRPORT |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MA0010 | FIRE STATION MANAGEMENT |
| | | | | AP0017 | TERRITORY |
| | | | | AP0017 | TERRITORY |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0075 | ESTABLISHING & SUPPORTING VERT |
| | | | | AP0017 | TERRITORY |
| | | | | AP0017 | TERRITORY |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0076 | LADDER COMPANY PLACEMENT AND |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0017 | TERRITORY |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | GL0009 | MUTUAL AID |
| | | | | GL0111 | Controlled Substance Accountability |
| | | | | GL0112 | Re-Entry Paramedic |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | GL0072 | HIGH ANGLE RESCUE |
| | | | | AP0017 | TERRITORY |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |

| | | | | CE0077 | ELECTRICAL HAZARDS |
|---|---|---|---|---|---|
| | | | | CE0078 | MOTOR VEHICLE FIRES |
| | | | | CE0083 | CLANDESTINE DRUG LABS |
| | | | | CE0082 | FORCIBLE ENTRY |
| | | | | CE0079 | TRUCKING INCIDENTS INVOLVING C |
| | | | | CE0081 | CREW RESOURCE MANAGEMENT |
| | | | | CE0080 | DISASTERS: HURRICANES AND WAT |
| | | | | NIMS0003 | NIMS IS 200 ICS FOR SINGLE RESOL |
| | | | | AP0017 | TERRITORY |
| | | | | NIMS0002 | NIMS IS 100 INTRODUCTION TO INC |
| | | | | FT0032 | FIRE TACTICS |
| | | | | NIMS0004 | NIMS IS 800 AND 800.A NATIONAL F |
| | | | | CE0006 | HYDRAULICS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | HM0061 | BIOLOGICAL AND CHEMICAL TERRO |
| | | | | GL0022 | LEAVES AND ABSENCES |
| | | | | GL0068 | TACTICAL EVALUATION / ASSESSME |
| | | | | AP0017 | TERRITORY |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |
| | | | | SY0001 | PHYSICAL FITNESS |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | PS0004 | LADDER CARRY / RAISE and VENT S/ |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |
| | | | | AP0022 | TOWER TRUCK FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | FT0032 | FIRE TACTICS |
| | | | | LD0009 | LADDER MAINTENANCE |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0017 | TERRITORY |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |
| | | | | CE0085 | EFFECTIVE WATER SUPPLY |
| | | | | CE0084 | WOOD TRUSSES |
| | | | | SY0001 | PHYSICAL FITNESS |
| | | | | CE0086 | PERSONAL PROTECTIVE EQUIPMENT |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | AP0017 | TERRITORY |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | PS0006 | PUMPER HOOK UP |
| | | | | MA0015 | DIVERSITY AWARENESS |

| | | | | AP0017 | TERRITORY |
|---|---|---|---|---|---|
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | FT0032 | FIRE TACTICS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0017 | TERRITORY |
| | | | | AP0017 | TERRITORY |
| | | | | WS0014 | HOSE ROLLS |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0017 | TERRITORY |
| | | | | AP0001 | ENGINE FAMILIARIZATION |
| | | | | LD0004 | AERIAL LADDER APPARATUS |
| | | | | AP0017 | TERRITORY |
| | | | | PS0004 | LADDER CARRY / RAISE and VENT S |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MA0005 | RULES AND REGULATIONS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0017 | TERRITORY |
| | | | | MA0023 | SEXUAL HARASSMENT |
| | | | | FP296B | IFC CHAPTER 33, EXPLOSIVES AND F |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0017 | TERRITORY |
| | | | | AP0017 | TERRITORY |
| | | | | FE0008 | FIRE STATION TOURS (RESTRICTED |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MD0098 | LIVE FIRE MULTI-COMPANY DRILLS |
| | | | | CE0091 | AFTER THE FIRE |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0017 | TERRITORY |
| | | | | AP0017 | TERRITORY |
| | | | | FT0024 | ADVANTAGES OF VENTILATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | BC0004 | BUILDING SERVICES |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MA0010 | FIRE STATION MANAGEMENT |
| | | | | AP0017 | TERRITORY |
| | | | | SY0001 | PHYSICAL FITNESS |
| | | | | AP0017 | TERRITORY |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | SY0001 | PHYSICAL FITNESS |
| | | | | MA0010 | FIRE STATION MANAGEMENT |

| | | | | | |
|---|---|---|---|---|---|
| | | | | GL0080 | HYDRANT INSPECTIONS |
| | | | | WS0025 | HYDRANT INSPECTIONS |
| | | | | MA0001 | COMPANY MANAGEMENT |
| | | | | MA0008 | GROUP DYNAMICS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MA0005 | RULES AND REGULATIONS |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETIN! |
| | | | | AP0017 | TERRITORY |
| | | | | AP0017 | TERRITORY |
| | | | | EM0002 | VITAL SIGNS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0017 | TERRITORY |
| | | | | AP0017 | TERRITORY |
| | | | | CE0092 | FIREGROUND COMMUNICATIONS |
| | | | | CE0093 | THERMAL IMAGING TACTICS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0002 | LADDER TRUCK FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0017 | TERRITORY |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETIN! |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0094 | INCIDENT MANAGEMENT SYSTEM |
| | | | | RM0056 | ALIVE ON ARRIVAL |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0095 | LADDER TOWER TACTICS |
| | | | | EM0012 | FIRST RESPONDER TRAINING |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0012 | ARFF VEHICLE FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0096 | 8 STEPS TO FIREFIGHTER SURVIVAL |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |

| | | | | CE0098 | DISASTERS: HURRICANES AND WAT |
|---|---|---|---|---|---|
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0097 | FOUR THINGS FFs SHOULD KNOW A |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0099 | MCI AND AIRPORT EMERGENCIES |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0101 | STOP THE SPREAD OF SEASONAL FL |
| | | | | CE0100 | WMD / TERRORISM AND CIVIL DISO |
| | | | | CE0102 | PREPARING FOR DUTY |
| | | | | CE0106 | SEARCH LINE / TAG LINE |
| | | | | DOP0006 | DOP FINAL EXAM |
| | | | | DOP0002 | DOP MODULE 2 FIRE SERVICE HYDR |
| | | | | SY0023 | STAGE II VAPOR RECOVERY FAMILIA |
| | | | | DOP0005 | DOP MODULE 5 PUMP OPERATIONS |
| | | | | DOP0003 | DOP MODULE 3 APPARATUS INSPEC |
| | | | | DOP0001 | DOP MODULE 1  PUMP THEORY REV |
| | | | | CE0103 | VENTILATING METAL DECK ROOFS |
| | | | | DOP0004 | DOP MODULE 4 DRIVING PRACTICES |
| | | | | CE0104 | ROADWAY INCIDENT AREAS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0105 | LEGAL ASPECTS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | SY0001 | PHYSICAL FITNESS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |

| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
|---|---|---|---|---|---|
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0109 | 1ST RESPONDER PERSPECTIVE |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0110 | CERT |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0005 | REHAB TRUCK FAMILIARIZATION |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |
| | | | | AP0017 | TERRITORY |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MN0091 | MASS CASUALTIES INCIDENT MULTI |
| | | | | CE0111 | CREW RESOURCE MANAGEMENT |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | GL0108 | MULTIPLE CASUALTY MANAGEMENT |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0004 | BOOSTER FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |

| | | | | CE0112 | FIRE CAUSE DETERMINATION |
|---|---|---|---|---|---|
| | | | | CE0111 | CREW RESOURCE MANAGEMENT |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0113 | GASOLINE EMERGENCIES |
| | | | | PE0016 | SELF CONTAINED BREATHING APPAF |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETIN! |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0115 | MRSA |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0012 | ARFF VEHICLE FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0077 | ELECTRICAL HAZARDS |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0116 | UNDERSTANDING AND RECOGNIZIN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | SY0008 | ELECTRICAL EMERGENCY SAFETY |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETIN! |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0117 | FORCIBLE ENTRY |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0118 | WMD - IMPLEMENTING SELF PROTE( |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |

| | | | | | |
|---|---|---|---|---|---|
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | SY0012 | FIRE STATION SAFETY |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETIN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0119 | DRIVING SAFETY |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETIN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | RM0057 | STOP THE SPREAD OF THE INFLUEN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETIN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0120 | MANAGEMENT IN THE WORKPLACE |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0120 | MANAGEMENT IN THE WORKPLACE |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETIN |
| | | | | SY0001 | PHYSICAL FITNESS |
| | | | | AP0012 | ARFF VEHICLE FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0122 | Electrical Hazards (8/09) |
| | | | | CE0123 | Large Single Family Dwellings (9/09) |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0124 | RIT / IRIT (10/09) |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0012 | ARFF VEHICLE FAMILIARIZATION |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0130 | Motor Vehicle Fires (12/09) |
| | | | | CE0126 | Flashovers (11/09) |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0133 | Continuing Your Education (4/10) |
| | | | | CE0132 | CAICS - EMS Incident Management ( |

| | | | | CE0131 | Cyanokit Familiarization (1/10) DSHS |
|---|---|---|---|---|---|
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MA0012 | REVIEW OF ORDERS AND BULLETINS |
| | | | | SY0027 | 10 Rules of Survival - Seat Belts/Gett |
| | | | | EM0704 | Bariatrics |
| | | | | CE0128 | Monitoring Instruments (2/10) - 2 hrs |
| | | | | EM0405 | Four Fatal Respiratory Emergencies |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | SY0026 | 10 Rules of Survival - Stay Low/PPE |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0134 | RadEye G Meter (5/10) DSHS 2hr CRG |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0135 | Firefighter Health (6/10) DSHS 2 hrs |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | CE0136 | Elevator Operations (7/10) |
| | | | | AP0016 | OPERATIONAL READINESS/COMMUN |
| | | | | MCDN0092 | Multi-Company Drill Night |

| | Course | Date Given | Instructor Payroll | Credit Hours |
|---|---|---|---|---|
| | | | | 709 |
| | | | | 709 |
| | | | | 709 |
| | | | | 709 |
| | | 1/1/2005 | 088889 | 1 |
| | | 1/3/2005 | 088889 | 1 |
| | | 6/8/2005 | 060672 | 1 |
| IICATIONS | | 6/8/2005 | 060672 | 1 |
| | | 6/8/2005 | 060672 | 1 |
| | | 6/10/2005 | 060672 | 2 |
| | | 6/10/2005 | 060672 | 1 |
| | | 6/10/2005 | 060672 | 3 |
| IICATIONS | | 6/11/2005 | 060672 | 1 |
| | | 6/16/2005 | 094503 | 8 |
| IICATIONS | | 6/16/2005 | 060672 | 1 |
| | | 6/16/2005 | 060672 | 1 |
| | | 6/18/2005 | 094503 | 8 |
| S | | 6/18/2005 | 060672 | 2 |
| IICATIONS | | 6/18/2005 | 060672 | 1 |
| S | | 6/24/2005 | 060672 | 1 |
| IICATIONS | | 6/24/2005 | 060672 | 1 |
| | | 6/24/2005 | 060672 | 2 |
| | | 6/26/2005 | 060672 | 1 |
| | | 6/26/2005 | 060672 | 1 |
| IICATIONS | | 6/26/2005 | 060672 | 1 |
| IICATIONS | | 7/2/2005 | 060672 | 1 |
| | | 7/2/2005 | 060672 | 1 |
| | | 7/2/2005 | 060672 | 1 |
| | | 7/4/2005 | 060672 | 1 |
| S | | 7/4/2005 | 060672 | 1 |
| | | 7/4/2005 | 060672 | 1 |
| IICATIONS | | 7/4/2005 | 060672 | 1 |
| IICATIONS | | 7/10/2005 | 060672 | 1 |
| | | 7/10/2005 | 060672 | 1 |
| | | 7/10/2005 | 060672 | 1 |
| | | 7/12/2005 | 060672 | 6 |
| | | 7/12/2005 | 060672 | 5 |
| "IRES" | | 7/12/2005 | 060672 | 2 |
| IICATIONS | | 7/20/2005 | 060672 | 1 |
| | | 7/20/2005 | 060677 | 1 |

| | | | |
|---|---|---|---|
| | 7/26/2005 | 060672 | 1 |
| | 7/26/2005 | 060672 | 3 |
| IICATIONS | 7/26/2005 | 060672 | 1 |
| QTR CE | 7/26/2005 | 060672 | 3 |
| | 7/26/2005 | 060672 | 1 |
| MS) | 7/28/2005 | 060677 | 2 |
| | 7/28/2005 | 060677 | 2 |
| IICATIONS | 7/30/2005 | 071389 | 1 |
| | 7/30/2005 | 071389 | 1 |
| | 7/30/2005 | 071389 | 1 |
| | 7/30/2005 | 071389 | 2 |
| IZATION | 7/30/2005 | 071389 | 1 |
| | 8/3/2005 | 060672 | 1 |
| | 8/3/2005 | 060672 | 1 |
| | 8/3/2005 | 060672 | 2 |
| IICATIONS | 8/3/2005 | 060672 | 1 |
| | 8/11/2005 | 030971 | 1 |
| IICATIONS | 8/11/2005 | 030971 | 1 |
| IICATIONS | 8/13/2005 | 060672 | 1 |
| | 8/13/2005 | 060672 | 1 |
| | 8/13/2005 | 060672 | 2 |
| | 8/13/2005 | 060672 | 1 |
| | 8/13/2005 | 060672 | 1 |
| | 8/19/2005 | 060672 | 1 |
| | 8/19/2005 | 060672 | 1 |
| S | 8/19/2005 | 060672 | 1 |
| IICATIONS | 8/19/2005 | 060672 | 1 |
| IICATIONS | 8/21/2005 | 030971 | 1 |
| IICATIONS | 8/27/2005 | 060672 | 1 |
| | 8/27/2005 | 060672 | 1 |
| | 8/27/2005 | 060672 | 3 |
| | 8/27/2005 | 060672 | 1 |
| IICATIONS | 8/29/2005 | 060672 | 1 |
| | 9/6/2005 | 060672 | 2 |
| | 9/6/2005 | 060672 | 3 |
| | 9/6/2005 | 060672 | 1 |
| | 9/6/2005 | 060672 | 1 |
| | 9/6/2005 | 060672 | 2 |
| | 9/6/2005 | 060672 | 2 |
| | 9/6/2005 | 060672 | 2 |
| RD | 9/6/2005 | 060672 | 2 |
| IICATIONS | 9/6/2005 | 060672 | 1 |
| S | 9/12/2005 | 060672 | 1 |
| | 9/12/2005 | 060672 | 1 |

| | | | |
|---|---|---|---|
| | 9/12/2005 | 060672 | 1 |
| | 9/12/2005 | 060672 | 2 |
| IICATIONS | 9/12/2005 | 060672 | 1 |
| IICATIONS | 9/14/2005 | 049653 | 1 |
| | 9/14/2005 | 049653 | 1 |
| S | 9/20/2005 | 060672 | 2 |
| | 9/20/2005 | 060672 | 1 |
| IICATIONS | 9/20/2005 | 060672 | 1 |
| | 9/20/2005 | 060672 | 1 |
| | 9/28/2005 | 060672 | 3 |
| | 9/28/2005 | 060672 | 1 |
| IICATIONS | 9/28/2005 | 060672 | 1 |
| | 9/28/2005 | 060672 | 2 |
| | 9/28/2005 | 060672 | 1 |
| S | 9/28/2005 | 060672 | 1 |
| | 10/5/2005 | 088905 | 1 |
| - | 10/5/2005 | 088905 | 1 |
| IICATIONS | 10/5/2005 | 088905 | 1 |
| IICATIONS | 10/8/2005 | 063522 | 1 |
| | 10/8/2005 | 063522 | 1 |
| | 10/14/2005 | 094503 | 1 |
| | 10/14/2005 | 094503 | 1 |
| | 10/14/2005 | 060672 | 2 |
| IICATIONS | 10/14/2005 | 060672 | 1 |
| IICATIONS | 10/16/2005 | 094503 | 1 |
| | 10/16/2005 | 094503 | 1 |
| | 10/16/2005 | 094503 | 1 |
| | 10/16/2005 | 094503 | 1 |
| | 10/16/2005 | 094503 | 1 |
| S | 10/16/2005 | 094503 | 1 |
| ILTY AND ACCOUNTABILITY | 10/24/2005 | 094503 | 1 |
| | 10/24/2005 | 094503 | 1 |
| | 10/24/2005 | 094503 | 1 |
| COUNSELING CLASS | 10/24/2005 | 094503 | 2 |
| IICATIONS | 10/24/2005 | 094503 | 1 |
| IICATIONS | 11/7/2005 | 060672 | 1 |
| | 11/7/2005 | 094503 | 1 |
| | 11/7/2005 | 060672 | 1 |
| S | 11/7/2005 | 094503 | 2 |
| | 11/9/2005 | 094503 | 1 |
| | 11/9/2005 | 094503 | 1 |
| | 11/9/2005 | 094503 | 1 |
| IICATIONS | 11/9/2005 | 094503 | 1 |
| IICATIONS | 11/15/2005 | 060672 | 1 |

| | | | |
|---|---|---|---|
| | 11/15/2005 | 060672 | 1 |
| | 11/15/2005 | 060672 | 1 |
| | 11/15/2005 | 060672 | 2 |
| IICATIONS | 11/19/2005 | 108558 | 1 |
| IICATIONS | 11/21/2005 | 068370 | 1 |
| | 12/3/2005 | 060672 | 4 |
| IICATIONS | 12/3/2005 | 060672 | 1 |
| | 12/3/2005 | 060672 | 2 |
| | 12/9/2005 | 094503 | 1 |
| | 12/9/2005 | 094503 | 1 |
| IICATIONS | 12/9/2005 | 094503 | 1 |
| | 12/9/2005 | 094503 | 1 |
| IICATIONS | 12/10/2005 | 071948 | 1 |
| | 12/10/2005 | 071948 | 2 |
| | 12/10/2005 | 071948 | 2 |
| IICATIONS | 12/25/2005 | 094503 | 1 |
| | 12/25/2005 | 094503 | 1 |
| IICATIONS | 12/27/2005 | 094503 | 1 |
| | 12/27/2005 | 094503 | 2 |
| | 12/27/2005 | 094503 | 2 |
| | 1/2/2006 | 094503 | 1 |
| IICATIONS | 1/2/2006 | 094503 | 1 |
| IICATIONS | 1/4/2006 | 094503 | 1 |
| TICAL VENTILATION | 1/4/2006 | 092131 | 3 |
| | 1/4/2006 | 094503 | 1 |
| | 1/6/2006 | 066729 | 2 |
| S | 1/6/2006 | 066729 | 1 |
| IICATIONS | 1/6/2006 | 066729 | 1 |
| IICATIONS | 2/11/2006 | 087971 | 1 |
| SAFETY | 2/11/2006 | 087971 | 3 |
| IICATIONS | 2/16/2006 | 081665 | 1 |
| IICATIONS | 2/21/2006 | 094503 | 1 |
| | 2/21/2006 | 094503 | 1 |
| | 2/23/2006 | 071389 | 1 |
| IICATIONS | 2/23/2006 | 071389 | 1 |
| | 2/23/2006 | 071389 | 1 |
| | 2/27/2006 | 094503 | 1 |
| | 2/27/2006 | 094503 | 1 |
| | 2/27/2006 | 094503 | 1 |
| IICATIONS | 2/27/2006 | 094503 | 1 |
| | 2/27/2006 | 094503 | 1 |
| | 3/1/2006 | 094503 | 2 |
| IICATIONS | 3/1/2006 | 094503 | 1 |
| IICATIONS | 3/4/2006 | 081665 | 1 |

| | | | |
|---|---|---|---|
| | 9/20/2006 | 064411 | 2 |
| | 9/21/2006 | 064411 | 2 |
| | 9/23/2006 | 064411 | 2 |
| | 10/9/2006 | 064411 | 2 |
| COMMERCIAL EXPLOSIV | 10/9/2006 | 064411 | 2 |
| | 10/9/2006 | 064411 | 2 |
| ER RESCUES | 10/9/2006 | 064411 | 2 |
| URCES AND INITIAL ACTION | 10/25/2006 | 044885 | 3 |
| | 10/25/2006 | 094503 | 1 |
| CIDENT COMMAND SYSTEM, I- | 10/25/2006 | 044885 | 3 |
| | 10/25/2006 | 096042 | 3 |
| RESPONSE PLAN (NRP) | 10/25/2006 | 044885 | 3 |
| | 10/25/2006 | 096042 | 3 |
| IICATIONS | 10/25/2006 | 094503 | 1 |
| IICATIONS | 10/27/2006 | 094503 | 1 |
| RISM | 10/27/2006 | 094503 | 2 |
| | 10/27/2006 | 094503 | 2 |
| NT PLAN | 11/8/2006 | 088883 | 2 |
| | 11/8/2006 | 088883 | 2 |
| S | 11/10/2006 | 094495 | 1 |
| | 11/10/2006 | 094495 | 1 |
| | 11/10/2006 | 094495 | 1 |
| IICATIONS | 11/10/2006 | 094495 | 1 |
| AW START / CARRY | 11/14/2006 | 103914 | 2 |
| IICATIONS | 11/14/2006 | 103914 | 1 |
| S | 11/14/2006 | 103914 | 1 |
| | 11/17/2006 | 071953 | 3 |
| IICATIONS | 11/17/2006 | 081665 | 1 |
| | 11/20/2006 | 096042 | 2 |
| | 11/20/2006 | 096042 | 2 |
| IICATIONS | 11/20/2006 | 096042 | 1 |
| | 11/20/2006 | 096042 | 1 |
| S | 11/28/2006 | 094495 | 1 |
| | 11/28/2006 | 096042 | 2 |
| | 11/28/2006 | 096042 | 2 |
| | 11/28/2006 | 094495 | 1 |
| (PPE) | 11/28/2006 | 096042 | 2 |
| IICATIONS | 11/28/2006 | 094495 | 1 |
| IICATIONS | 12/4/2006 | 096042 | 1 |
| | 12/4/2006 | 096042 | 2 |
| | 12/4/2006 | 096042 | 1 |
| | 12/4/2006 | 096042 | 1 |
| | 12/6/2006 | 096042 | 2 |
| | 12/6/2006 | 094463 | 2 |

| | | | |
|---|---|---|---|
| | 12/6/2006 | 096042 | 1 |
| IICATIONS | 12/6/2006 | 096042 | 1 |
| | 12/6/2006 | 096042 | 1 |
| IICATIONS | 12/8/2006 | 068955 | 1 |
| | 12/8/2006 | 068955 | 1 |
| | 12/12/2006 | 096042 | 1 |
| | 12/12/2006 | 096042 | 1 |
| | 12/12/2006 | 096042 | 2 |
| IICATIONS | 12/12/2006 | 096042 | 1 |
| IICATIONS | 12/20/2006 | 096042 | 1 |
| | 12/20/2006 | 096042 | 1 |
| | 12/20/2006 | 096042 | 2 |
| | 12/22/2006 | 096042 | 2 |
| | 12/22/2006 | 096042 | 1 |
| AW START / CARRY | 12/22/2006 | 096042 | 2 |
| IICATIONS | 12/22/2006 | 096042 | 1 |
| | 12/30/2006 | 096042 | 2 |
| IICATIONS | 12/30/2006 | 096042 | 1 |
| | 12/30/2006 | 096042 | 1 |
| | 1/7/2007 | 096042 | 2 |
| FIRE WORKS | 1/13/2007 | 096042 | 2 |
| IICATIONS | 1/13/2007 | 096042 | 1 |
| | 1/13/2007 | 096042 | 1 |
| | 1/21/2007 | 094503 | 1 |
| ) | 1/21/2007 | 094503 | 2 |
| IICATIONS | 1/21/2007 | 094503 | 1 |
| | 1/29/2007 | 094495 | 6 |
| | 1/31/2007 | 096042 | 2 |
| IICATIONS | 1/31/2007 | 096042 | 1 |
| | 1/31/2007 | 096042 | 1 |
| | 2/6/2007 | 096042 | 1 |
| | 2/6/2007 | 096042 | 2 |
| IICATIONS | 2/6/2007 | 096042 | 1 |
| | 2/6/2007 | 096042 | 2 |
| IICATIONS | 2/8/2007 | 096042 | 1 |
| | 2/8/2007 | 096042 | 2 |
| | 2/8/2007 | 096042 | 1 |
| | 2/8/2007 | 096042 | 1 |
| | 2/14/2007 | 096042 | 1 |
| | 2/14/2007 | 096042 | 2 |
| IICATIONS | 2/14/2007 | 096042 | 1 |
| IICATIONS | 2/16/2007 | 080992 | 1 |
| | 2/16/2007 | 080992 | 1 |
| | 2/20/2007 | 088845 | 2 |

| | | | |
|---|---|---|---|
| | 2/20/2007 | 088845 | 2 |
| | 2/20/2007 | 088845 | 2 |
| | 2/20/2007 | 088845 | 1 |
| | 2/20/2007 | 088845 | 1 |
| IICATIONS | 2/20/2007 | 088845 | 1 |
| IICATIONS | 2/22/2007 | 096042 | 1 |
| | 2/22/2007 | 096042 | 1 |
| S | 2/22/2007 | 096042 | 1 |
| | 2/22/2007 | 096042 | 1 |
| | 2/24/2007 | 096042 | 1 |
| | 2/24/2007 | 096042 | 2 |
| IICATIONS | 2/24/2007 | 096042 | 1 |
| IICATIONS | 3/2/2007 | 096042 | 1 |
| | 3/2/2007 | 096042 | 1 |
| | 3/4/2007 | 096042 | 3 |
| | 3/4/2007 | 064411 | 2 |
| | 3/4/2007 | 064411 | 2 |
| IICATIONS | 3/4/2007 | 096042 | 1 |
| | 3/4/2007 | 096042 | 4 |
| IICATIONS | 4/19/2007 | 096042 | 1 |
| | 4/19/2007 | 096042 | 1 |
| S | 4/19/2007 | 096042 | 2 |
| IICATIONS | 4/28/2007 | 049660 | 1 |
| IICATIONS | 4/30/2007 | 049660 | 1 |
| | 5/1/2007 | 049660 | 2 |
| | 5/1/2007 | 049660 | 2 |
| IICATIONS | 5/6/2007 | 043785 | 1 |
| IICATIONS | 5/8/2007 | 043785 | 1 |
| IICATIONS | 5/22/2007 | 049660 | 1 |
| IICATIONS | 5/24/2007 | 049660 | 1 |
| IICATIONS | 5/30/2007 | 049660 | 1 |
| IICATIONS | 6/1/2007 | 049660 | 1 |
| | 6/1/2007 | 049660 | 2 |
| | 6/7/2007 | 049660 | 4 |
| IICATIONS | 6/7/2007 | 049660 | 1 |
| IICATIONS | 6/15/2007 | 049660 | 1 |
| IICATIONS | 6/17/2007 | 049660 | 1 |
| IICATIONS | 6/23/2007 | 049660 | 1 |
| IICATIONS | 6/27/2007 | 112816 | 1 |
| | 6/27/2007 | 112816 | 2 |
| IICATIONS | 7/1/2007 | 062466 | 1 |
| . | 7/1/2007 | 049660 | 2 |
| IICATIONS | 7/3/2007 | 049660 | 1 |
| IICATIONS | 7/9/2007 | 048315 | 1 |

| | | | |
|---|---|---|---|
| ER RESCUES | 8/10/2007 | 064411 | 2 |
| IICATIONS | 8/10/2007 | 043785 | 1 |
| BOUT PUMP OPERATIONS | 8/10/2007 | 064411 | 2 |
| IICATIONS | 8/12/2007 | 043785 | 1 |
| IICATIONS | 8/18/2007 | 095262 | 1 |
| IICATIONS | 8/20/2007 | 095262 | 1 |
| IICATIONS | 8/26/2007 | 111877 | 1 |
| IICATIONS | 8/28/2007 | 095262 | 1 |
| IICATIONS | 9/3/2007 | 111877 | 1 |
| IICATIONS | 9/5/2007 | 095262 | 1 |
| | 9/7/2007 | 064411 | 2 |
| IICATIONS | 9/7/2007 | 104975 | 1 |
| IICATIONS | 9/11/2007 | 111877 | 1 |
| IICATIONS | 9/13/2007 | 048315 | 1 |
| IICATIONS | 9/19/2007 | 043785 | 1 |
| IICATIONS | 9/21/2007 | 043785 | 1 |
| IICATIONS | 9/27/2007 | 043785 | 1 |
| IICATIONS | 9/29/2007 | 043785 | 1 |
| IICATIONS | 10/5/2007 | 043785 | 1 |
| U | 11/7/2007 | 044885 | 2 |
| RDERS | 11/7/2007 | 044885 | 2 |
| | 12/5/2007 | 044885 | 2 |
| | 4/7/2008 | 064411 | 2 |
| | 4/14/2008 | 064411 | 2 |
| AULICS | 4/14/2008 | 064411 | 2 |
| ARIZATION AND OPERATIONS | 4/14/2008 | 115726 | 4 |
| | 4/14/2008 | 064411 | 2 |
| TION | 4/14/2008 | 064411 | 2 |
| IEW | 4/14/2008 | 064411 | 2 |
| | 4/14/2008 | 064411 | 2 |
| S | 4/14/2008 | 064411 | 2 |
| | 4/14/2008 | 064411 | 2 |
| IICATIONS | 4/14/2008 | 095315 | 1 |
| | 4/14/2008 | 064411 | 2 |
| IICATIONS | 4/16/2008 | 104975 | 1 |
| IICATIONS | 4/30/2008 | 043785 | 1 |
| IICATIONS | 5/8/2008 | 043785 | 1 |
| IICATIONS | 5/10/2008 | 043785 | 1 |
| IICATIONS | 5/14/2008 | 104975 | 1 |
| | 5/14/2008 | 104975 | 1 |
| IICATIONS | 5/16/2008 | 043785 | 1 |
| IICATIONS | 5/18/2008 | 043785 | 1 |
| IICATIONS | 5/24/2008 | 043785 | 1 |
| IICATIONS | 5/26/2008 | 095248 | 2 |

| | | | |
|---|---|---|---|
| IICATIONS | 6/1/2008 | 043785 | 1 |
| IICATIONS | 6/3/2008 | 043785 | 1 |
| IICATIONS | 6/9/2008 | 043785 | 1 |
| IICATIONS | 6/11/2008 | 043785 | 1 |
| IICATIONS | 6/17/2008 | 043785 | 1 |
| IICATIONS | 6/19/2008 | 081663 | 1 |
| IICATIONS | 6/21/2008 | 112816 | 1 |
| IICATIONS | 6/25/2008 | 062466 | 1 |
| IICATIONS | 6/27/2008 | 043785 | 1 |
| IICATIONS | 7/3/2008 | 043785 | 1 |
| IICATIONS | 7/5/2008 | 043785 | 1 |
| IICATIONS | 7/11/2008 | 043785 | 1 |
| IICATIONS | 7/13/2008 | 043785 | 1 |
| IICATIONS | 7/19/2008 | 095248 | 1 |
| S | 7/19/2008 | 100653 | 1 |
| IICATIONS | 7/21/2008 | 043785 | 1 |
| IICATIONS | 7/25/2008 | 112816 | 1 |
| IICATIONS | 7/27/2008 | 081663 | 1 |
| IICATIONS | 7/29/2008 | 081663 | 1 |
| | 7/29/2008 | 081663 | 2 |
| IICATIONS | 8/4/2008 | 043785 | 1 |
| | 8/4/2008 | 100653 | 2 |
| IICATIONS | 8/6/2008 | 043785 | 1 |
| | 8/11/2008 | 100653 | 1 |
| S | 8/13/2008 | 100653 | 1 |
| IICATIONS | 8/13/2008 | 100653 | 1 |
| IICATIONS | 8/17/2008 | 087979 | 1 |
| IICATIONS | 8/19/2008 | 100653 | 1 |
| S | 8/19/2008 | 100653 | 1 |
| | 8/21/2008 | 100653 | 1 |
| IICATIONS | 8/21/2008 | 100653 | 1 |
| IICATIONS | 8/27/2008 | 100653 | 1 |
| IICATIONS | 9/4/2008 | 100653 | 1 |
| -COMPANY DRILL | 9/4/2008 | 100653 | 1 |
| | 9/6/2008 | 100653 | 2 |
| IICATIONS | 9/6/2008 | 100653 | 1 |
| AND TRIAGE | 9/6/2008 | 100653 | 1 |
| S | 9/12/2008 | 100653 | 1 |
| IICATIONS | 9/12/2008 | 100653 | 1 |
| IICATIONS | 9/14/2008 | 100653 | 1 |
| IICATIONS | 9/22/2008 | 081603 | 1 |
| | 9/24/2008 | 087979 | 2 |
| IICATIONS | 9/28/2008 | 100653 | 1 |
| S | 9/28/2008 | 100653 | 1 |

| | 10/16/2008 | 100653 | 2 |
|---|---|---|---|
| | 10/16/2008 | 100653 | 2 |
| IICATIONS | 10/18/2008 | 071690 | 1 |
| IICATIONS | 10/22/2008 | 100653 | 1 |
| IICATIONS | 10/25/2008 | 095248 | 1 |
| | 11/1/2008 | 100653 | 2 |
| RATUS (SCBA) AWARENESS | 11/9/2008 | 112816 | 1 |
| IICATIONS | 11/9/2008 | 112816 | 1 |
| IICATIONS | 11/16/2008 | 095248 | 1 |
| IICATIONS | 1/2/2009 | 100653 | 1 |
| S | 1/2/2009 | 100653 | 1 |
| IICATIONS | 1/4/2009 | 112816 | 2 |
| | 1/5/2009 | 100653 | 2 |
| IICATIONS | 1/8/2009 | 100663 | 1 |
| | 1/8/2009 | 100663 | 1 |
| IICATIONS | 1/26/2009 | 100653 | 1 |
| | 1/28/2009 | 100653 | 1 |
| IICATIONS | 1/28/2009 | 100653 | 1 |
| G TERRORISM | 2/3/2009 | 094521 | 2 |
| IICATIONS | 2/3/2009 | 094521 | 1 |
| IICATIONS | 2/5/2009 | 100653 | 1 |
| IICATIONS | 2/11/2009 | 100653 | 1 |
| IICATIONS | 2/13/2009 | 100653 | 1 |
| IICATIONS | 2/15/2009 | 087979 | 1 |
| IICATIONS | 2/19/2009 | 081603 | 1 |
| | 2/19/2009 | 081603 | 1 |
| IICATIONS | 2/21/2009 | 100653 | 1 |
| IICATIONS | 2/22/2009 | 043785 | 1 |
| IICATIONS | 2/27/2009 | 100653 | 1 |
| S | 2/27/2009 | 100653 | 1 |
| IICATIONS | 3/1/2009 | 104975 | 1 |
| IICATIONS | 3/9/2009 | 081603 | 1 |
| IICATIONS | 3/10/2009 | 043785 | 2 |
| | 3/17/2009 | 100653 | 2 |
| IICATIONS | 3/23/2009 | 112816 | 1 |
| IICATIONS | 3/25/2009 | 112861 | 1 |
| IICATIONS | 3/31/2009 | 100653 | 1 |
| IICATIONS | 4/2/2009 | 100653 | 1 |
| CTIVE MEASURES | 4/2/2009 | 100653 | 2 |
| IICATIONS | 4/8/2009 | 100653 | 1 |
| IICATIONS | 4/10/2009 | 100653 | 1 |
| IICATIONS | 4/16/2009 | 108579 | 1 |
| IICATIONS | 4/18/2009 | 112864 | 1 |
| IICATIONS | 4/24/2009 | 100653 | 1 |

| | | | |
|---|---|---|---|
| IICATIONS | 4/25/2009 | 043785 | 1 |
| IICATIONS | 4/26/2009 | 100653 | 1 |
| IICATIONS | 5/2/2009 | 100653 | 1 |
| | 5/2/2009 | 100653 | 1 |
| S | 5/2/2009 | 100653 | 1 |
| IICATIONS | 5/3/2009 | 048315 | 1 |
| IICATIONS | 5/4/2009 | 100653 | 1 |
| IICATIONS | 5/10/2009 | 100653 | 1 |
| | 5/10/2009 | 100653 | 2 |
| S | 5/10/2009 | 100653 | 1 |
| IICATIONS | 5/12/2009 | 100653 | 1 |
| ZA VIRUS | 5/12/2009 | 100653 | 2 |
| IICATIONS | 5/18/2009 | 100653 | 1 |
| S | 5/18/2009 | 100653 | 1 |
| IICATIONS | 5/20/2009 | 100653 | 1 |
| IICATIONS | 5/26/2009 | 108579 | 1 |
| IICATIONS | 5/28/2009 | 094521 | 1 |
| IICATIONS | 6/5/2009 | 094521 | 1 |
| | 6/5/2009 | 094521 | 2 |
| IICATIONS | 6/11/2009 | 100653 | 1 |
| | 6/19/2009 | 100653 | 2 |
| S | 6/19/2009 | 100653 | 1 |
| | 6/21/2009 | 100653 | 1 |
| | 6/27/2009 | 112816 | 2 |
| IICATIONS | 6/27/2009 | 112816 | 1 |
| IICATIONS | 6/29/2009 | 100653 | 1 |
| IICATIONS | 9/23/2009 | 108880 | 1 |
| | 9/23/2009 | 999999 | 2 |
| | 9/23/2009 | 999999 | 2 |
| IICATIONS | 9/25/2009 | 108880 | 1 |
| IICATIONS | 10/1/2009 | 096051 | 1 |
| IICATIONS | 10/9/2009 | 108880 | 1 |
| | 10/9/2009 | 999999 | 2 |
| IICATIONS | 10/10/2009 | 048315 | 1 |
| IICATIONS | 10/11/2009 | 108880 | 1 |
| IICATIONS | 10/17/2009 | 108880 | 1 |
| IICATIONS | 10/19/2009 | 108880 | 1 |
| | 10/19/2009 | 108880 | 2 |
| IICATIONS | 10/25/2009 | 108880 | 1 |
| | 1/13/2010 | 999999 | 2 |
| | 1/13/2010 | 999999 | 2 |
| IICATIONS | 4/19/2010 | 095248 | 1 |
| | 4/19/2010 | 999999 | 2 |
| 3/10) DSHS 3 hrs Pt Assessment | 4/19/2010 | 999999 | 3 |

| | | | |
|---|---|---|---:|
| 2 hrs CRO | 4/19/2010 | 999999 | 2 |
| IICATIONS | 4/21/2010 | 112816 | 1 |
| S | 4/21/2010 | 100663 | 1 |
| ing Dressed | 4/21/2010 | 100663 | 2 |
| | 4/21/2010 | 999999 | 3 |
| s. CRO | 4/21/2010 | 999999 | 2 |
| | 4/21/2010 | 999999 | 3 |
| IICATIONS | 4/27/2010 | 112816 | 1 |
| | 4/27/2010 | 100663 | 2 |
| IICATIONS | 4/29/2010 | 112816 | 1 |
| IICATIONS | 5/5/2010 | 112816 | 1 |
| O | 5/5/2010 | 999999 | 2 |
| IICATIONS | 5/7/2010 | 112816 | 1 |
| IICATIONS | 5/8/2010 | 081663 | 1 |
| IICATIONS | 5/13/2010 | 112816 | 1 |
| IICATIONS | 5/15/2010 | 112816 | 1 |
| IICATIONS | 5/21/2010 | 112816 | 1 |
| IICATIONS | 5/22/2010 | 112816 | 1 |
| IICATIONS | 5/23/2010 | 095248 | 1 |
| IICATIONS | 5/29/2010 | 112816 | 1 |
| IICATIONS | 5/31/2010 | 112816 | 1 |
| IICATIONS | 6/8/2010 | 112816 | 1 |
| CRO | 6/9/2010 | 999999 | 2 |
| IICATIONS | 6/22/2010 | 112816 | 1 |
| IICATIONS | 6/24/2010 | 112816 | 1 |
| IICATIONS | 7/2/2010 | 112816 | 1 |
| IICATIONS | 7/16/2010 | 112816 | 1 |
| | 7/16/2010 | 999999 | 2 |
| IICATIONS | 7/18/2010 | 087979 | 1 |
| | 3/24/2011 | 100663 | 6 |