# EXHIBIT EEE

# HFD Rules and Regulations, HOU00002772

# HOUSTON FIRE DEPARTMENT

## SUBJECT: <u>RULES AND REGULATIONS</u>

**VOLUME NO. I**                                             **ALL COMMANDS**
**REFERENCE NO. I-01**                                    **SECTIONS 1.01 – 15.04**

### 1.00 PURPOSE

1.01     To provide guidelines for behavior and conduct which will aid in the achievement of orderly coordination of effort among members of the Houston Fire Department in the discharge of their duties, under both routine and emergency conditions.

### 2.00 OBJECTIVES

2.01     To provide for the responsibilities and duties required of a member of the Houston Fire Department. They are not intended to provide a solution to every problem or situation.

2.02     To provide guidance for effective and constructive action. It is not designed to limit any member in the exercise of their judgment or initiative within the Departmental Guidelines, or Rules and Regulations.

### 3.00 DEFINITIONS

3.01     <u>Absence: Without Leave (AW):</u> Absence or tardiness without proper notification and permission shall be considered as absence without leave (AW) and the offender shall be disciplined accordingly.

3.02     <u>Acting:</u> Serving temporarily in a position to which the member is not ordinarily assigned, usually in a position of higher rank.

3.03     <u>Appeal:</u> The right of a member under the law to apply for review from any order of dismissal or suspension by the Fire Chief.

3.04     <u>Appointment:</u> The designation of a person by the Fire Chief to a position within the department. Appointments are usually made from an eligibility or promotional list certified by the Director of Civil Service.

3.05     <u>Chain of Command:</u> The unbroken line of authority extending from the Chief of the Fire Department through a single subordinate at each level of command down to the level of execution.

3.06     <u>Chief of the Fire Department or Fire Chief:</u> The Chief Executive of the Fire Department.

08/01/05

3.07   <u>Chief's Office:</u> The central building in the City of Houston in which the administrative and staff personnel of the department are domiciled.

3.08   <u>City Business:</u> Duties, which require that a member be excused from the performance of regular duties to perform other city related duties.

3.09   <u>City Limits:</u> The physical area inside the corporate city limits.  For Fire Department purposes this shall include any area protected by the Houston Fire Department.

3.10   <u>Civil Service Commission:</u> The Civil Service Commission of the City of Houston.

3.11   <u>Classified Employee Performance Evaluation:</u> Performance Evaluations are issued annually, for the period ending January 31. The grade is arrived at by the member's immediate superior and approved or disapproved through official channels to the Fire Chief's Office.

3.12   <u>Classified Positions:</u> All positions and their classifications, which are covered under Chapter 143 of the Texas Local Government Code.

3.13   <u>Commanding Officer:</u> An officer assigned to exercise command.

3.14   <u>Company:</u> A unit composed of an officer, who may be either a Senior Captain or Captain, an Engineer/Operator and as many Firefighters as may be deemed necessary.

3.15   <u>County:</u> For Fire Department purposes the area outside any incorporated limits.

3.16   <u>Demotion</u>: Any violation of Rules and Regulations, Guidelines, or by request of a member causing a reduction in the classification of an employee.

3.17   <u>Department:</u> The Fire Department of the City of Houston.

3.18   <u>Detail:</u> Members of the department grouped together for the accomplishment of a specific mission.

3.19   <u>Dismissal:</u> The act of terminating the service of a member.

3.20   <u>District:</u> A designated area of Emergency Operations under the direct supervision of a District Chief composed of stations and companies.

3.21   <u>District Stations:</u> Fire Stations in which District Chiefs are located.

3.22   <u>Duty Shift:</u> Work period composed of two (2) tours of duty during an eight (8) day cycle (Emergency Operations).

3.23   <u>General Knowledge:</u> A level of knowledge that is broad and not specific or detailed

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                              **2**

3.24    <u>General Orders:</u> Obedience to the orders of a superior in rank must be faithfully observed, and any member offending in this regard shall be considered as insubordinate and held strictly accountable.

3.25    <u>Immediately:</u> The term "Immediately" means "as soon as possible and practicable".

3.26    <u>Immoderate Language:</u> Exceeding reasonable or appropriate language.

3.27    <u>Incompetence:</u> Incapable of the satisfactory performance of duties.

3.28    <u>Inspection:</u> The regular or periodic examination of personnel and station as to appearance, uniforms, equipment, duties, and operations.

3.29    <u>Insubordination:</u> The failure or deliberate refusal of any member to obey any lawful order given by any superior officer shall be deemed insubordination.

3.30    <u>Legal Assistance:</u> The City Attorney's office will provide a member legal assistance on any department matter involving a question of civil liability in the performance of duty. Members shall make a written request for the legal assistance and direct it to the Fire Chief's office.

3.31    <u>Length of Service:</u> The period of time starting from the date, which the oath of office was last administered. The length of time that a member has been engaged in the actual performance of duty. Previous service may be added.

3.32    <u>May and Should:</u> "May" is permissive. "Should" is advisory. Where used it is intended that, while the guideline is not mandatory, it should be followed in the interest of the department.

3.33    <u>Members:</u> A collective term applied to all persons on the department payroll.

3.34    <u>Neglect of Duty:</u> Failure to give proper attention to the performance of duty.

3.35    <u>Numbered Bulletin:</u> A consecutively numbered, written, directive, that will change, alter, amend, or clarify Fire Department Guidelines, and for information of a permanent nature. They shall be kept in a permanent file.

3.36    <u>Numbered Order:</u> A consecutively numbered, written directive that will be used to permanently change, alter, or amend Fire Department Rules and Regulations. They shall be kept in a permanent file.

3.37    <u>Numbered Safety and Health Bulletin:</u> A consecutively numbered, written directive that will change, alter, amend, or clarify Houston Fire Department Guidelines. Its purpose is to inform personnel about any Safety and Health issues or concerns that may arise, to create and maintain a safe work environment for all. They shall be kept in a permanent file.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                                    **3**

HOU00002774

3.38   Numbered Special Bulletin: A written, numbered directive that will cover a specific instance where guidelines will be changed, altered, or amended for a specified period of time. They may be discarded when the period of time terminates.

3.39   Numbered Training Bulletin: A consecutively numbered, written, directive that will change, alter, amend, or clarify Houston Fire Department Guidelines. Training Bulletins will address any issues that arise regarding special training needs. Training Bulletins will not address scheduled training or solicit volunteers for training programs. They shall be kept in a permanent file.

3.40   Oath of Office: The oath sworn to by each member at the time of commission into the service of the department.

3.41   Off Duty: The state of a member during their days off or on authorized leave when they are free of the responsibility of performing usual duties. Technically a member is subject to call at all times.

3.42   On Duty: A member is on duty during the period of active engagement in the performance of duties.

3.43   Order: An instruction or directive, written or oral, issued by a superior officer to a subordinate or group of subordinates in the course of duty.

3.44   Outside City Limits (OCL): For Fire Department purposes the area outside any incorporated limits not protected by the Houston Fire Department.

3.45   Plurality: The singular includes the plural and the plural includes the singular.

3.46   Post: A fixed point or location to which a member is assigned for duty.

3.47   Probationary Period: The time period during which an employee is being evaluated to determine the capability of performing the job of firefighter. Probation shall last for 12 months from the date the employee first reports as a firefighter trainee.

3.48   Promotion: A change in the employment status of a member to a position of greater responsibility or higher rank.

3.49   Promotion List: A list of members certified by the Director of Civil Service having qualified for a promotion.

3.50   Rank: A grade of official standing. Each class of members of the department is a rank.

3.51   Ranking Officer: The officer having the highest rank in grade, unless otherwise designated.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**              08/01/05                              **4**

HOU00002775

3.52   <u>Relieved of Duty:</u> Action taken in denying a member the privilege of performing their duties in consequence of dereliction of duty, breach of discipline, misconduct, or violation of Guidelines. Relieved of Duty may be with pay (RD) or without pay (AW).

3.53   <u>Resignation:</u> A member voluntarily terminating service with the department. A resignation must be accepted by the Fire Chief to be effective. Non-classified employees will be considered as having resigned his/her position with the department when absent from work for three (3) consecutive workdays without good cause and proper notification.

3.54   <u>Retirement:</u> Termination of the active service of a member by reason of attaining statutory creditable service and age or because of an incapacitating disability.

3.55   <u>Rules and Regulation Manual:</u> A written series of administrative guidelines authorized by the Chief of the Fire Department.

3.56   <u>Seniority Points:</u> Points accrued by a member at the rate of one (1) point for each year completed in service, not to exceed ten (10) points. Accrual of points begins after probation.

3.57   <u>Shall and Will:</u> The words "Shall" and "Will" as used herein shall indicate that the action is mandatory.

3.58   <u>Shift:</u> A group of workers on duty at the same time or the working period of such a group.

3.59   <u>Superior Officer:</u> Any member having supervisory responsibilities, either temporarily or permanently, over members of lower rank.

3.60   <u>Station Captain:</u> Shall always be construed as the Captain in-charge of a fire station.

3.61   <u>Tense:</u> Words used in the present tense shall include the future.

3.62   <u>Through Official Channels:</u> Through the hands of each immediate superior officer.

3.63   <u>Tour of Duty:</u> The hours during which a member's shift is on duty.

3.64   <u>Uniform:</u> Wearing apparel of members issued, prescribed or as the Fire Chief may dictate.

3.65   <u>Working Knowledge:</u> A level of comprehension above that of general knowledge.

## **4.00 SCOPE**

4.01   This guideline is applicable to all members of the Houston Fire Department.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                              **5**

## 5.00 RESPONSIBILITIES

5.01    The Chief of the Department has the authority and responsibility to promulgate administrative rules and regulations for the department.

5.02    The Chief of the Department reserves the right to modify or rescind any provisions of these rules and regulations.

5.03    All Officers shall be held strictly responsible for the conduct, action, morale, and efficiency of all subordinates under their command and shall enforce the rules and regulations and guidelines of this department.

5.04    It is the responsibility of all officers to set a good example and require that their command measure up to the high standards of the Houston Fire Department requirements.

5.05    It shall be the responsibility of each member to know, understand and comply with the rules and regulations of the department. Members will acknowledge this responsibility when signing the Members Verification Form.

## 6.00 OBEDIENCE TO ORDERS, RULES AND REGULATIONS

6.01    Obedience to Rules of Conduct: Members shall be governed by the following Rules and Regulations. No plea of ignorance of any rules or regulations will be accepted as an excuse for improper conduct. Violation of any of these rules shall be considered sufficient cause for dismissal, demotion, suspension, or other disciplinary action.

6.02    Responsibility to Read, Understand and Comply: Members are required to read, sign, understand, and comply with all departmental rules/regulations, guidelines, orders, bulletins, and other directives as issued. These will be read at roll call or morning meetings and placed in the appropriate binders for all members to sign and reference.

6.03    Abide by Laws: Members shall abide by the laws of the United States, the State of Texas, the ordinances of the City of Houston, the rules of the Civil Service Commission, the general orders, bulletins and the rules of conduct of the Houston Fire Department.

6.04    Unlawful Orders Prohibited: No commanding, supervisory or acting officer shall knowingly or willfully issue an order which is in violation of any law, ordinance or departmental rule, order, bulletin or directive.

6.05    Obedience to Unlawful Orders: No member is required to obey any order which is contrary to the laws of the United States, State of Texas, or the Ordinances of the City of Houston. Such refusal to obey, however, is the member's responsibility and they shall be required to justify such action.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**              08/01/05                              **6**

6.06    Issuance of Proper Orders: Orders from superior officers and supervisors (or designated representatives) shall be in clear and understandable language, civil in tone, and issued in pursuit of departmental business.

6.07    Issuance of Proper Orders From a Designated Representative: An order or directive received from a designated representative of a superior officer, when the name of the superior officer is given, must be promptly carried out as if it had been issued from that officer personally.

6.08    Obedience to Lawful Orders: Members shall promptly obey all lawful orders and directions given by superior officers. The failure or deliberate refusal of members to obey such orders shall be deemed insubordination and is prohibited. Flouting the authority of superior officers by displaying disrespect or by disputing their orders shall likewise be deemed insubordination.

6.09    Compliance with Investigations: When directed by the Fire Chief to give a statement or furnish materials relevant to a departmental investigation, members shall comply with the directive.

6.10    Testifying in Departmental Investigations: Any member who, when so directed by a superior officer, refuses to answer questions or render statements, material, etc., relevant in any department personnel investigation shall be guilty of neglect of duty and subject to disciplinary action.

6.11    Conflict of Orders: Should any order conflict with any previous order or instruction, issued by another superior officer, or with any general order, the member to whom the order is given shall respectfully call attention to the conflict. If the superior officer giving the second order does not change the same so as to eliminate the conflict, the second order shall stand and the responsibility shall be that of the officer issuing the order. Orders will be countermanded or conflicting orders issued only when reasonably necessary for the good of the department.

6.12    Obedience to Unjust or Improper Orders: Members given orders that are unjust orders must first obey the order to the best of their ability and may then proceed to appeal.

6.13    Criticism of Lawful Orders: Members shall not publicly criticize or comment derogatorily to anyone about instructions or orders they have received from a superior officer.

6.14    Appeals from Unlawful or Unjust Orders: Members may appeal for relief from orders or instructions, which they feel, is unlawful or unjust. Such appeals must be made in writing to higher authority through proper channels. Irresponsible or capricious appeals will be considered as serious misconduct.

6.15    Through Official Channels: Any member wishing to address a superior officer shall request and receive permission from their immediate supervisor for such action. The request shall be forwarded through each immediate superior to the desired level in the chain of command.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                                    **7**

The chain of command shall remain unbroken at all times. Any member denied such permission may utilize the grievance process.

6.16    Grievance Against Members: Members feeling aggrieved in the treatment, orders, neglect of duty by a ranking officer, or having a grievance against any other member, or guideline, may file a grievance with the Department Grievance Counselor pursuant to the grievance guideline.

## 7.00 ATTENTION TO DUTY

7.01    Reporting for Duty: All members are required to be at their assigned place of work at the designated time on each scheduled work day in the appropriate uniform. (Reference section 10.00 for uniform guidelines).

7.02    Members' Duty to Enforce Rules/Regulations: Members will enforce the rules, regulations, and guidelines of the Houston Fire Department. They will not permit, or otherwise fail to prevent violations of the law, departmental rules, or guidelines. They will report violations of departmental rules, and guidelines to their immediate supervisor without delay. Where possible, they will actively prevent such violations or interrupt them as necessary to ensure efficient, orderly operations.

7.03    Fit for Duty: Members shall be required to be physically and psychologically able to perform the normal duties required by their jobs and maintain a reasonable measure of physical fitness. Members shall report to their immediate superior any condition that might impair the member's ability to perform their normal duties. Emergency Operation personnel should exercise a minimum of three (3) times each week in order to obtain the maximum benefit from exercise. Members will be permitted to leave the station for physical fitness under the following guidelines.
A.  On duty exercise sessions shall not exceed one (1) hour.

B.  Navy blue t-shirts (**no tank tops**) and appropriate athletic footwear should be worn during the exercise session. Navy blue/red gym shorts (**mid-thigh or longer**) or navy blue/red sweat pants (substituted at the members option) should be worn during the exercise session.

C.  Members must don their regular work uniform upon completion of the exercise session.

D.  Apparatus must remain in territory.

E.  All members must be available for immediate response, within one minute of the apparatus, during the exercise session.

F.  Exercise sessions shall not take place in commercial establishments (i.e. gyms, bowling alleys, swimming pools, etc.).

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                     08/01/05                                **8**

G. Exercise sessions shall not include any contact activity.

H. If secured school facilities are used, permission must be obtained from an administrator of that school.

I. District Chiefs must be notified and grant permission in advance as to where and when an apparatus will go for exercise.

J. Exercise will not conflict with regular duties or training.

7.04   Enforcement of Codes and Ordinances: Members shall enforce the provisions of the fire code and fire ordinances impartially and courteously.

7.05   Performance of Duty: Members shall perform all lawful duties as may be required of them by competent authority regardless whether or not such duties are specifically assigned to them in any rules or duty manuals.

7.06   Conduct and Behavior: Members, whether on or off duty, shall be governed by the ordinary and reasonable rules of good conduct and behavior of law abiding citizens. They shall not commit any act tending to bring reproach or discredit upon themselves or the department.

7.07   Recall to Duty: The mission of the department is to protect life and property. If in the opinion of the Fire Chief a need exists, all members of the department shall be subject to recall. All members recalled shall report to their assigned position, as soon as possible, unless ordered to do otherwise by a superior officer. Members failing to respond to such recall, without a valid excuse, will be subject to strict disciplinary action.

7.08   Performance in a Higher Position (Emergency Operations Only): In the absence of any member in the rank of engineer/operator and above designated to perform certain duties, a member from the immediate junior rank shall perform those duties.

7.09   Answering Phones: Members are expected to exercise courtesy and address others in a respectful manner in the usage of **all telephones** at work locations. Immoral and profane language will not be permitted while in the course of telephone conversations. This includes Fire and EMS phones, city phones, and all private phones at work locations. The following guidelines should be observed:
A. When answering the Fire, EMT, or City Cellular telephones, give the name of the work location and the identity of the speaker. It is not necessary to give identity when answering a private line. (i.e. **Cellular**: E-1 Johnson. **Station**: Station 34 Martin).

B. If the person with whom the caller wishes to speak is not available within a reasonable time, offer to have the call returned.

C. When a caller leaves a name, number, or message, ensure it is recorded correctly and given to the appropriate individual.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**               08/01/05                               **9**

7.10    Habitual or Gross Carelessness: Members shall exercise all reasonable precautions and measures of safety to prevent injury or accidents to fellow members or departmental property. Gross or habitual carelessness shall not be tolerated.

7.11    Truthfulness: Members are required to speak the truth at all times whether under oath or not, in giving testimony, or in connection with any legal official order received, or in connection with official duties.

7.12    Maintaining Communications: Members on duty, or when officially on call, shall be available by normal means of communications or shall keep their office, or superior informed of the means by which they may be reached when not immediately available.

7.13    Seeking Advice: Members who are in doubt as to the nature or detail of their assignment shall seek information from their immediate superior officer.

7.14    Reporting Injuries/Exposures: Whenever a department member receives an injury/exposure on duty, they shall notify their superior officer as soon as possible.

7.15    Assuming Tour of Duty for Another Member: Any member who assumes a tour of duty (or any portion there of) for another member also assumes all duties and responsibilities. If the member riding cannot report for duty (illness or injury) it shall be their responsibility to arrange for a suitable substitute after notifying the company commander whose command is affected.

7.16    Subpoena to Court: When a member is subpoenaed to appear in some court proceeding as a witness in relation to Houston Fire Department matters (grievances, appeals, depositions, or discipline hearing issues), they shall comply with the following:
    A.  Any member who has received a subpoena to appear in a court proceeding related to HFD matters shall notify their immediate supervisor, and advise the HFD Legal attorneys of the subpoena.

    B.  Members subpoenaed to appear in a court proceeding for matters relating to EMS duty shall obtain the EMS Record before appearing in court to familiarize themselves with the incident.

    C.  If the member is subpoenaed to testify in fire related court proceedings; they should review the evidence and the Fire Records with Arson before appearing in court to familiarize them with the incident.

    D.  Members that have been subpoenaed to appear in court, as witnesses during duty hours are not automatically granted a leave of absence with pay.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                                **10**

HOU00002781

E.   Members that have been subpoenaed, regardless of the proceeding shall be governed by the following:

1.   Any member subpoenaed to appear in a legal proceeding related to Houston Fire Department matters shall be carried on City Business (i.e. Arson, 143.00 issues, etc.).

2.   Any member subpoenaed on behalf of the City, County, State, or Federal Government shall be carried on City Business (CB). No member will be entitled to leave with pay or City Business where subpoenaed as a result of involvement as a paid or volunteer law enforcement, security officer, or firefighter of another department.

3.   Any member being subpoenaed as a witness in civil cases between private litigants as a result of the member's duties with the Houston Fire Department shall be carried on City Business (CB).  Member shall notify HFD Legal of the subpoena.

4.   Any member being subpoenaed as a witness in civil cases between private litigants concerning non-fire department matters will not be granted leave with pay, but will be required to use their own time, (Holiday, Vacation, etc.).

5.   Any member being subpoenaed as a witness by the Appellant or Grievant in an Arbitration or Step III Grievance hearing, may or may not be granted paid leave depending on the circumstances, which shall be reviewed on a case by case basis by the Fire Chief's Office. Officers and District Chiefs shall document in writing, circumstances for the subpoena, to the Fire Chief's Office within 10 calendar days.

6.   It is the responsibility of the subpoenaed member to notify their immediate supervisor as soon as possible in order that proper staffing can be maintained. Upon returning to work, they shall also submit a validated court slip showing the times their presence in the court was required. Officers shall only grant City Business for the period of time indicated on this court slip plus legitimate travel time.

F.   Members subpoenaed to appear in legal proceedings due to city related business while off duty shall receive compensation of one and a half (1 1/2) times their rate of pay. Members will not be eligible for mileage reimbursement.

7.17   Emergency Leave: This will be construed as leave necessitated for personal emergencies (e.g. family emergencies). Chief Officers should use discretion in granting members time off to attend to extreme personal emergency situations. Accumulated vacation hours, AC Time, or accumulated holiday time shall be charged in these situations. Members granted Emergency Leave shall return to their work assignment when the reason for granting the leave no longer exists. The day of the absence the Chief Officer shall provide in writing to the respective Shift Commander the reason for granting emergency leave. District Chiefs shall be specific as to the reason for the Emergency Leave.

7.18   Saluting: Members shall salute the National Colors and the National Anthem with the hand salute when in uniform. Members on-duty but not in uniform on such public occasions shall stand at attention and remove their head gear, as the National Colors pass.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                        08/01/05                                            **11**

7.19    Relieve From Duty: Under circumstances of emergency such as intoxication, willful refusal to obey orders, or such behavior that the interest of the department would suffer by their remaining on duty, the officer in command shall have the authority to relieve with pay a member from duty immediately pending investigation and referral to the Fire Chief of written charges.

7.20    Acting in Higher Position: Members shall, through training and observations, qualify for the next higher position, so they may assume such duties and responsibilities.

7.21    Notifying Member of Rule Violation: If a violation of guidelines, Rules and Regulations or State/Local Law is discovered, the member shall be given a 48 hour notice of the violation and the rules provided under Texas Local Government Code Section 143.123 shall then be applied. A formal complaint shall then be processed as outlined in Texas Local Government Code Section 143.123 "Investigation of Firefighters and Police Officers".

7.22    Bulletins and Orders: Officers will be held responsible for the safe and secure filing of all Orders and Bulletins. They shall see that they are neatly initialed by all members under their command and are accessible for inspection by superior officers.

7.23    Recovery from Illness or Injury: Members off duty due to illness or injury shall concern themselves with their recovery and shall make every effort to facilitate their return to duty. They shall not absent themselves from the place of their confinement on scheduled workdays, except in compliance with HFD Guideline I-22 Leaves and Absences, and must notify the Officer on duty where the member is assigned, when leaving for such treatment and upon returning home. If a member is unable to contact the Officer at their regularly assigned post they shall continue up the chain of command until an Officer is notified. If an Officer is unavailable the member may call the OEC. It is the member's responsibility to notify their officer when they will be able to return to work.

7.24    Identification Cards: Members shall carry the Houston Fire Department I.D card as a means of identifying themselves as a member of the Fire Department. Members shall not carry the Fire Department badge in their pocket or billfold as a means of identification. Exception: Arson Investigators shall carry their Police I.D and may carry the HFD Investigator Badge in their billfold.

7.25    Inclement Weather: The Houston Fire Department will not penalize members when violent weather conditions make it impossible and/or unsafe for them to arrive at work at their regularly scheduled time or when inclement weather forces them to miss work entirely. Should road closures due to rain or water, flooding conditions, tornado or storm activity, or other such event prevent a member from being at work, the member **shall not** be docked for the time missed. Vacation or holiday time may be used to offset the absence. (Note: In no case shall sick time be used to accommodate such absence or tardy time.) In all cases, the member shall notify their immediate supervisor of the situation and make every attempt to arrive at work at the earliest possible opportunity. The following shall apply:
        A.  Classified Members: Refer to Guideline II-1 (Staffing).

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                 08/01/05                                **12**

    B.  Non-Classified Members: Refer to Guideline I-22 (Leaves and Absences).

    C.  In the case of citywide emergencies requiring the presence of essential personnel in certain departments, and upon direction from the Mayor, it shall be within the Fire Chief's authority to designate those members who are "essential".

7.26    Resigning From the Department: A member who decides to leave the City's employment for any reason shall notify their immediate supervisor of their intention to resign. The supervisor shall then inform the appropriate Assistant Chief and Personnel/Payroll Office through official channels.

    A.  After informing the immediate supervisor of intent to resign, the member shall report to the Personnel/Payroll Office to complete the necessary forms. The Personnel/Payroll Office will then direct the member to the Pension Office if necessary.

    B.  All city property (dress and work uniforms with brass, blazers, jackets, overcoats, protective clothing, I.D. Cards, etc.) must be returned to the Quartermaster by the member prior to their separation from the department. The Quartermaster will check all items returned, and members shall be required to reimburse the department for anything issued to them not returned.

    C.  Any member who voluntarily resigns shall forfeit any and all rights otherwise reserved under Civil Service and is subject to re-employment **only** in the manner prescribed by the policies governing employment in effect at the time of rehire.

7.27    Provide Phone Number and Address: All members shall furnish the department with their current telephone number and complete address (**Street address, not mailing address**). Any change in phone number or address shall be noted on HFD Form 1. This form will be completed and submitted to the member's supervisor during the first working day after the phone number or address change has been made. The member's supervisor will note the changes on the member's personnel file and forward the form to the District Chief, who will correct his records. The completed form will then be forwarded to the Personnel Assignment Office.

7.28    Use of Computers: Computers are provided for department-authorized use only. Personal Passwords shall be held strictly confidential and members will be responsible for **all computer use under their password. (Refer to 9.32)**

7.29    Classified Employee Performance Evaluations: Supervisors will submit an Employee Performance Evaluation (EPE) for each classified member annually (refer to Guideline I-35). EPE's will be completed by the Officer who directly manages or supervises the member being evaluated. EPE's will not be completed by Acting Officers. Classified Employee Performance Evaluations will be completed at the end of the appropriate rating period based on the members rank (FF, E/O, Capt., etc). Members on probation will not be evaluated until the end of their probationary period.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**            08/01/05            **13**

7.30    Overtime Request: It is the policy of the Houston Fire Department that all overtime worked shall be compensated at a rate of 1 and 1/2 times the member's rate of pay during the pay period in which the overtime is earned. The member shall properly complete an overtime Request Form, and submit it to the Assistant Fire Chief of their respective command, who will approve and forward the overtime request to the HFD Payroll Office for processing. Failure to properly complete an overtime request will result in a delay in being compensated. In order for the member to receive compensation, the following steps shall be taken:

A.  Overtime Request shall be completed at the conclusion of the overtime period worked and shall be signed by the supervisor on duty that has knowledge of the overtime worked. If no supervisor is on duty (support areas), the supervisor authorizing the overtime may sign the Overtime Request.

B.  In Emergency Operations, the overtime form will always be signed by the officer on the shift on which the overtime was worked. It will be submitted in the next mail run.

C.  It will be the responsibility of the Assistant Fire Chief or Division Commander to investigate the overtime requests. If the overtime request is found to be unauthorized the member will be docked that amount. Members and Officers are responsible for the proper completion of the Overtime Request form.

D.  In order for errors to be avoided when filling out overtime requests, some considerations for properly completing the form are as follows:
   1.  Check the box indicating whether the overtime is emergency or scheduled. If it has prior approval, be sure to attach the letter signed by the Fire Chief approving the overtime. If a bulletin schedules the overtime, the bulletin number and date shall be indicated. Court slips can be attached in lieu of the Fire Chief's letter.
   2.  When completing the explanation, include dispatch times, in service times, ID numbers, and other information that will explain the need for the overtime.
   3.  Travel time will only be approved at the discretion of the Assistant Fire Chief over the member's respective command.

## 8.00 RELATIONSHIPS

8.01    Racial, Ethnic and Gender Slurs: Members shall not verbally, non-verbally, or illustratively utilize racial, ethnic, or gender slurs or connotations towards another member. A slur is defined as a remark, language, illustration, or other media including, but not limited to, jokes and pornography, which degrade an individual's race, gender, or national origin. Members shall not create an intimidating, hostile, or offensive work environment by such conduct. Violations of this guideline are subject to disciplinary action up to and including discharge. Any member, who believes they have been the subject of a racial, ethnic, or gender slur, shall report the act immediately to their supervisor or manager and to HFD Staff Services. Supervisors or managers who fail to act on allegations or evidence of discrimination based on race, ethnicity, or gender shall be considered for disciplinary action.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                              **14**

HOU00002785

8.02    Discrimination Based on Sexual Orientation: Members shall not discriminate or retaliate on the basis of Sexual Orientation. This refers to the actual or perceived status of a person with respect to his /her sexuality. (Refer to the Mayor's Executive Order I-8). This Executive order applies to all members and any interaction with the public. Any violation of this Executive Order shall be reported in writing to the Office of the Inspector General, and to the appropriate supervisor.

8.03    Relations of Officers to Those of Lesser Rank: Superior officers shall be just, dignified, and firm in their relations with those members of lesser rank. They shall at all times abstain from violent, abusive language when giving orders, directions, or in conversations.

8.04    Respect of Rank: All officers shall demand proper respect due their rank, and shall not allow other members or visitors to speak disrespectfully of the department or its members. No member shall publicly criticize the official action or orders of a superior officer.

8.05    Maintain Discipline: Officers shall be just, dignified and firm in their relations with subordinates, being careful at all times to abstain from violent, abusive or immoderate language in giving orders, directions or in conversation. They must cause all rules and orders to be obeyed and promptly report, by well-sustained charges, any violations of Laws, Ordinances, Rules, and Orders.

8.06    Respect for Fellow Members: Members shall treat other members of the department with respect and response due them as fellow members. They shall be courteous, civil, and respectful of their superior officers and associates, and shall not use threatening or insulting language, whether on or off duty. Respect to superior officers shall not be confined to duty but shall be extended on all occasions. In addressing or referring to a superior officer, the proper title shall be used and must never be omitted, altered or abbreviated.

8.07    Supporting Fellow Members: Members shall cooperate, support and assist each other at every opportunity, and shall not publicly criticize the work or the manner of performance of duty of any other member.

8.08    Aiding and Protecting Fellow Members: Members shall act together and protect one another in time of danger or under circumstances where danger might reasonably be impending.

8.09    Courtesy to Public-Harmony in Department: Discourtesies to the public or to members of the department, or any movements tending to create dissention in the department, or appearing to ignore responsible officials will be considered breaches of discipline.

8.10    Settling Disagreements: Disagreements should, when practical, be settled within the various districts or commands, whether with the station officer, or in the Chief Officer's quarters. Matters not settled in this manner should be addressed through the grievance process.


**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**              08/01/05                              **15**

## 9.00 RESTRICTIONS ON BEHAVIOR/CONDUCT

9.01    Firearms in Fire Department Buildings: Members shall not have, cause, or allow any type of firearms to be brought into any department building or station. Exceptions: All Arson Investigators and Certified Peace Officers (in full police uniform and/or acting in the official capacity for the commissioning agency) as defined in the Texas Code of Criminal Procedures, Article 2.12. All off duty members who are Certified Peace Officers, (except Arson Investigators), or who hold a Concealed Handgun Permit shall secure their weapon in their vehicle prior to entering any fire department building.

9.02    Immoderate Language: Members, while in uniform or on duty, shall not use obscene, immoral, profane, or offensive language. Members shall not make any derogatory or otherwise offensive religious, racial, ethnic, or sexual remarks. Members who hear, witness, or are informed of such remarks shall immediately report the incident to their immediate supervisor. The supervisor shall investigate and take appropriate action. Harassment of another member or citizen because of race, ethnic group, religion, or sex is strictly prohibited.

9.03    Improper Behavior: Members, while in uniform or on duty, shall not engage in any type of fighting. Physical altercations are to be avoided at all times. Members shall refrain from any form of hazing, harassment, or abuse of other members. All improper behaviors shall be reported to the immediate supervisor who will then take the appropriate action. Members engaged in such conduct shall be disciplined accordingly along with any officers or members that allowed such conduct.

9.04    Drug Usage: In compliance with the Mayor's Executive Order 1-12, revised October 27, 1993, members shall not use or possess any illegal drug or controlled substance, on or off duty, except as prescribed by and under the supervision of a licensed doctor or dentist. The use or possession of any illegal drug or substance, or any participating activity involving illegal drugs or substance on or off duty is strictly prohibited.

9.05    Gambling: Members shall not engage in any wagering of money or anything of value while on duty or in uniform.

9.06    Withdrawal of Complaints or Charges: Members against whom a complaint of misconduct has been made, shall not attempt directly or indirectly, by threat, appeal, persuasion, payment of money, or other consideration, to secure the abandonment or withdrawal of the complaint, charges, or allegations.

9.07    Removal of Records: Members shall not remove, or allow the removal of official records, reports, or journals from department premises without permission from the Fire Chief. The removal of any official record from a fire station must be noted in the station log. Removal of official records from the premises of any other department must be noted and kept by the appropriate custodian of such records.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                08/01/05                                **16**

HOU00002787

9.08    Maintenance of Private Fire Protection System: Members on duty shall not perform any maintenance service on private fire protection systems beyond resetting automatic alarms.

9.09    Accepting Payment or Gifts: Members shall not demand nor receive from any person, any pay, gift, or reward for services rendered. (Mayor's Executive Order 1-28, Administrative Procedure Regarding Gifts.)

9.10    Solicitation: The following rules will apply to solicitations on department property:

A.    Members shall not imply that they are a member of, or represent the department to solicit money, sell tickets for any fair, benefit, raffle, or similar project without written permission of the Fire Chief.

B.    Members shall not allow solicitations by individuals or organizations on departmental property without the written permission of the Fire Chief.

C.    While on duty, members shall not solicit any member to join or support a political party, charity, club or association.

9.11    Political Activity: The following rules shall apply to political activities:

A.    Members shall not actively participate in political activities on behalf of themselves, any candidate, or any issue while on duty, on departmental property or in uniform.

B.    Members shall not engage in political activities concerning departmental guidelines or working conditions, while off duty in uniform, without approval of the Fire Chief.

C.    Members shall not solicit petitions for themselves or other members for their promotions, change of duty, or promote any political influence to effect such an end.

D.    In compliance with Mayor's Personnel Policy No. 110.00 and Section 14-156 of the Code of Ordinances, members seeking an elective office, (Federal, State, County, District or City Office), are required to make their candidacy known in writing to the Director of Personnel. The Director of Personnel will determine whether a conflict of interest exists with the Fire Department member.

E.    No member shall place political posters, political stickers, or other similar political advertising advocating the candidacy of any person for any elective office upon any department vehicle, building structure, or equipment. No member shall park or place upon any property of the City of Houston any portable sign, advertising trailer, or similar portable advertising device that advertises or advocates the candidacy of any person for any elective office.

F.    While in uniform or on active duty, a member may not take an active part in another person's political campaign for an elective position of the municipality. A person takes an active part in a political campaign if the person:
1.    Makes a political speech

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                    **17**

HOU00002788

    2. Distributes a card or other political literature
    3. Writes a letter
    4. Signs a petition
    5. Actively and openly solicits votes
    6. Makes a public derogatory remark about a candidate for an elective position of the municipality

G. A member will not be required to contribute to a political fund or to render a political service to a person or party. A member will not be removed, reduced in classification or salary, or otherwise prejudiced for refusing the above.

9.12    Smoking: The Houston Fire Department intends to respect the rights of smokers and non-smokers. There shall be allowances made for the smoker by providing a designated smoking area outside of city buildings. The designated area shall be agreeable with smokers and non-smokers. When a conflict arises and disharmony ensues, line/staff supervisors will intervene between the individuals concerned to relieve that conflict. If there is an irresolvable conflict between smoking and non-smoking members, the rights of the non-smoking member shall prevail.

A. Non-Smoking Areas: Smoking is prohibited in all city buildings and city vehicles.

B. Emergency Scenes: Smoking at the scene of an emergency will only be permitted in an area designated by the Incident Commander.

C. Smoking Breaks for Non-Emergency Operations: Employees will be allowed to take either three (3) or four (4) smoking breaks during a workday for a maximum total of 30 minutes. Employees may also use their thirty (30) minute lunch period.

9.13    Media Interviews: No members other than the Incident Commander, OEC, Arson Investigator or Public Information Officer, shall release factual information, give an interview relating to a fire, public safety, or other emergency, without obtaining clearance from the Public Information Office. No member shall express opinion on an official position of the Houston Fire Department except the Fire Chief. Information released concerning fires or incidents under investigation shall be limited to the following:

A. Information that may be released:
    1. Date of incident
    2. Time of incident
    3. Location of incident
    4. Brief description of the extent of damage
    5. Number of injuries or fatalities
    6. **Requests for additional information shall be referred to the Chief Arson Investigator's Office or the HFD Public Information Office.**

B. News Conference: When topical news information becomes available, it should be released equitably to all members of the News Media in a formal news conference set up

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**        08/01/05        **18**

by the Public Information Office. The Public Information Office exercises judgment on when a news conference is appropriate.

C. Feature Stories: Interviews not related to a working incident, or of purely personal concerns, must be cleared through the Public Information Office (i.e., Fire Department working conditions, criticism of co-workers or supervisors, etc.).

9.14    Sleeping on Duty: Sleeping or reclining in such a position as to indicate sleeping, shall not be allowed on department premises other than during designated rest periods so authorized by the Fire Chief. Sleeping attire at co-ed fire stations will be one of the following:
A. Class C uniform shirt and pants.

B. Class C uniform shirt and gym shorts.

C. Class C uniform shirt and sweat pants.

9.15    Use of City Telephones: The following rules shall apply to usage of city telephones:
A. Long Distance Calls: Long distance calls are not to be made on city telephones unless authorized to do so through the issuance of a "Citynet Long Distance Authorization Card". When it becomes necessary to conduct department business via a long distance telephone without an Authorization Card, the call should be placed through the Chief Fire Alarm Dispatcher. Under no circumstances are long distance calls to be made and charged to Fire or EMS telephones.

B. Department Issued Cellular Phones: Department issued cellular phones are to be used for HFD business only. All personal use, including incoming personal calls, is unauthorized. All cellular phones are subject to review. Members may use cellular phones in the following situations:
    1. EMS Use of Cellular Phones:
        a. In contacting an appropriate medical facility, which is participating in a cooperative study with HFD. The individual study protocol will describe the method and manner in which the cellular phone will be used during the study.
        b. In contacting the base/telemetry when other communication resources are not available or operational (i.e. pediatric non-transports).
        c. During an emergency when a cellular phone provides the most efficient means of communication (i.e., deaths, mass casualty incidents), and when other telephones are not available.
        d. All other uses of City Business when the Officer deems it necessary.
    2. Fire Apparatus Use of Cellular Phones:
        a. Contacting the OEC when other communication is not possible.
        b. During an emergency when a cellular phone provides the most efficient means of communication (i.e., deaths, mass casualty incidents).
        c. Contacting agencies (Haz-Mat, CIMA, Chemtrec, etc.).
        d. All other uses of City Business when the Officer deems it necessary.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**              08/01/05                              **19**

9.16    Trade or Company Names: Members shall not furnish information as to how repairs are to be made or any organizations that do construction or repairs. They shall not recommend any company or trade name of any fire protection appliance or service.

9.17    Religious or Political Arguments: Religious or Political arguments will not be permitted on duty or on Fire Department property.

9.18    False Reports: Members shall not make false reports concerning the personal character or conduct of any member or regarding any business of the department, to the discredit or detriment of the department or any member thereof.

9.19    False Statements: Members making a false statement in any official communication or in conversation with another member or citizen will be subject to strict disciplinary action.

9.20    Petitions: While on duty members shall not circulate any petitions, questionnaire, poll, letter or other document.

9.21    Security of Fire Information: Members shall not divulge any fire information nor make information contained in fire records available to any person or agency except as provided by department guidelines, by laws, or by competent authority.   Members shall treat as confidential the official business of the department.

9.22    Personnel Information: All information regarding employment shall be referred to Human Resources Employment Verification Line (713 837-9497).

9.23    Public Statements: In no event shall any member make a public statement and represent such statement to be the official guideline of the City of Houston Fire Department without the written consent of the Fire Chief.

9.24    Improper Activities: Members shall not perform any act or make statements, oral or written, which are directed at any superior officer with the intent to destroy the discipline and good order that is the responsibility of such superior officer. Members shall not perform any act or make statements, oral or written, which are directed at their co-workers with the intent to destroy the morale, good order, and working relationships with such co-workers.

9.25    Un-Official Activities: Members shall not represent the Fire Department, in or out of uniform, at any social or public gathering without the permission of the Chief of the Department.

9.26    Mail-Interdepartmental: Interdepartmental mail shall be limited to those items that originate within city agencies and concern documents or information considered being of an official nature.

9.27    Notice of Suits Against Members: Any member who has a damage suit filed against them by reason of an act performed in the line of duty shall immediately notify the Fire Chief. A

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                            08/01/05                                         **20**

HOU00002791

copy of the complaint together with a full and accurate account of the circumstances in question should be sent to the Fire Chief's office through the chain of command.

9.28     Notice of Arrest: Employees that are the subject of an arrest action shall immediately notify their supervisor of their location and the charge. Employees will notify the Fire Chief of the charge, in writing, within 24 hours of their release from custody, through the chain of command.

9.29     Notice of Pending Criminal Investigations: Employees who become aware they are under investigation for any criminal matter, by any lawfully authorized agency, other than the City of Houston's Office of Inspector General, shall notify the Fire Chief. Notification shall be in writing within 24 hours, through the chain of command.

9.30     Intoxication and Self-Induced Disability: Intoxication on-duty or loitering where intoxicants are sold while in uniform is prohibited. Drinking or possession of intoxicants while on duty is prohibited and offenders are subject to strict disciplinary action.

9.31     Narcotics: The use of non-prescription narcotics is prohibited. Members shall not allow narcotics or illegal drugs of any kind to be brought into or kept on Fire Department property. (Refer to Mayors Executive Order I-12).

9.32     Movies, Slides, Pictures, Etc.: Lewd or obscene calendars, pictures, slides, movies, television programs, pornography, etc., is strictly prohibited on the premises of the Fire Department. (**Refer to Use of Computers 7.28**).

9.33     Civilians in Dormitory: Civilians shall not be permitted in the dormitories except with the company commander's permission.

9.34     Theft: No member shall take or remove anything from a building or premises involved by fire (exception see 12.16). No member shall take or remove anything for other than department use from a City of Houston owned station, building, shop, car, etc.

9.35     Parking Facilities: The parking, on fire department property, of a member's personal vehicle for transportation to and from work shall be limited to the time the member is on duty. The parking privilege may include a trailed boat or travel trailer provided this equipment does not cause any inconvenience. Members shall not permanently store automobiles, motorcycles, trailers, travel trailers, campers, boats, tractors, etc. on fire department property**. Member's personal vehicles shall not be parked inside fire stations**. During periods of impending severe weather, members may park inside a fire station if space is available. At no time shall fire apparatus be removed from the apparatus bay to make room for member's vehicles.

9.36     Repairing Private Cars: Members of the department will be prohibited from repairing private cars on fire department property, including oil changes, grease jobs, or any work of this nature. Exceptions can be made for "emergency repairs" (a repair necessary to return to

**SUBJECT: Rules and Regulations**

HOU00002792

a member's home or to a repair shop).

9.37    Advertising on Department Property: Members shall not advertise vehicles or other items for sale on Fire Department property.

9.38    Commercial Advertising On Vehicles: Personnel of the Fire Department shall be permitted to park vehicles with signs indicating other fields of endeavor on station property, away from streets and not readily observed by the public. Vehicles shall not display gaudy, obnoxious designs and colors.

9.39    Commercial Advertising on Department Property: Members shall not place or maintain advertising for any commercial enterprise on Fire Department property or equipment.

9.40    Alterations to Fire Department Buildings: Changes or alterations in or on fire department buildings, appliances or communication systems shall not be permitted, except on request and approved by the Fire Chief or his designee.

### 10.00 UNIFORM REGULATIONS AND PERSONAL APPEARANCE

10.01   Uniform Classifications: Houston Fire Department uniforms shall be classified into four (4) classes (i.e., Dress, Class A, Class B, and Class C).

10.02   Dress Uniform: The dress uniform shall consist of the current issue long sleeve shirt with patches on both sleeves (white for Chief Officers and blue for all other ranks) with tie, shoulder epaulets, collar brass, badge, name tag, dress pants with belt, black dress shoes, black or dark blue socks, uniform hat, awards if any and dress jacket. (Members not issued a dress jacket may purchase one if desired.) Collar brass shall be the appropriate rank insignia for officers and HFD insignia for Engineer/Operators and Firefighters.
A.   Shoulder Epaulets: Widest part of the bugle is pointing toward the front.

B.   Members that attend department funerals, court (in an official capacity), public meetings or seminars as a representative of the department, etc. shall wear the Dress Uniform.

10.03   Class A Uniform: The Class A uniform will consist of the current issue long sleeve shirt (white for Chief Officers and blue for all other ranks) with tie, collar brass, badge, name tag, dress pants (if issued) with belt, black dress shoes, black or dark blue socks, uniform hat, and awards if any. Collar Brass shall be the appropriate rank insignia for officers and HFD insignia for Engineer/Operators and Firefighters.

10.04   Class B Uniform: The Class B uniform will consist of the current issue short or long sleeve shirt (white for Chief Officers and blue for all other ranks), collar brass, badge, name tag, ID badge, department issue pants with belt, black dress shoes (black Wellington boots or full leather solid black athletic shoes are acceptable for emergency response personnel), and black or dark blue socks. Wearing of awards is optional.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                    **22**

A. Collar Brass shall be the appropriate rank insignia for Officers and HFD insignia for Engineer/Operators and Firefighters.

B. Class B uniform shall be the uniform of the day:
   1. When not on fire station grounds.
   2. Officers shall wear Class B uniform until 2100 hours, whether on fire station grounds or not, unless wearing bunker pants or being engaged in physical activity.

C. When responding to medical emergencies in Class B uniform, personnel must wear the HFD Identification Badge, displaying the member's current EMS certification.  This is a mandate from the Texas Department of State Health Services.  The ID badge must be worn in a highly visible location.

10.05   Class C Uniform: The Class C uniform consists of a department approved T-shirt (white for Chief Officers and dark blue for all other ranks), department issue pants and belt, ID badge, black shoes (black Wellington boots or full leather solid athletic shoes are acceptable), and black or dark blue socks.  The following Class C regulations shall apply to all Fire/EMS emergency response personnel:
A. Class C uniform may be acceptable:
   1. While in the station. However, during scheduled station visits (e.g. inspections, station tours, etc.) or when deemed appropriate, the Station Captain may require members to wear the Class B uniform in the station.
   2. While outside the station, but still on station grounds, and performing physical activity and/or wearing bunker pants.
   3. When leaving station grounds and wearing bunker pants.

B. ID Badge:  When responding to medical emergencies in T-shirt and bunker pants, personnel must wear the HFD Identification Badge, displaying the member's current EMS certification.  This is a mandate from the Texas Department of State Health Services.  The ID badge must be worn in a highly visible location.

C. T-shirts:  T-shirts may display the official HFD logo, or a logo approved by the Fire Chief's Office.

D. Baseball caps:  Only during periods of extended exposure to the Sun, and at the discretion of the District Chief and/or Incident Commander, may HFD approved baseball caps be worn as part of the Class C uniform.  Baseball caps shall not be worn indoors, or at night.  The wearing of baseball caps should be the exception, rather than the rule, with regards to acceptable Class C uniform.

E. During the winter months, the wearing of wool pullover head protection (for the purpose of retaining body heat) will be allowable under the following conditions:
   1. May be worn only when the temperature is 40 degrees or below;
   2. Will be worn outside of Station only;
   3. Will not be worn inside hospitals;

**SUBJECT: Rules and Regulations**

HOU00002794

4. Will not be worn at any community events;
5. Will not be worn in any manner that covers the face;
6. Will not be worn under firefighting hood;
7. Should not have any attachments (tassels, etc.) and should be smooth with no ornamentation.
8. The only color that will be allowed will be navy blue.  There will be no markings or insignia on the head protection.  Scarves or shawls will not be allowed.

10.05   Uniform Regulations: Members shall wear the proper clothing as required by their job and rank. Officers will be held responsible to the guidelines contained within this section and to see that they are adhered to by all members, whether under their supervision or not. Any member refusing to abide by a superior officer's order to comply with uniform regulations will be subject to disciplinary action. The following regulations will be followed:
A. Uniforms shall be clean and neat.

B. Uniform shirts shall be buttoned to the collar.  The collar button will be left unbuttoned except when wearing a tie.

C. Objects carried in shirt pockets shall not interfere with appearance.

D. Articles such as wallets, key chains, knives, watch chains, fobs, pins, jewelry, combs, cigars, cigarettes, and pipes are not part of the uniform. These shall not be attached to or exposed from the uniform.

E. EMS personnel shall be allowed to wear one (1) gear pouch. Fire personnel shall be allowed to wear one (1) multi-purpose tool (Leatherman, Gerber, etc) in a black scabbard, five (5) inches or less in length. This applies to Class B or Class C uniforms.

F. When wearing the department issued long sleeve uniform shirt, the cuffs shall be buttoned at the wrist.

G. Shirts that have noticeably yellowed, have irreversible stains, or that have frayed collars shall not be worn.

H. Only uniform shirts with the current HFD patch may be worn. When disposing of old uniform shirts, members must remove the Houston Fire Department patch from all shirts before disposal.

I. No part of the uniform is to be worn in combination with non-uniform garments (Exception: See Fit For Duty; Section 7.03). No part of the uniform is to be worn during any off duty activity, unless in official capacity.

J. Black shoes must be properly shined. Western, suede, moccasins, or novelty type footwear **shall not** be worn with the department uniform.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                                        **24**

HOU00002795

K.  Members shall **not** wear black athletic shoes with Dress or Class A uniform.

L.  Members that have been approved to function in the capacity of a paramedic by the Medical Director of the Houston Fire Department will be required to wear the Houston Fire Department Paramedic patch on their Class B uniforms only. No other members are authorized to wear this patch. Any patch or insignia representing paramedic certification other than that of Houston Fire Department will not be recognized and shall not be worn by members while on duty.

M.  All EMT certified members in the Houston Fire Department may wear the Texas Department of Health Emergency Medical Technician patch (Class B only).

N.  Airport Rescue Firefighters, Hazardous Material Response Team, Technical Rescue Team or any other specialty patch approved by the Fire Chief may be worn on the right shoulder opposite the Houston Fire Department patch. This patch may be worn only when functioning in that specialty area.

O.  Station Patches: A Station Patch may be worn on the right shoulder of the Class B Uniform only, opposite the Houston Fire Department patch. The Assistant Chief of Operations, prior to being placed on the Class B Uniform shirt, must approve all Station Patch designs.  Station Patch designs must adhere to the following:
    1.  Not any larger than the HFD patch.
    2.  The same for all shifts at the particular station.
    3.  On the right sleeve opposite the HFD patch.
    4.  On Class B shirts only (absolutely not on Bunker gear or Dress Uniforms).

P.  All members shall maintain one (1) uniform of each class in their personal station locker.

Q.  Chief Officers in all Commands shall wear dress pants while on-duty, except during periods of physical fitness.

R.  Only the current issues of uniform coats (cold weather) are permissible to be worn on duty. No other style of jacket or coat (with or without department patch) will be allowed.

S.  Officers will be held responsible to see that all members adhere to the guidelines contained within this section, whether under their supervision or not.

10.06   Uniform Accessories:
    A.  Name Tag: Name tags shall be centered above the member's right shirt pocket. The bottom of the name tag shall be even with the top of the shirt pocket. Members may wear the standard blue plastic or metal name tag, (silver, if the member wears a silver badge, and gold, it the member wears a gold badge) as long as it is conservative in size.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                              **25**

B.  Service Pin: One (1) city issued service pin may be worn. It must be centered on the member's right shirt pocket flap below the name tag.

C.  Valor Awards: Valor awards are awarded to those members who demonstrate valor, heroism, and exceptional service above and beyond the call of duty. Valor awards are mandatory on the Dress and Class A uniforms and optional on Class B uniforms. Refer to Guideline I-11 for proper placement on uniforms.

D.  Specialty Designator Pin: A specialty designator pin may be worn, with the approval of the Fire Chief, highlighting the member's present area of expertise within the department (i.e. HazMat, Rescue, EMT-P, etc.). A specialty designator pin, when worn, shall be centered on the middle of member's left shirt pocket flap. A specialty designator pin shall not be worn if the member is no longer working within that area.

E.  Collar Brass: Fire Department collar brass will be divided into two (2) classifications:
    1.  Rank Insignia: Rank insignia is gold in color and issued to uniformed officers only. When wearing insignia on the shirt collar, the widest part of the bugle(s) shall be centered to the point of the collar 1/4" from the edge.
    2.  HFD Insignia: An HFD insignia will be issued to all uniformed classified members in the ranks of Engineer/Operator and Firefighter. HFD insignia will be silver.

10.07  Maternity Uniform: The maternity uniform will be made available to Classified pregnant employees at the time the physical appearance and/or comfort of the pregnant members necessitates. The maternity uniform shall consist of a department issued maternity smock and pant, and maternity smock and knee length jumper, with black shoes that are professional in appearance yet provide comfort and safety. When wearing the department issued jumper, tan or neutral hosiery may be worn.
    A.  Pregnant members who need maternity uniforms shall contact the Quartermaster early in the pregnancy. If maternity uniforms are in stock, they will be issued to the firefighter at that time. If maternity uniforms are not available, or not available in the correct size, The Quartermaster will make an appointment with the firefighter for tailored fittings. Fittings will be handled within the department or with a contracted service.

    B.  Alterations will be performed by the Fire Department seamstress and fitting times arranged by the Quartermaster.

10.08  Uniform Coat: Members will only wear the most recently issued uniform coat (cold weather) while on duty (with department patch). Members may display a special assignment patch on the right sleeve of their winter coat. No other non-department issued coat or windbreaker may be worn. As members receive a newly issued coat, they are to remove the patch from the older coat and may use the older coat; however, they will not be worn on duty. Badges, name tags, collar brass, or any items will not be attached to the exterior of the issued uniform coat.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                 08/01/05                                          **26**

10.09   Pagers/Cellular Phones: Pagers and Cellular Phones may be worn while on duty.
    A.  They must be the silent alerting type and not interfere with a members work assignment.

    B.  Station Captains and Supervisors will have discretionary powers to allow or disallow the wearing of Pagers/Phones.

    C.  Station Captains and Supervisors shall base their decision on the nature of a members work duty or assignment.

    D.  Members or Officers issued or responsible for City issued Pagers shall assure Pagers are operational and worn in a manner that is functional.

    E.  **Pagers will be worn on belts and not on shirts or coats**.

    F.  Personal Cellular Phones **may** be permitted on emergency apparatus, but their use shall not create a distraction, interfere with, or hinder a member's ability to perform his duties. Officers will be held strictly accountable for compliance. (see 10.09 B)

10.10   Glasses: All eyeglass and sunglass frames and lenses shall be of a neutral tone and conservative if worn on duty. Fluorescent, bright, or pastel colored glasses, or eccentrically shaped glasses are not allowed. Members who choose to wear eyeglass or sunglass holders shall wear only black or navy blue.

10.12   Personal Appearance and Grooming:
    A.  Male Members:
        1.  Hair Regulations: members shall be ever mindful of the para-military organization of which they are a part. They shall at all times be well groomed, observing the rules of cleanliness of their person. The length, fullness, style and shape of sideburns, mustache, and hair must comply with the following restrictions and always conform to safety. Hair will be neat, clean, well trimmed, and properly combed at all times, except under adverse conditions, such as in emergency situations. Hair will not contain excessive amounts of grooming aids such as grease, creams, oils, and sprays. Hairstyles shall be within the following restrictions:
           a.  While in any HFD uniform the height and/or bulk of the hair shall not, when combed, picked, blown or teased, exceed 2" or present a ragged, unkempt or extreme appearance so as to not jeopardize the personal safety of the firefighter in the performance of firefighting or other emergency operations.
           b.  Hair shall be proportioned and may cover to mid-ear level.
           c.  Hair at the back of the neck shall not extend below the bottom of the collar when the uniform shirt is buttoned and the head is in an upright position.
           d.  If bangs are worn they will be maintained no longer than eyebrow level. At no time will the bangs be allowed to interfere with the seal of the face-piece.
           e.  Wigs or toupees will be permitted if the style is consistent with the set regulations.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                      08/01/05                                    **27**

      f.  Hair may be dyed, tinted, or frosted in colors naturally occurring in human hair. Any stripes, spots, or color other than natural is prohibited.

      g.  Hair will not be worn in an extreme fad or style such as, but not limited to: cornrows, pigtails, Mohawks, track designs, ducktails etc.

      h.  Hair restraints will not be permitted.

      i.  Natural styles may be worn within the above limitations.

      j.  Hair shall not interfere with vision or job performance.

2.  Facial Hair: shall be within the following restrictions:

      a.  Mustaches shall be kept clean, neat and closely trimmed. Handlebar mustaches shall not be permitted.

      b.  Mustaches shall be trimmed so the full upper lip is exposed.

      c.  The mustache shall not extend more than ½" below the corners of the mouth.

      d.  Lower lip whiskers are permissible, but cannot be wider than ½", and not extend lower than ½" below the lower lip. Lower lip whiskers will not be worn in such a way as to interfere nor inhibit with the proper wearing of the face-piece.

3.  Sideburns: shall be within the following restrictions:

      a.  Sideburns will be kept neatly trimmed and close to the face to avoid any possibility of a defective seal when wearing the face-piece.

      b.  Sideburns shall not be flared more than ½" at the bottom than the top. Bushy or a similar style, such as muttonchops, shall not be permitted.

      c.  Sideburns shall not extend below the bottom of the earlobe, and shall end in a clean horizontal line.

4.  Beards/Goatees: Neither beards nor goatees shall be permitted. Members must be otherwise clean-shaven when reporting for duty.

5.  Wearing of Jewelry:   All jewelry will be modest and conservatively styled. Members can wear one (1) ring per hand and a watch. One (1) neck chain is permissible if worn on the inside of the shirt and can go unnoticed, and is not the choke type. No bracelets, except "medical alert" type, will be worn. No insignia, except that which is authorized by the Fire Chief, will be worn while in uniform. The wearing of earrings is expressly prohibited.

6.  Body Piercing:   Body piercings are not authorized while in uniform. No articles shall be attached to or through the ear, nose, tongue, eyebrow, or any other body part, with the exception of a clear tongue retainer. No other body piercing retainers are permissible.

7.  Physical Hygiene: All personnel will exercise good bodily hygiene and cleanliness by bathing frequently. All personnel will have fingernails that are clean and neatly trimmed so as not to extend more than 1/8" beyond the fingertips. Nails are not to interfere with the efficient operation of Fire Department equipment.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**　　　　　　08/01/05　　　　　　**28**

HOU00002799

B.  Female Members:
1.  Hair Regulations: members shall be ever mindful of the para-military organization of which they are a part. They shall at all times be well groomed, observing the rules of cleanliness of their person. The length, fullness, style and shape of hair must comply with the following restrictions and always conform to safety. Hair will be neat, clean, well trimmed, and properly combed at all times, except under adverse conditions, such as in emergency situations. Hair will not contain excessive amounts of grooming aids such as grease, creams, oils, and sprays. Hairstyles shall be within the following restrictions:
    a.  While in any HFD uniform the height and/or bulk of the hairstyles shall not, when combed, picked, blown or teased, present a ragged, unkempt or extreme appearance so as to not jeopardize the personal safety of the firefighter in the performance of firefighting or other emergency operations.
    b.  Short hairstyles, **cut hair**, shall be proportioned and may cover to mid-ear level.
    c.  Hair at the back of the neck, cut or restrained, shall not extend below the bottom of the collar when the uniform shirt is buttoned and the head is in an upright position.
    d.  If bangs are worn they will be maintained no longer than eyebrow level. At no time will the bangs be allowed to interfere with the seal of the face-piece.
    e.  A single ponytail may be worn within the above limitations. Braids, including a french braid and cornrows, may be worn provided the braid(s) is/are in a front to back fashion.
    f.  The hair of all female personnel will not be worn in such a way as to interfere nor inhibit the proper wearing of the class A uniform cap, nor the proper wearing of the face-piece or fire helmet when worn in conjunction or independently. The firefighting hood shall cover all hair.
    g.  Wigs or toupees will be permitted if the style is consistent with the set regulations.
    h.  Hair may be dyed, tinted, or frosted in colors naturally occurring in human hair. Any stripes, spots, or color other than natural is prohibited.
    i.  Hair will not be worn in an extreme fad or style such as, but not limited to: pigtails, Mohawks, track designs, ducktails etc.
    j.  Non-flammable hair restraints (rubber bands / barrettes) may be worn but must match the hair color, or be black or brown, and have no ornamentation.
    k.  Natural styles may be worn within the above limitations.
    l.  Hair shall not interfere with vision or job performance.
2.  Wearing of Jewelry:   All jewelry will be modest and conservatively styled. Members can wear one (1) ring per hand and a watch. One (1) neck chain is permissible if worn on the inside of the shirt and can go unnoticed, and is not the choke type. No bracelets, except "medical alert" type, will be worn. No insignia, except that which is authorized by the Fire Chief, will be worn while in uniform. Stud earrings may be worn in diamond, gold, or silver only. Stud earrings shall

**SUBJECT: Rules and Regulations**

HOU00002800

not exceed 6mm in size. No other type ear ornamentation shall be permitted. Only one (1) earring per earlobe will be allowed.

3. Body Piercing:  Other than earrings as specified above, body piercings are not authorized while in uniform. No articles shall be attached to or through the nose, tongue, eyebrows or any other part of the body, with the exception of a clear tongue retainer. No other body piercing retainers are permissible.

4. Cosmetics: Female members may wear facial make-up. All cosmetics are to be worn in conservative amounts and colors, moderate in tones and application. Only clear fingernail polish shall be permitted.

5. Physical Hygiene: All personnel will exercise good bodily hygiene and cleanliness by bathing frequently. All personnel will have fingernails that are clean and neatly trimmed so as not to extend more that 1/8" beyond the fingertips. Nails are not to interfere with the efficient operation of Fire Department equipment.

## **11.00 NON-EMERGENCY REGULATIONS**

11.01   Assuming Duty: In the changing of shifts, the established relief time will be 0630 hours. The night shift shall begin at 1830 hours. Members will assume their assigned positions each day at or before 0630 hours. The Station Captain must approve deviations from an assigned position. Members shall use their own protective clothing when assuming their assigned duty. Each on coming member shall relieve the off going member face to face, passing on pertinent information concerning the previous shift's activities.

11.02   Remaining On Duty until Properly Relieved: Members shall remain at their place of assignment until properly relieved by another member **and/or officially dismissed by a superior officer**. Members shall take leave from their duties only when authorized by their superior officer. Members must complete all Fire/EMS records prior to leaving the station.

11.03   Checking Equipment: Members shall check their respective equipment and apparatus at relief time to ensure operational readiness.

A. Firefighters shall be responsible for the operational readiness of all tools and equipment on their respective apparatus (i.e., air paks, nozzle settings, extinguisher, secured equipment, generators, etc.). Equipment checklist shall be filled out if applicable before morning roll call.

B. Engineer/Operators shall be responsible for the operational readiness of the vehicle or apparatus (i.e., engine, fuel not below 3/4 full, water level, warning lights, tires, batteries, etc.) The apparatus checklist shall be filled out before morning roll call.

C. All members are responsible for reporting faulty or missing equipment to the Captain of the apparatus or the Station Captain, who will in turn take the appropriate action in reporting and/or repairing of such equipment.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                08/01/05                                **30**

11.04   E-Mail Messages: Station Captains shall review all incoming messages. All pertinent information shall be immediately brought to the attention of the members.

    A.   E-Mail messages shall be placed in the Information Binder in a back to front manner (i.e., the most current message shall be the first message found in opening the front cover).

    B.   Only pertinent E-Mail messages should be placed in the Information Binder (i.e., death notices, departmental information or directives, pertinent territory information, etc.).

    C.   E-Mail messages should be initialed and dated when placed in the Information Binder.

    D.   Entered messages may be discarded after six (6) months.

11.05   Roll Call: Roll Call should be conducted routinely at 0730 hours each morning and at any time the Station Captain deems necessary. The following shall apply at Roll Call:

    A.   All on duty members shall attend, unless otherwise approved by the Station Captain. Attendance by Chief Officers shall remain optional, due to certain duty requirements.

    B.   Engineer/Operators shall present apparatus checklists to the Station Captain for review.

    C.   Firefighters shall present equipment checklists to the Station Captain for review.

    D.   Officers shall see that all members are accounted for and present.

    E.   All members present shall be in the prescribed uniform.

    F.   The Station Captain shall ensure that all Orders, Bulletins, E-Mail, etc. are read and initialed by each member. Lengthy Guidelines or department correspondences may be read and initialed at a more convenient time during the tour of duty. Station Captains shall inform members of that day's activities such as training classes, hydrant inspections, hose changes, etc. The Station Captain will assign watch duty.

11.06   Station and Apparatus Clean Up: The following general regulations will apply:

    A.   Daily routine station and apparatus clean up shall begin no later than 0830 hours.

    B.   Station Captains shall see that clean up duties are assigned fairly and equitably taking into consideration rank differences and other duty assignments.

    C.   Apparatus shall be kept clean at all times. (Exception: Apparatus which becomes dirty due to routine or emergency assignments after 1500 hours may be cleaned the following day, unless obvious operational or equipment damage would dictate otherwise).

    D.   Washing apparatus should be limited, when possible, to avoid excess water and rust damage. When it becomes necessary to wash an apparatus, the outer shell, inside

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                                        **31**

compartments, and all tools shall be wiped dry. **A soft cloth and mild soap will be used to wash the exterior of the apparatus. Brushes will be used on wheels <u>only</u>.**

E.  Painting of wheels, running boards, engine cowlings etc., shall be limited to the original color. No change in color shall be made without prior approval from the Assistant Chief of Operations.

F.  All tools and equipment shall be kept clean, free of surface rust, and in a state of operational readiness at all times.

G.  Station grounds, such as lawns and driveways, shall be kept clean, and free of litter.

H.  Station buildings and facilities shall be kept neat, clean, and in proper working order at all times.

I.  The following are designated days for clean up:
    1.  MONDAY: Apparatus Day, a complete cleaning of all apparatus.
    2.  TUESDAY: Station Day, a complete cleaning of the station.
    3.  FRIDAY: Yard Day, lawn area mowed and trimmed.

11.07   EMS Station Duties: EMS personnel will share work assignments with other station members. Station Captains will establish work duties in a fair manner.

11.08   EMS Vehicles Leaving Quarters: EMS vehicles should not be used for other than answering emergency calls. Should it be necessary to leave the quarters on other than emergency calls, the Station Captain must grant permission. EMS vehicles shall not be used for personal services, delivery of relief crews, or for delivery of departmental mail.

11.09   Training: Officers shall thoroughly familiarize themselves with all aspects of the department and will ensure that all members under their supervision are thoroughly trained in the performance of their duties. Training will encompass the following:

A.  Captains shall schedule daily training sessions, when possible, to maintain proficiency within their crews. Quality rather than quantity is encouraged when conducting training sessions. Station Captains may cancel training classes on heavy workload days with the approval of the District Chief. Captains shall conduct a minimum of 50 % of all station training.

B.  Station Captains shall record all Training in the appropriate manner.

C.  Members will be held responsible for continued learning or training in all aspects of their job within the department, as well as the duties of the next higher rank.

D.  Emergency incident activities shall not be counted as part of training time.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                    **32**

E.   The Shift Commander or District Chiefs may alter or amend scheduled training sessions as deemed necessary with proper notification to the Val Jahnke Training Facility if classes are scheduled at the VJTF.

F.   The Station Captain shall hold Territory training at least once each duty shift.

G.   Station Captains shall provide 24 hours of in service training each month. Training classes will be conducted whenever it is deemed necessary by the officer in charge or when requested by any commanding officer. Officers should consider weekends for outside drills when scheduling training sessions.

11.10   Station Supplies and Utilities: Captains are encouraged to conserve water, gas, electricity, and station clean up supplies. They shall be responsible for the supply locker inventory, and its readiness for inspection by a superior officer at any time. Outside lights shall be turned off during daylight hours.

11.11   Beds: Each member shall be responsible for linen coverings on their respective bed. At no time shall beds be slept in without linen coverings. Linen shall be placed on beds at the beginning of the rest period. Sleeping bags are allowed.

11.12   Sleeping On Duty: Sleeping or reclining in such a position as to indicate sleeping shall not be allowed on department premises other than during designated rest periods.

11.13   Rest Periods: Members will be allowed to rest from 2100 hours until 0630 hours.

11.14   Recreation: Members may be allowed outdoors-recreational activity with the approval of the Station Captain. Recreational activity shall be conducted in a manner that will not in any way interfere, hinder, or reflect negatively on departmental standards or public scrutiny. (Refer to 7.03 A-J).

11.15   Stations-Sitting in Front of: Members shall not sit in front of their quarters, on apparatus or automobiles, on porches, or congregate on the sidewalks; neither shall they assemble in structures adjacent to quarters.

11.16   Fuel Ordering: All fuels should be ordered between the hours of 0630 and 0900, Tuesdays and Thursdays, by calling Fuel Monitoring.

11.17   Watch Office Duty: Captains shall see that watch office duty is constantly maintained, day and night in each fire station, except while the company is responding to emergencies, or necessary non-emergencies. Fill-in members should not be assigned watches unless the Station Captain deems it expedient in unusual staffing conditions.

11.18   Log Book-Watch Office: It shall be the responsibility of all members assigned watch office duty to carry out assignments in a manner which shall be standard throughout the Fire department. All officers in command of stations shall enforce the following:

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                    **33**

A.  Members on watch shall make entry in the Watch Office Log Book the exact time they report and complete their watch duty.

B.  Members on watch shall not permit, or allow the watch book to be defaced or tampered with, and are responsible for all entries made therein during their watch duty, except those made personally by the officers

C.  All pertinent information coming to the attention of the member on watch, concerning apparatus, personnel, and station shall be recorded. A record shall be made of all visitors on Fire Department business.

D.  Members shall record all supplies, materials, or equipment received or picked up during their watch. They shall also notify the Station Captain of such deliveries.

E.  An entry shall be made of all work performed on the station, with the name and number of the person performing the work. An entry shall be made of the time of arrival and departure of the workers.

F.  Time shall be registered for each entry.

G.  Enter response locations, times, all pertinent response information, and assure that members respond.

H.  Replacement Log Books can be obtained through Supply. Officers shall maintain all entries made in the Log Book for three (3) year from the date of entry.

11.19   Member Detailed on Watch Duty: Members shall be on watch as detailed by the Station Captain. A member assigned the watch shall report for watch duty and assume charge of the main floor, the Watch Office Log Book, and correctly receive all messages or communications transmitted during their watch duty.

11.20   Watch Office Duty-Rules Violation: Members on watch shall permit no violation of rules, or other misconduct, of members on duty. They shall not allow tampering with apparatus or appliances by anyone, and if any irregularities are continued after protest, they shall immediately inform the Station Captain.

11.21   Watch Office Duty-No Other Duty: Members on watch shall engage in no other duties other than those pertaining to the watch, except as authorized or required by the Station Captain or superior officer. Members on watch duty shall not allow overcrowding or any other activity in the watch office that would tend to hinder or restrict the performance of watch duties.

11.22   Watch Office Duty-Notification of Relieving Member: The member on watch shall notify the member detailed to relieve at least five (5) minutes before their watch expires. If not relieved at the proper time, they shall report the fact to the Station Captain but shall never abandon the watch until properly relieved.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                08/01/05                                                **34**

11.23   Watch Office Duty-Unauthorized Use of EMS and Fire Phones: Fire and EMS phones shall be used for official department use only. Members shall not place any unauthorized calls.

11.24   Members on Watch-Rest Period: Member may be allowed to rest from 2200 hours to 0630 hours only. This shall in no way relieve a member from their responsibilities.

11.25   Station Visitors: Members on watch shall courteously greet all visitors, inquire as to the nature of their visit, and notify the Station Captain. Visitors are not allowed at Fire Stations after 2200 hours unless on official business and with permission from the Station Captain.

11.26   Officials Visiting Stations: Visits to fire stations by City Officials, Fire Chief, Assistant Fire Chiefs, Deputy Chiefs, or District Chiefs shall be announced, using the title of the visitor, to all members on duty by the member on watch duty or the first member to see the visitor(s). All members shall line up in front of the watch office for the rank of Deputy Chief and above. The ranking officer on duty shall greet the visitor(s) and determine the nature of the visit. If the ranking officer is not immediately available the member making the announcement shall greet the visitor(s) and state that they will notify the ranking officer (using title). At no time shall the night bell be turned on, unless so ordered by the visitor. This rule may be disregarded upon instructions from the visitor.

11.27   **Stations Without a Watch Office: Station Captains shall ensure that 11.17 - 11.26 of Rules and Regulations are followed. The Station Captain shall approve any deviation.**

11.28   Station Records: Station Captains shall see that all required records, reports, documents, and forms are filled out correctly, kept current, and stored or filed in an orderly and systematic fashion. Members shall place their own signature on all fire records and reports and shall be held responsible for all information thereon.

11.29   Stations-Completing Incident Records: Station Officers will ensure that all outstanding Incident Records, (Fire, EMS, etc.), are entered into the computer system. The following applies to Fire/EMS records:
   A.   Overtime will not be allowed for any incident concluding before 0600.

   B.   Incidents concluding after 0600 will be reported by the member or Officer in charge of the incident in a timely manner.

   C.   Station Officer will be held accountable for all overtime and training of members under their command in the reporting of Fire/EMS records.

   D.   Superior Officers will document members who repeatedly fail to "clear records", and appropriate action shall be taken to correct the problem.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                                        **35**

HOU00002806

11.30   Captain's Log Book-Entries: Captains shall immediately upon assuming duty, read all entries made since their last tour of duty. Captains shall be responsible for the entry of complete information pertaining to their tour of duty. Officers shall initial all entries and ensure their legibility. In stations having two (2) captains of the same rank the District Chief shall designate their duties. The following information shall be entered in **black ink**:

A.   Failure to respond to an alarm and the reason. Company out of service and cause.

B.   Record of supplies or materials received. Record of hose received with date, size, and serial number. Work of any kind, other than cleaning station and apparatus. The time, name, and department or company who performed the work or delivered supplies.

C.   Details of accidents to apparatus or injuries to members. Sickness or injury to members and their return to duty. Report of sick/injured member's time of departure from home and time returned.

D.   Names of members on duty and apparatus to which they are assigned. Members on City Business, Leave of absence, and excuses from duty, and their return to duty.

E.   Fire Department property lost, stolen, damaged, destroyed, or left at emergency scene.

F.   All other pertinent information concerning apparatus, personnel, and station.

G.   All training shall be recorded.

11.31   Station Dues: Station Dues shall be subject to individual station policy within the following guidelines:

A.   Approved dues shall be collected in equal shares from each member regardless of rank, with the exception of items in 11.31-D.

B.   Proposed items for purchase must first be approved by at least three (3) shift's Station Captains before being voted on by all four (4) shifts. Items shall be approved with not less than two-thirds (2/3) majority of **all** assigned members.

C.   All members must sign their name legibly when voting. Station Captains shall keep a written record of the vote for future reference.

D.   Captains shall honor a member's wish to totally abstain from use or privilege of a station item and deduct a prorated amount from the average station dues. Members voting in favor of a proposed item shall not at a later date exercise this prorated rule.

E.   Installation or purchase of items shall be subject to all other applicable department guidelines and regulations.

F.   Officers shall exercise prudent judgment in regard to approval of items that may be considered unreasonable or financially burdensome to other members.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                08/01/05                **36**

11.32   Fire Apparatus at Food Establishments: Houston Fire Department personnel will be allowed to interact with the citizens of Houston by dining out. Members will be allowed the opportunity to dine at eating establishments with certain limitations:

A.   Units will not be placed out of service so members can eat, either at a restaurant or at the station.

B.   Members shall reach their apparatus within **one (1) minute** of dispatch and will be able to **see** their apparatus at all times while dining out.

C.   Members must be in the Class B uniform while exercising this privilege and shall conduct themselves with dignity and respect at all times.

D.   No solicitation for discounts, special privileges, or faster service will be requested.

E.   Members shall confine dining out to their still alarm territory. Haz-Mat, Rescue and other Special Operations units shall confine their visits to the areas around their stations. Airport Rescue firefighters will not be allowed to leave the Airport property to which they are assigned and must be able to meet response distances on runways.

F.   The number of apparatus, which visit an eating establishment, should be limited and parked to allow a normal flow into and out of the parking lot. Officers shall use their discretion in using parking lots due to the weight of apparatus. As soon as all members have finished dining, members should leave the restaurant

G.   **Under no circumstances** will units be allowed to dine at a business that has live entertainment.

H.   **Members that do not adhere to the above Guidelines or other Rules and Regulations will lose this privilege and will be subject to disciplinary action**.

11.33   Inspection of Fire Stations: District Chiefs shall make a general inspection of fire stations in their respective districts to see that the provisions of all guidelines are complied with. They shall also inspect all uniforms and protective clothing and see that all Orders and Bulletins are in consecutive order and initialed by all members. An entry shall be made in the Captain's Log Book indicating an inspection has been made and stating the conditions found. The Station Inspection Form shall be completed and forwarded through official channels to Division Command. District Chief's inspection duties shall be performed once for each station in their respective districts.

A Shift - January, February, and March
B Shift - April, May, and June
C Shift - July, August, and September
D Shift - October, November, and December

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                              **37**

11.34   Territory:

    A.  Captains and Senior Captains shall be responsible for the following:

1. The Station Captain shall administer territory not less than once each Duty Shift.
2. Document territory training classes and annual territory grades on each member.
3. May at their discretion, utilize any teaching method that will enable members to maintain knowledge of their first alarm territory (i.e., using blank maps, drawing maps, listing streets, giving locations, information on target hazards, etc.).
4. Responsible for the preparation and maintenance of HFD issued territory maps.
5. Shall have a general knowledge of streets, hospitals, convalescent homes, schools, apartment complexes, 911 street gates and any other target hazards located within their respective engine company's first alarm territory.
6. Have a general knowledge of the territory book, its indexing system and proper use.
7. Ensure that a territory book is carried on all apparatus assigned to their station.
8. See that a current copy of the territory map book is kept in the station's watch office.
9. Provide the District Chief with the appropriate maps for the annual test.

    B.  Engineer/Operators and Firefighters shall be responsible for the following:

1. Shall have a working knowledge of their respective engine company and ladder trucks first alarm.
2. Shall have a working knowledge of their respective engine company's first alarm hydrant locations. (Exceptions: EMS personnel on continual EMS assignments and Engineer/Operators who are not subject to driving an engine or ladder truck.)
3. Shall have a working knowledge of streets, hospitals, convalescent homes, schools, apartment complexes and any other target hazards located within their respective engine company's first alarm territory.
4. Have a working knowledge of the territory book, its indexing and proper use.

    C.  Probationary Firefighters shall be responsible for the Guidelines as prescribed by the Val Jahnke Training Facility.

    D.  Territory Evaluation:

1. A formal territory evaluation shall be administered annually in the month of February to all members below the rank of Captain.
2. Members assigned six (6) months or less in a new territory (within six (6) months prior to the next annual evaluation) will not be included in the annual evaluation.
3. District Chiefs shall oversee the preparation and administration of the annual territory test and record the grades on the member's Form 42.
4. Tests shall be written and all grades shall be numerical. Members must obtain a written grade of 70 or above. If a member fails territory this will be documented on the member's Form 42 and the member will take a second territory test.

11.35   Fill-in Duty: It shall be at the discretion of the Station Captain to delegate fill-in duty. When a member is assigned fill-in-duty as a corrective action to adjust errant behavior, documentation shall be provided and said behavior shall be of such a nature as to warrant corrective action. (Fill-in-duty shall be governed by Volume II-1, Staffing).

**SUBJECT: Rules and Regulations**

HOU00002809

11.36   Fire Hose: All fire hose in the department is under the supervision of the HFD Supply Depot. The HFD Supply Depot Manager shall ensure that accurate records are kept of all fire hose in the department.

11.37   Hose-Repairing: Members assigned to stations shall make no attempt to repair fire hose or any part of the couplings. All hose sent to the hose repair shop shall be clean, dry, and tagged with a description of the defect.

11.38   Hose-Company Records: Company Officers shall maintain, a complete record of all fire hose assigned their company, date the hose was received, date the hose was sent to shop for repairs, and other information as may be required.

11.39   Hose-Company Mark: In order to identify hose, the company officer shall see that the company number is **stenciled** on the hose about eighteen (18) inches from each coupling.

11.40   Hose-Reserve-Care and Storage: All fire hose shall be in a neat roll, clean, dry, and properly stenciled before storing in racks. When the outside hose drying rack is used, hose shall be neatly rolled with the male coupling on the inside to protect the threads. When the electric or gas hose dryer is used it is permissible to roll and store hose with the male coupling on the outside. Hose, when dry, should be placed in the storage rack and not left in the hose dryers. Fire hose shall not be left outside overnight. When hose has not completely dried it shall be rolled and stored inside station and placed on the hose rack the next day.

11.41   Hose-Preparation to Change: Company Officers shall make preparations before reporting a company out of service to change hose. Changes should be made with as much speed as is consistent with safety.

11.42   Hose-Permission to Change: Company officers desiring to change hose on their respective apparatus must receive permission from the OEC and notify their District Chief. The OEC shall have the authority to grant or refuse the request, according to the number of companies out of service.

11.43   Hose Gaskets: Special care shall be exercised to see that fitted gaskets are in place in female couplings and those, which have become deteriorated, are replaced.

11.44   Hose-Orderly Arrangement: Hose carried on apparatus shall be securely coupled and orderly in arrangement. Couplings shall be arranged in such a way as to prevent hanging.

11.45   Hose Changing: Routine changes of fire hose are not required, however, dirty hose shall not be allowed to remain on apparatus for more than twenty-four (24) hours.

11.46   Hose-Protective Measures: Care should be exercised not to drop couplings. Hose should be protected from coming in contact with acid, gasoline, oils, sharp objects, extreme heat and cold, etc. Reserve hose shall be stored as per department regulations.

**SUBJECT: Rules and Regulations**

HOU00002810

11.47   Hose-Cleaning: Use of strong soap or solvents on jacketed hose is prohibited. Road tar or other matter may be scraped from the jacket. Then use only mild soap, water, and a brush to wash the hose.

11.48   Hose Couplings-Lubricants on Threads or Couplings: Members shall not use any type of petroleum products on threads or any other part of the couplings.

11.49   Hose-Booster: Booster hose shall be given the same care and protection as other fire hose. Booster hose shall be cleaned immediately upon return to the station, day or night.

11.50   Hose-Soft Suction: Soft suction hose shall receive the same care and protection as other fire hose. **This hose shall not be used as a pressure or discharge hose**.

11.51   Hose-Hard Suction: Reasonable care and protection shall be given to hard suction hose as in the care of other hose. Upon receiving hard suction hose from the shop, Engineer/Operators shall immediately test for leaks and see that it fits pump intake and hydrants.

## 12.00 REGULATIONS DURING EMERGENCY RESPONSE

12.01   Private Drives, Bridges, Etc: Except in extreme emergencies, fire apparatus shall not be driven on private driveways or over privately owned bridges.

12.02   Neglect of Duty at an Incident: Insolence, indifference, and evading duty at an incident is forbidden and members found guilty of this offense will be immediately relieved from duty.

12.03   Emergency Response: When making an emergency response, no company will stop to perform non-response-related actions (i.e., picking up relief crew, dropping off supplies/food, etc.).

12.04   Protective Clothing: Members are required to wear their own department issued gear. Any deviations from this shall be approved through the chain of command to the Assistant Chief of Planning & Homeland Security.

12.05   Color Designation: To assist in distinguishing officer ranks during emergency incidents, Senior Captains and Engineer/Operators, while acting in a higher position, shall wear a color designation. Temporary color designations shall remain on the apparatus when not in use. It will not be necessary for other ranks to wear a temporary color designation, while acting in a higher position.

12.06   Discovery of a Second Incident While En Route to an Emergency: The following are general guidelines and Company Officers may deviate from these guidelines when a severe life safety hazard dictates.
   A. Box Alarm: A fire company responding to a Box Alarm and discovering a second incident requiring emergency response, (i.e. fire or medical emergency) shall notify the

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                                      **40**

OEC of the nature and location of the second incident. The crew may request assistance if needed, and proceed to manage the second emergency incident.

    B.  Still Alarm: A fire company responding to a Still Alarm and discovering a second emergency incident (i.e., fire or medical emergency) shall notify the OEC of the nature and location of the second incident and proceed to the location of the original incident.

12.07  Back-Up Companies: Companies designated as back-up companies by the OEC will:
    A.  Refer to and follow Guideline I-10 (Radio and MDC Guidelines).

    B.  Operate apparatus as a non-emergency vehicle en route to the designated station.

    C.  Upon arrival at the designated station, notify the OEC.

    D.  Take charge of quarters and company books. Make entry in the Captain's Log Book as to time in the station and any other information or reports.

    E.  Upon release from back-in duties, notify the OEC.

12.08  Riding on Apparatus:
    A.  Captains shall not allow any person or persons, other than members of the Fire Department, to ride on the apparatus at any time while going to or returning from a fire or other incident, unless such person is eligible and followed the process outlined in Guideline I-03 (Community Interaction).

    B.  Captains shall ride on the front seat going to or returning from a call and supervise the driver's operations of the apparatus, (Exceptions can be made during driver training) being especially careful that no vehicle is be driven at a dangerous rate of speed. Normal traffic regulations and speed limits shall govern apparatus returning to quarters.

    C.  Members shall wear safety belts anytime the apparatus is in motion.

12.09  Subject to Re-Call: All off-duty members are subject to re-call in the event of major fires, storms, etc. Members failing to respond to re-call without a valid excuse will be subject to strict disciplinary action. When off-duty members are re-called, they shall report to their regularly assigned station, unless ordered to do otherwise by a superior officer.

12.10  Company Engineer/Operators: It shall be the duty of the Engineer/Operators or acting Engineer/Operators, driving a fire apparatus, to qualify in all phases of pump operations. They shall calculate the available water supply when their first line is in operation, give correct pressure on lines that may be laid from such apparatus, set-up and operate aerial ladders. Operators of apparatus equipped with pumps that are pumping, and ladder truck operators with aerials in operation at fires are not to leave their apparatus unattended. They shall pay strict attention to all engine pump gauges and aerial ladder controls.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**               08/01/05               **41**

12.11   Duty Post: Members shall not leave quarters, fire ground, watch duty, or duties assigned except when authorized by a superior officer.

12.12   Smoking or Eating During Emergencies: Smoking or eating may be permitted in the Rehab Area. The Incident Commander/Rehab Officer will assign a designated smoking area that is separate from the eating area.

12.13   Relieving at a Fire Scene: Members shall not leave the fireground, with or without proper relief, prior to the fire being signaled out unless the Incident Commander grants permission. When it is obvious that an incident will continue past relief time,(0630 hours), the Incident Commander shall prepare for relief of crew members in the following manner:
A.   The Incident Commander/designee shall coordinate the relief of crews.

B.   Uncommitted apparatus (engine/ladder) shall shuttle relief crews to their respective stations. **Example**: E-1, E-8, E-6 responds to an incident. Engine 6 is uncommitted and will be used to shuttle relief crews. E-6 returns to station 6 to pickup new crew members and returns to the incident. E-6 is then used to shuttle other crews (E-1 and E-8) to their stations to pick up new crew members.

C.   Uncommitted apparatus shall be used until all crews at the incident have been relieved.

D.   If all apparatus are committed, the Incident Commander should consider calling for an extra engine company at 0630 to be used in the relief of crew members at the incident. The extra engine shall only respond with the on coming shift.

E.   Under **no** circumstance will an EMS Unit be used for the above.

12.14   Fire Extinguishment of U.S. Mail-In Boxes or Trucks, Etc.:
A.   Use dry chemicals or carbon dioxide on contents inside container.

B.   Use water on the outside of container to reduce temperature.

C.   Notify the OEC, who will in turn notify Postal Authorities.

D.   Standby at the location unless ordered to do otherwise by the OEC.

12.15   Cause of Fire, Determination Of: The commanding officer is responsible for determining the cause of fire and to substantiate such determination with facts. When impossible to determine an accidental cause of fire or when impossible to substantiate a suspected cause of fire with facts, the officer in charge shall call for an Arson Investigator.

12.16   Valuables Found at a Fire: Money, jewelry, or any other valuables found at a fire shall be turned over to the Incident Commander who in turn will return them to the owner, after proper identification has been made. In the event proper identification cannot be made, or the owner cannot be located, the property shall be forwarded to the Shift Commander with a

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                      08/01/05                                      **42**

detailed report.

12.17   Overhaul Operations: The commanding officer shall permit overhaul operations to begin only after a cause of fire has been determined and structural stability has been assured. Where there is suspicion the fire is of incendiary origin, overhaul will not be permitted until the Arson Investigator releases the property.

12.18   Request for Arson Investigator: Where evidence of arson is found or suspected, the Incident Commander shall allow nothing to be disturbed, except that which is absolutely necessary to extinguish the fire. The Incident Commander shall immediately contact the OEC, request an Arson Investigator, and state whether it is an emergency. Arson Investigators will not run with lights and siren unless it is an emergency.

12.19   Leaving the Scene of a Suspected Arson Fire: Where evidence of arson is found or suspected, the Incident Commander will remain on the fireground until the Arson Investigator arrives. If conditions permit, the Commanding Officer will return to "in-service" status and remain available to answer emergency calls. Should the Incident Commander be called upon to leave the fireground, a member shall be left in charge of the fireground to prevent the disturbance of conditions surrounding the fire and to deny entrance to unauthorized persons. Members receiving such assignment shall refrain from discussion of the fire except with authorized personnel.

12.20   Scene Safety Involving Weapons: When encountering incidents involving weapons, the first priority is the safety of HFD personnel. The following guideline will be used:
A. When law enforcement officers are on the scene, weapon handling will be their responsibility.

B. When approaching a hostile area, HFD personnel shall remain at a safe distance and notify law enforcement personnel.

C. If an area becomes hostile during patient care, HFD personnel shall retreat to a safe area and notify the OEC.

D. HFD personnel shall not handle or move any type of weapon found on an EMS/Fire incident unless absolutely necessary.

E. All SWAT incidents will fall under the above guideline.

12.21   Use of Toll Roads: All emergency apparatus will be allowed free access to Toll Roads when responding to and returning from an emergency incident. Toll Roads may be used under the following conditions:
A. Responding to a location that may be reached best by use of a toll road or when other roadways are congested. Use the E-Z Tag lane with emergency lights on.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**               08/01/05                               **43**

    B.  When returning from a response location do not use emergency lights. Marked HFD apparatus may proceed through the E-Z Tag lanes.

    C.  Anytime other roadways are congested causing unacceptable delays.

12.22  Use of High Occupancy Vehicle (HOV) Lanes:

    A.  Anytime HOV lanes are open, in the direction of travel needed, all emergency apparatus will be allowed to use them. (**NOTE:** Never use **emergency lights or sirens** while traveling on HOV Lanes.)

    B.  Returning from a response location when other roadways are congested.

    C.  HOV lanes should not be used when responding to a location actually on some portion of the HOV lane, because of the possibility of blockage of the lane by vehicles, which entered the lane prior to the emergency apparatus.

    D.  Members should be familiar with all possible entrances and exits as well as the times and direction of travel outlined by Metro so that they can make the proper decision concerning the usage of the HOV lanes.

    E.  Members shall never physically cross over an HOV lane at an emergency incident unless the HOV lane is closed to traffic.

    F.  All non-emergency vehicles may use HOV lanes as outlined for **public usage**.

12.23  Finding a Deceased Person at a Fire Scene: Members of the department finding a deceased person at a fire scene should not disturb the body or surroundings, nor touch any personal property on or near the body, except to prevent further damage or destruction to the body. Members shall immediately notify the Incident Commander, who in turn will notify the OEC, who in turn will notify all necessary personnel and departments as designated on the Fire Fatality Notification Form.

12.24  Finding a Deceased Person at an EMS Scene: Members finding a deceased person at an EMS scene shall not disturb the body or surroundings, nor touch any personal property on or near the body, except to prevent further damage or destruction to the body. They shall immediately notify the OEC, who in turn will notify the Medical Examiner. Upon arrival of H.P.D. the member in charge of Fire and E.M.S. units will provide their name, payroll number and the apparatus number to the H.P.D. officer and return to service. The deceased person's name and address can be recorded at a later time by calling the Medical Examiner or HPD Homicide sometime during the member's shift. The Medical Examiner is responsible for the deceased person and property under Texas Penal Code, Article 49.25.

12.25  Fire/EMS Records: The member in charge of an incident shall ensure that the appropriate records are completed and recorded immediately upon return to the station. (Refer to 11.29)

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                08/01/05                              **44**

## 13.00 MAINTENANCE OF PROPERTY

13.01   Buildings and Equipment-Care of, Captain's Responsibilities: The Station Captain shall be responsible for the care and maintenance of buildings in which their companies are quartered. They will not permit damage to be done to the building, fixtures, or furniture. Station Captains will not permit inappropriate waste or objects (paper towels, personal hygiene products, medical wrappers, grease, oil, razor blades, plastic, etc.) to be disposed of through the plumbing. Station Captains shall ensure that all equipment is properly checked, accounted for, and maintained in a state of readiness at all times. Refer to Guideline I-21 Building Services for more information.

13.02   Changes or Alterations of Property: Any item to be affixed, removed, or altered (TV antennas, walls, private telephones, speakers, window air conditioners, etc.) shall have majority approval of all shifts, company commanders and District Chiefs. Changes or alterations in or on fire department buildings, apparatus, appliances or communication systems shall not be permitted, except on request through proper channels to the Building Services Division. Approval must be granted and work performed through the Maintenance Supervisor with the approved change entered in the Captain's Log Book. Antenna and cable penetrations shall be coordinated with the Communications Supervisor.

13.03   Defective Alarm System: It is imperative that the OEC be immediately notified of information or knowledge pertaining to any trouble or apparent defect in the working of the fire alarm system.

13.04   Protection of Departmental Property: Each member is responsible for protecting departmental property against loss, damage, or destruction.

13.05   Care and Return of Property: Members shall be held accountable for the care and return of any departmental property assigned to them. Members shall not use departmental property, nor allow use by others, for non-city functions.

13.06   Loss or Damage of Property: Members must promptly report the loss or damage of any departmental property, (e.g., Brass, I.D, Gear, Apparatus Equipment, Station Equipment), to their immediate supervisor. The supervisor will report the loss to the District Chief or appropriate Chief Officer. Supervisors will fill out the proper documentation and forward through proper channels.

13.07   Removal of Property: Members shall not take or remove departmental property. Departmental property shall not be loaned outside the department without permission of the Fire Chief.

13.08   Record of Equipment-Sent To or Received From Repair Shop: Captains shall keep accurate records of all equipment sent to or received from the Repair Shop. The Station Captain shall perform any additional follow-up.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**              08/01/05                              **45**

13.09    Inventory: Captains shall submit a correct and complete inventory of all fire department property in their care or possession on forms provided by HFD to the Inventory Control Office when requested.

13.10    Printed Material-Care Of: Captains shall see that printed material issued by the Houston Fire Department is not used for note or scratch pads until it is no longer necessary to keep on file.

13.11    Fire Apparatus Engines: To prevent cracked heads in fire apparatus engines, the following precautions should be taken to minimize the problem:

    A.  It is essential that drivers check the antifreeze/coolant level each day. If the level is low, it should be filled with antifreeze/coolant and then the engine should be run to bring it to operating temperature. After cooling, the level should be re-checked. This will displace air pockets and give an accurate level reading.

    B.  When pumping, the auxiliary cooling valve should be opened if the engine temperature reaches 200 degrees to keep the temperature down. Operators must not leave their apparatus when pumping without proper relief. They must carefully monitor the gauges.

    C.  Engine temperature must not exceed 215 degrees. If the temperature exceeds 215 degrees at any time while operating, the engine must be shut down as soon as possible and allowed to cool. Members shall then notify the OEC to call for a mechanic.

13.12    Apparatus and Equipment-Care Of: Captains shall see that all apparatus, hose, ladders, and other firefighting equipment is neat, clean, and ready for service at all times. They shall see that apparatus is hosed off upon return to the station when driven on muddy streets.

13.13    Reserve Apparatus: Captains shall be held responsible for Reserve Apparatus and equipment located in their respective stations. All Apparatus shall be kept clean, in proper working order, and ready for service.

13.14    United States/Texas Flag-Respect and Care Of: All officers shall be held responsible for the proper display, respect, and care of flags. The flags shall be displayed from morning roll call to 1830 hours or sunset (whichever is earlier), on all days that the weather permits.

## 14.00 OPERATION OF DEPARTMENT VEHICLES

14.01    State Driver's License: All members must have a valid State Driver's License from the State in which they reside, before they will be allowed to drive any apparatus on an emergency response. The valid State Driver's License must be a Texas Class A or B (exempted with a current CDL Supplement Form) or it's equivalent, if the vehicle the member will operate has a GVWR of over 26,000 lbs.

14.02    Driver's License-Checking Of: Commanding Officers shall visually check the driver's license of each member under their command every six (6) months. Captains in stations shall keep an accurate record (Form 42) of member's drivers license and shall furnish their

**SUBJECT: Rules and Regulations**

HOU00002817

District Chief with a copy of the same. Any member of the Houston Fire Department driving any fire department vehicle without a valid State Driver's License shall be subject to strict disciplinary action. Any member who, for any reason, has their driver's license revoked or suspended shall immediately notify their superior officer.

14.03   Seat Belts: Members (drivers and passengers) must wear seat belts in all department vehicles anytime the vehicle is in motion, provided seat belts are available.

14.04   Unauthorized Passengers: Unauthorized passengers will not be transported in or on any department vehicle or apparatus unless such person has written authorization. For the purpose of this regulation an "unauthorized passenger" shall be defined as any person or persons not an employee of the City of whom the member would not otherwise have reason to be a passenger in the course and scope of member's normally assigned work responsibilities. (Refer to Guideline I-3).

14.05   License Plates and Shop Numbers: No license plate and/or shop number will be changed or removed from a department vehicle without authorization from the Fleet Manager.

14.06   Alteration to Vehicles: No alteration or modification will be made to a department vehicle (i.e., Company Flags, Christmas Lights, etc.) unless approved by the Fleet Manager.

14.07   Bumper Stickers: No bumper stickers of any kind will be placed anywhere on a department vehicle unless authorized by the Fire Chief.

14.08   Disabled Vehicles: Any member operating a department vehicle that becomes disabled will notify the OEC and remain with the vehicle until it is removed by a department approved wrecker.

14.09   Use of Spotters: Emergency vehicles **will not** be backed up without the aid of a spotter utilizing a portable radio, whenever a spotter is available.  When a spotter is not available, the driver, prior to backing up, shall visually check the area behind the vehicle to assure proper clearance.

14.10   Use of Radios: Drivers while operating a city vehicle will not wear radio, stereo, or other device utilizing **earphones**. Exception: HFD Radio Headsets installed and approved by the Radio Shop.

14.11   Alcoholic Beverage Containers in Vehicles: No alcoholic beverage container will be allowed in any department vehicle.

14.12   Responsibility for Fire Department Vehicles: All members who have vehicles assigned to them shall be held responsible for keeping them clean, properly maintained, and shall report mechanical defects immediately.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                                     **47**

14.13   Liability for Vehicle Damages: Members may be held liable for damages to vehicles and required to make restitution to the City for repair costs in cases of vehicle abuse.

14.14   Non-Emergency Response: All members shall obey the legal speed limits and all other laws when driving department vehicles. Officers and drivers will be held strictly responsible for speeding.

14.15   Emergency Response: The following rules shall apply in Emergency Responses:
   A. Posted speed limits may be exceeded, (5 mph in the downtown areas and 10 mph elsewhere), so long as it does not endanger life and property.

   B. Apparatus may proceed past a stop sign or red light when **all** other vehicles have yielded the right-of-way. **Exception:** If emergency signaling devices do not result in the other vehicles yielding the right-of-way, then the emergency apparatus must stop before proceeding.

   C. Regulations regarding direction of movement and turning may be disregarded after other drivers yield right of way.

   D. These exemptions pertain only to apparatus with an operating audible signal and emergency flashing lights.

   E. Members driving department emergency vehicles shall exercise care and judgment in their use.

   F. Officers and Drivers shall be held strictly responsible for all traffic laws.
      **Note**: The above rules shall not relieve the driver, or the officer in charge, from the duty to drive with respect for the safety of all persons. Such provisions shall not protect the driver and officer in charge from the consequences of reckless disregard of safety.

14.16   Drivers of Emergency Vehicles: Drivers shall report to their immediate superior any physical conditions (sick, eyesight, upset, etc.) that might impair their driving of an emergency vehicle, either temporarily or permanently.

## 15.00 PUBLIC RELATIONS

15.01   Giving Names: Members shall politely give their name and other pertinent identification information to any citizen when requested to do so, unless this action places in jeopardy the successful completion of an assignment.

15.02   Responsibilities to Serve Public: Members shall serve the public by accepting directions, counsel and in other ways that do not interfere with the discharge of their official responsibilities. They shall respect the rights of individuals and perform their services with honesty, zeal, courage, discretion, fidelity and sound judgment.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                    08/01/05                    **48**

15.03   Duty to be Kind, Courteous, and Patient: Members shall at all times be courteous, kind, patient and respectful in dealing with the public, and shall strive to win the respect of all law abiding citizens by an impartial discharge of their official duties. When addressed, they shall assume a position of attentiveness. They shall avoid answering questions in a short and abrupt manner, and shall not use harsh, coarse, violent, profane, insolent, suggestive, sarcastic or insulting language. They shall maintain an even, cheerful temper regardless of the provocation, remaining cool and collected at all times. Members shall give particular attention to their grammar and pronunciation, and they shall avoid slang in conversation with citizens. Members shall avoid any action, conduct or mannerisms, which tend to annoy others.

15.04   Duty to Render Service: Members shall be attentive to and take suitable action on complaints by citizens. Members shall fulfill proper requests for information or assistance. Members shall avoid giving the impression that they are evading the performance of their duties or that they are not interested in the problems brought to their attention. Members shall not belittle a seemingly trivial request, complaint, or piece of information, but shall invariably thank the complainant or informant regardless of the value of the information received.

**SUBJECT: Rules and Regulations**

**REFERENCE NO. I-01**                              08/01/05                                              **49**

HOU00002820