# EXHIBIT HHH

# Mayor's Policies, HOU00000001-00000004

| POLICY TITLE: Affirmative Action/Equal Opportunity | NUMBER 102.00 |
|---|---|
| APPROVAL: Kathryn J. Whitmire, Mayor: *[signature]* | Page 1 of 2 |
| ISSUE DATE: February 7, 1983 | REVISION DATE: | REVISION NO. | EFFECTIVE DATE: February 7, 1983 |

Policy Statement: It is the policy of the City of Houston to maintain an Affirmative Action Program of non-discrimination and to provide equal employment and economic opportunity at every level of municipal government, in all City programs and in all related activity without regard to race, color, religion, sex, national origin, age, or handicap, or due to one's status as a qualified Vietnam Era veteran or otherwise disabled veteran. It is further policy to provide each employee a work environment free of discrimination and sexual harassment.

Policy Basis: Federal, state, and local legislation and Mayor's Policy Statement on Affirmative Action dated December 14, 1982.

Policy Amplification: This policy applies to all aspects of employment and economic opportunity including, but not limited to, recruitment, selection, compensation, promotion, demotion or transfers, layoff, recall or termination, training and educational opportunities; contractors, subcontractors and vendors; the availability of facilities; and the participation in all City-sponsored activities.

Policy adherance shall also apply to any and all disciplinary actions and/or suspensions that may be awarded.

Policy Compliance: All supervisory personnel through Department/Division Director shall comply from policy date forward.

Specifically, the Affirmative Action Program requires that:

1) Department/Division Directors shall report on a quarterly basis their respective Affirmative Action goals and timetables and related employment activities, including specific programs and efforts to achieve departmental goals; and

2) Department/Division Directors shall meet with the Affirmative Action Director annually to review and evaluate specific goals and timetables; and

3) Department/Division Directors shall inform each of their employees of the procedures established to resolve discrimination complaints as established by the Affirmative Action Program, and in this regard, the Affirmative Action Division shall provide each department/division with a copy of the procedures for registering such complaints. Department/divisions shall then distribute or post the procedures in a manner making them as widely available to employees as possible; and

| POLICY TITLE: Affirmative Action/Equal Opportunity | NUMBER 102.00 |
|---|---|
| APPROVAL: Kathryn J. Whitmire, Mayor: *Kathryn J. Whitmire* | Page 2 of 2 |
| ISSUE DATE: February 7, 1983 | REVISION DATE: | REVISION NO. | EFFECTIVE DATE: February 7, 1983 |

4) The Affirmative Action Division of the Mayor's Office shall investigate and resolve complaints alleging discrimination or retaliation on the basis of race, color, religion, sex, national origin, age, handicap, or veteran status. Department/division directors shall cooperate with the Affirmative Action Division to ensure quick resolution of complaints or implementations of recommendations. Further, department/division directors shall be expected to see that timely follow-up responses are made to recommendations from the Affirmative Action Division in the resolutions of complaints and other relevant activities; and

5) The Affirmative Action Division of the Mayor's Office shall develop and implement Equal Employment Opportunity training so that all officials and employees understand these policies, and departments/divisions shall arrange for appropriate personnel to participate in the Equal Employment Opportunity training offered by the Affirmative Action Division; and

6) The affirmative action results and achievements in any given area shall be specifically considered by the Department/Division Director in the completion of Job Performance Reviews for all supervisory personnel in his/her charge, as well as in the completion of the Department/Division Director's own Job Performance Review; and

7) The Affirmative Action Division and other departments/divisions shall be evaluated on the basis of accomplished affirmative action objectives rather than efforts made, as set out by Section IX of the Affirmative Action Program.

Policy Exceptions: Violations of or exceptions to this policy shall be brought to the attention of the Director of the Affirmative Action Division of the Mayor's Office who shall have the authority to develop, implement, coordinate, monitor, and enforce an ongoing program and plan of affirmative action for the City of Houston, and to investigate and determine the merits of any such violations and/or exceptions.

| POLICY TITLE: Employment: Sexual Harassment | NUMBER 113.00 |
|---|---|
| APPROVAL: Kathryn J. Whitmire, Mayor: *[signature]* | Page 1 of 2 |
| ISSUE DATE: February 14, 1985 | REVISION DATE: | REVISION NO. | EFFECTIVE DATE: February 14, 1985 |

Policy Statement: It is the policy of the City of Houston to prohibit sexual harassment of its employees in the workplace by any person and in any form.

Policy Basis: Pursuant to and extension of policy on Affirmative Action in employment.

Policy Amplification: All supervisory personnel have an affirmative duty to maintain and provide for City employees a workplace free of sexual harassment. This duty includes discussion of this policy with supervised employees and assuring them that they are not required to endure insulting, degrading, or exploitative sexual treatment.

Specifically, no supervisor shall threaten or insinuate, either explicitly or implicitly, that an employee's refusal to submit to sexual advances will adversely affect the employee's employment, evaluation, wages, advancement, assigned duties, shifts, or any other condition of employment or career development.

Other sexually harassing conduct in the workplace, whether committed by supervisors on non-supervisory personnel, is also prohibited. Such conduct includes but is not limited to:

1. Unwelcome sexual flirtations, advances, or propositions;
2. Verbal abuse of a sexual nature;
3. Graphic verbal comments about an individual's body;
4. Sexually degrading words used to describe an individual; and
5. The display in the workplace of sexually suggestive objects or pictures.

Any employee who believes that (s)he has been the subject of sexual harassment should report the alleged act immediately to his/her supervisor. Supervisors, in consultation with the Director of Affirmative Action, should make every effort to insure that complaints of sexual harassment are resolved promptly and effectively.

| POLICY TITLE: Employment: Sexual Harassment | | NUMBER 113.00 |
|---|---|---|
| APPROVAL: Kathryn J. Whitmire, Mayor: *[signature]* | | Page 2 of 2 |
| ISSUE DATE: February 14, 1985 | REVISION DATE: / REVISION NO. | EFFECTIVE DATE: February 14, 1985 |

If the employee is not satisfied with the action taken by the supervisor or feels that the complaint would not be received objectively by that supervisor, the employee should bring the complaint to the attention of the Director of Affirmative Action. The complaint will be investigated by the Director of Affirmative Action, and the employee will be advised of the findings and conclusion. All actions taken to resolve complaints of sexual harassment through internal investigation shall be confidentially conducted.

Any supervisor, or other employee who is found after appropriate investigation to have engaged in sexual harassment of another employee shall be subject to disciplinary action, up to and including discharge.

Policy Compliance: All employees through the Department/Division Director shall comply from policy date forward.

Policy Exceptions: Policy exceptions and/or violations shall be brought to the attention of the Director of Affirmative Action for review and recommended course of action.